STARN O'TOOLE MARCUS & FISHER
TERENCE J. O'TOOLE  1209-0
KARI K. NOBORIKAWA  11600-0
Pacific Guardian Center Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Phone: (808) 537-6100
Email: totoole@starnlaw.com
           knoborikawa@starnlaw.com

NICOLAIDES FINK THORPE
MICHALIDES SULLIVAN LLP
MATTHEW J. FINK
     (Admitted Pro Hac Vice)
AMY J. COLLINS CASSIDY
     (Admitted Pro Hac Vice)
10 South Wacker, Suite 2100
Chicago, Illinois 60606
Phone: (312) 585-1440
Email: mfink@nicolaidesllp.com
          acassidy@nicolaidesllp.com

WILLKIE FARR & GALLAGHER LLP
CHRISTOPHER J. ST. JEANOS
     (Admitted Pro Hac Vice)
787 Seventh Avenue
New York, New York 10019
Phone: (212) 728-8730
Email: cstjeanos@willkie.com

ELIZABETH BOWER
     (Admitted Pro Hac Vice)
1875K Street, N.W.
Washington, D.C.  20006
Phone: (202) 303-1252
Email: ebower@willkie.com

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAI‘I**

| | |
|---|---|
| ALOHA PETROLEUM, LTD.,<br><br>                    Plaintiff,<br><br>          v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>                    Defendant. | CIVIL NO. 1:22-cv-00372-JAO-WRP<br>(Contract)<br><br>**FIRST STIPULATION TO AMEND STIPULATION AND ORDER REGARDING CASE SCHEDULING** |

# FIRST STIPULATION TO AMEND STIPULATION AND ORDER REGARDING CASE SCHEDULING

**WHEREAS**, Plaintiff Aloha Petroleum, Ltd. ("Aloha") has initiated this action against Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") (collectively, the "Parties") seeking insurance coverage for two underlying actions filed by the City and County of Honolulu and the Honolulu Board of Water Supply, and by the County of Maui against Aloha and other parties (hereinafter, the "Underlying Actions");

**WHEREAS**, Aloha has asserted three counts against National Union in this action: (i) Count I for breach of the duty to defend Aloha in the Underlying Actions; (ii) Count II for breach of the duty to indemnify Aloha in the Underlying Actions; and (iii) Count III seeking a declaratory judgment in its favor and against National Union with respect to the duty to defend and the duty to indemnify Aloha in the Underlying Actions;

**WHEREAS**, on November 1, 2022, the Parties appeared for a Rule 16 Scheduling Conference before Magistrate Judge Porter;

**WHEREAS**, the Court agreed to defer discovery and decision on the duty to indemnify Aloha for the Underlying Actions (the "duty-to-indemnify issue") until the duty to defend Aloha in the Underlying Actions (the "duty-to-defend issue") is resolved;

**WHEREAS**, following the Rule 16 Scheduling Conference, the Parties submitted a Stipulation and Order Regarding Case Scheduling [Dkt. 38], dated November 22, 2022, regarding dates and deadlines for discovery and summary judgment on the duty-to-defend issue, which was entered by the Court on that same day;

**WHEREAS**, the Parties are actively engaged in discovery on the duty-to-defend issue, including matters that are likely to impact the insurance policies and parties that are subject to this coverage dispute;

**WHEREAS**, the Parties wish to extend the deadlines in the Stipulation and Order Regarding Case Scheduling [Dkt. 38] to allow for an efficient and more comprehensive resolution of the duty-to-defend issue;

**NOW THEREFORE**, in consideration of the foregoing, the Parties stipulate that paragraphs 2-4 of the Stipulation and Order Regarding Case Scheduling [Dkt. 38] are amended as follows:

1. Paragraph 2, the deadline for the close of discovery on the duty-to-defend issue shall be May 1, 2023.

2. Paragraph 3, regarding summary judgment briefing, shall be amended as follows:

    a. The parties may file motions for partial summary judgment on the duty-to-defend issue on or before May 15, 2023.

    b. Any opposition to a motion for partial summary judgment on the duty-to-defend issue shall be filed forty five (45) days after service of the motion.

    c. A moving party may then file any reply in support of its motion for partial summary judgment thirty (30) days after service of the opposition to its motion.

3. Paragraph 4, the deadline for filing amended pleadings without leave of court, shall be May 1, 2023.

The Stipulation and Order Regarding Case Scheduling [Dkt. 38] shall otherwise remain unchanged.

    DATED: Honolulu, Hawai'i, February 28, 2023.

                                    */s/ C. Michael Heihre*
                                    C. MICHAEL HEIHRE
                                    MICHI MOMOSE
                                    and
                                    JOHN M. SYLVESTER (*Pro Hac Vice*)
                                    HUDSON M. STONER (*Pro Hac Vice*)
                                    Attorneys for Plaintiff
                                    ALOHA PETROLEUM, LTD.

/s/ *Kari K. Noborikawa*
TERENCE J. O'TOOLE
KARI K. NOBORIKAWA

and

AMY COLLINS CASSIDY (*Pro Hac Vice*)
EMILY R. STEINBERG (*Pro Hac Vice*)
MATTHEW J. FINK (*Pro Hac Vice*)

and

ELIZABETH BOWER (*Pro Hac Vice*)
CHRISTOPHER ST. JEANOS (*Pro Hac Vice*)

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

APPROVED AND SO ORDERED.

DATED AT HONOLULU, HAWAII, MARCH 1, 2023.



Wes Reber Porter
United States Magistrate Judge

---

*Aloha Petroleum, Ltd. v. National Union Fire Insurance Company of Pittsburgh, PA*; Civil No. 1:22-cv-00372-JAO-WRP; FIRST STIPULATION TO AMEND STIPULATION AND ORDER REGARDING CASE SCHEDULING