| | |
|---|---|
| STARN O'TOOLE MARCUS & FISHER<br>TERENCE J. O'TOOLE  1209-0<br>KARI K. NOBORIKAWA  11600-0<br>Pacific Guardian Center Makai Tower<br>733 Bishop Street, Suite 1900<br>Honolulu, Hawaii 96813<br>Phone: (808) 537-6100<br>Email: totoole@starnlaw.com<br>           knoborikawa@starnlaw.com<br><br>NICOLAIDES FINK THORPE<br>MICHALIDES SULLIVAN LLP<br>MATTHEW J. FINK<br>      (Admitted Pro Hac Vice)<br>AMY J. COLLINS CASSIDY<br>      (Admitted Pro Hac Vice)<br>10 South Wacker, Suite 2100<br>Chicago, Illinois 60606<br>Phone: (312) 585-1440<br>Email: mfink@nicolaidesllp.com<br>           acassidy@nicolaidesllp.com | WILLKIE FARR & GALLAGHER LLP<br>CHRISTOPHER J. ST. JEANOS<br>      (Admitted Pro Hac Vice)<br>787 Seventh Avenue<br>New York, New York 10019<br>Phone: (212) 728-8730<br>Email: cstjeanos@willkie.com<br><br>ELIZABETH BOWER<br>      (Admitted Pro Hac Vice)<br>1875 K Street, N.W.<br>Washington, D.C.  20006<br>Phone: (202) 303-1252<br>Email: ebower@willkie.com |

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALOHA PETROLEUM, LTD.,<br><br>                              Plaintiff,<br><br>           v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>                              Defendant. | CIVIL NO. 1:22-cv-00372-JAO-WRP<br>(Contract)<br><br>**SECOND STIPULATION TO AMEND STIPULATION AND ORDER REGARDING CASE SCHEDULING** |

## SECOND STIPULATION TO AMEND
## STIPULATION AND ORDER REGARDING CASE SCHEDULING

**WHEREAS**, Plaintiff Aloha Petroleum, Ltd. ("Aloha") initiated this action against Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") (collectively, the "Parties") seeking insurance coverage for two underlying actions filed by the City and County of Honolulu and the Honolulu Board of Water Supply, and by the County of Maui against Aloha and other parties (hereinafter, the "Underlying Actions") on August 10, 2022;

**WHEREAS**, Aloha asserted in its initial Complaint three counts against National Union in this action: (i) Count I for breach of the duty to defend Aloha in the Underlying Actions; (ii) Count II for breach of the duty to indemnify Aloha in the Underlying Actions; and (iii) Count III seeking a declaratory judgment in its favor and against National Union with respect to the duty to defend and the duty to indemnify Aloha in the Underlying Actions;

**WHEREAS**, on November 1, 2022, the Parties appeared for a Rule 16 Scheduling Conference before Magistrate Judge Porter;

**WHEREAS**, the Court agreed to defer discovery and decision on the duty to indemnify Aloha for the Underlying Actions (the "duty-to-indemnify issue") until the duty to defend Aloha in the Underlying Actions (the "duty-to-defend issue") is resolved;

**WHEREAS**, the Parties submitted a Stipulation and Order Regarding Case Scheduling [Dkt. 38], dated November 22, 2022, regarding dates and deadlines for discovery and summary judgment on the duty-to-defend issue, which was entered by the Court on that same day;

**WHEREAS**, the Parties submitted a First Stipulation to Amend Stipulation and Order Regarding Case Scheduling [Dkt. 46], dated March 1, 2023, regarding dates and deadlines for discovery and summary judgment on the duty-to-defend issue, as well as a deadline for amended pleadings without Court approval, which was entered by the Court on the same day;

**WHEREAS**, on April 28, 2023, Aloha filed a First Amended Complaint against National Union, and added a new defendant, American Home Assurance Company ("American Home"), and added eleven additional commercial general liability policies and seven umbrella liability policies to be the subject of Aloha's claims for coverage [Dkt. 47] (the "First Amended Complaint");

**WHEREAS**, the First Amended Complaint asserts, among other claims, a cause of action for breach of the duty to defend Aloha in the Underlying Actions against National Union and American Home under fifteen commercial general liability insurance policies allegedly issued between 1978-2009;

**WHEREAS**, the Parties amicably resolved their discovery disputes on the duty-to-defend issue, without the need for Court intervention;

**WHEREAS**, on May 3, 2023, the Parties participated in a Pre-filing Conference pursuant to Local Rule 7.8 to discuss the anticipated cross motions for partial summary judgment on the duty-to-defend issue;

**WHEREAS**, the Parties wish to extend briefly the deadlines in the First Stipulation to Amend Stipulation and Order Regarding Case Scheduling [Dkt. 46] to allow for a responsive pleading on the First Amended Complaint and coordination of a joint record on and preparation of cross motions for summary judgment on the duty-to-defend issue;

**NOW THEREFORE**, in consideration of the foregoing, the Parties stipulate that the First Stipulation to Amend Stipulation and Order Regarding Case Scheduling [Dkt. 46] is amended as follows:

1. Paragraph 3, regarding summary judgment briefing, shall be amended as follows:

    a. The parties may file motions for partial summary judgment on the duty-to-defend issue on or before June 2, 2023.

    b. Any opposition to a motion for partial summary judgment on the duty-to-defend issue shall be filed forty five (45) days after service of the motion.

    c. A moving party may then file any reply in support of its motion for partial summary judgment thirty (30) days after service of the

opposition to its motion.

2. As an additional amendment to Paragraph 4, the deadline for National Union and American Home to file responsive pleadings to the First Amended Complaint shall be May 26, 2023.

The First Stipulation to Amend Stipulation and Order Regarding Case Scheduling [Dkt. 46] shall otherwise remain unchanged.

DATED: Honolulu, Hawaiʻi, May 5, 2023.

                                            */s/ Michi Momose*
C. MICHAEL HEIHRE
MICHI MOMOSE

and

JOHN M. SYLVESTER (*Pro Hac Vice*)
HUDSON M. STONER (*Pro Hac Vice*)

Attorneys for Plaintiff
ALOHA PETROLEUM, LTD.

      /s/ *Kari K. Noborikawa*
TERENCE J. O'TOOLE
KARI K. NOBORIKAWA

and

AMY COLLINS CASSIDY (*Pro Hac Vice*)
EMILY R. STEINBERG (*Pro Hac Vice*)
MATTHEW J. FINK (*Pro Hac Vice*)

and

ELIZABETH BOWER (*Pro Hac Vice*)
CHRISTOPHER ST. JEANOS (*Pro Hac Vice*)

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

APPROVED AND SO ORDERED.

DATED AT HONOLULU, HAWAII, May 8, 2023.



Wes Reber Porter
United States Magistrate Judge

*Aloha Petroleum, Ltd. v. National Union Fire Insurance Company of Pittsburgh, PA*; Civil No. 1:22-cv-00372-JAO-WRP; SECOND STIPULATION TO AMEND STIPULATION AND ORDER REGARDING CASE SCHEDULING

5