GLA  116 92 15      E-Z SERVE, INC.        59     (1)      2/85

**EXHIBIT 1**

**GENERAL LIABILITY-AUTOMOBILE**

**DAILY REPORT**

**NATIONAL UNION FIRE INSURANCE COMPANY**

OF PITTSBURGH, PA.

Renewal of Number

BRANCH _____ 04

DIVISION #59        DEPARTMENT

MAJOR PRODUCT *GL, R auto, BA Auto*

BROKER #03769

COMMISSION _____ (No., Street, Town or City, County, State)

Item 1.  Named Insured and Address:

E-Z Serve, Inc.
P.O. Box 3579
Abilene, Texas 79604

Perry Hunter Hall, Inc.
Box 1400
Abilene, Texas 79604

Item 2.  Policy Period:   (Mo. Day Yr.)

From  2-1-84              to    2-1-85
12:01 A.M., standard time at the address of the named insured as stated herein.

The named insured is:

☐ Individual   ☐ Partnership   ☒ Corporation   ☐ Joint Venture   ☐ Other___

Business of the named insured is: (ENTER BELOW)       Audit Period: Annual, unless otherwise stated. (ENTER BELOW)

**Refiner & Saler of Oil Products & Distributing**

Item 3.  The insurance afforded is only with respect to the Coverage Part(s) indicated below by specific premium charge(s) and attached to and forming a part of this policy.

| Advance Premiums | Coverage Part No(s). | Coverage Part(s) | Advance Premiums | Coverage Part No(s). | Coverage Part(s) |
|---|---|---|---|---|---|
| | | Automotive Medical Payments Insurance | $ | | Hospital Professional Liability Insurance |
| $ | | Automobile Physical Damage Insurance (Dealers) | $ | | Manufacturers' and Contractors' Liability Insurance |
| | | Automobile Physical Damage Insurance (Fleet Automatic) | $ | | Owner's and Contractor's Protective Liability Insurance |
| | | Automobile Physical Damage Insurance (Non-Fleet) | $ | | Owners', Landlords' and Tenants' Liability Insurance |
| $ | | Basic Automobile Liability Insurance | $ | | Personal Injury Liability Insurance |
| $ | | Completed Operations and Products Liability Insurance | $ | | Physicians', Surgeons' and Dentists' Professional Liability Insurance |
| | | Comprehensive Automobile Liability Insurance | $ | | Premises Medical Payments Insurance |
| | | Comprehensive General Liability Insurance | $ | | Special Protective and Highway Liability against New York Department of Transportation |
| | | Comprehensive Personal Insurance | | | |
| $ | | Contractual Liability Insurance | $ | | Storekeeper's Insurance |
| $ | | Druggists' Liability Insurance | $ | | Uninsured Motorists Insurance |
| $ | | Elevator Collision Insurance | $ | | |
| $ | | Farm Employers' Liability and Farm Employees' Medical Payments Insurance | $ | | |
| $ | | Farmer's Comprehensive Personal Insurance | | | |
| | | Farmer's Medical Payments Insurance | $ | | |
| | | Garage Insurance | | | |

Farm numbers of endorsement other than those entered Coverage Part(s), attached at iss

Total Advance Premium for this policy.

* If the Policy Period is more than one year and the premium is to be paid in installments, premium is payable on:

Effective Date   1st Anniversary      2nd Anniversary
    $                  $                    $

Item 4.  During the past three years no insurer has cancelled insurance, issued to the named insured, similar to that afforded hereunder, unless otherwise stated here

Countersigned:

039-117-3-7/B13

28321 (1/80)

By _____
Ptd. in U.S.A.

Authorized Representative

ORDER BY 39162 (

**HOME OFFICE COPY**

EZSERVE000026

## ENDORSEMENT

This endorsement, effective    12:01   A. M.   2-1-84                    forms a part of

policy No   GLA 116 92 19        issued to  E-Z Serve, Inc.

by National Union Fire Insurance Company of Pittsburgh, Pa.

### GENERAL LIABILITY

Named Insureds:

E-Z Serve, Inc., et al to include

a) E-Z Serve Refining, Inc.

b) E-Z Serve of California, Inc.

c) E-Z Serve of California DBA
Amber Transportation

d) Aloha Petroleum, Ltd.

e) Petroleum Maintenance, Ltd.

f) Amber Refining, Inc.

g) Amber Pipeline Company

h) Amberex Corporation

i) Rib & Brisket, Inc.

j) M-Y Properties

.019-177-3-7 B14

_____
Authorized Representative

EZSERVE000027

**ENDORSEMENT**

This endorsement, effective    12:01   A. M.   2-1-84                                 forms a part of

policy No    GLA 116 92 15        issued to  E-Z Serve, Inc.

by National Union Fire Insurance Company of Pittsburgh, Pa.

In consideration of no change in premium it is agreed that this policy does
not cover any exposures which are also covered under BA 116 27 03.

Authorized Representative

EZSERVE000028



ENDORSEMENT

This endorsement, effective    12:01   A.   M.   2-1-84                    forms a part of

policy No.    GLA 116 92 15          Issued to   E-Z Serve, Inc.

by National Union Fire Insurance Company of Pittsburgh, Pa.

The total advance installment payments are as follows:

| Due Date | Premium Due |
|----------|-------------|
| 02-01-84 | |
| 05-01-84 | |
| 8-01-84 | |
| 11-02-84 | |

Authorized Representative

EZSERVE000029



**ENDORSEMENT**

This endorsement, effective    12:01  A.  M.  2-1-84                    forms a part of

policy No.   GLA 116 92 15            issued to  E-Z Serve, Inc.

by  National Union Fire Insurance Company of Pittsburgh, Pa.

Composite Rating for General Liability
Exposure per 10,000. gallons, general liability codes
#29112 and 59842

Texas

Rate                                      Premium
BI      PD          Exposure          BI        PD
$800,000,000.

Total
Premium Discount

States other than Texas

Rate                  Exposure          Premium
$50,000,000.        BI        PD

Total

All states total

019-117-3-7 B16

Authorized Representative

EZSERVE000030

COVERAGE PART

COMPREHENSIVE GENERAL LIABILITY INSURANCE

For attachment to Policy No. _____ to complete said policy.

ADDITIONAL DECLARATIONS

Location of all premises owned by, rented to or controlled by the named Insured

Interest of named Insured in such premises
☐ Owner    ☐ General Lessee    ☐ Tenant    ☐ Other

Part occupied by named Insured

The following disclosure all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein.

**SCHEDULE**

The insurance afforded is only with respect to such of the following Coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such Coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Limits of Liability | | Advance Premiums |
|---|---|---|---|
| | each occurrence | aggregate | |
| A—Bodily Injury Liability | $ 300,000 | $ 300,000 | $ ■■■■ |
| B—Property Damage Liability | $ 100,000 | $ 300,000 | $ ■■■■ |
| Form numbers of endorsements attached at issue | | Total Advance Premium | $ ■■■■ |

**General Liability Hazards**

| Description of Hazards | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| | | | B.I. | P.D. | Bodily Injury | Property Damage |
| Premises—Operations | | | | | | |
| See Extension Schedule | | | "Premiums Included in Composite Rate" | | | |
| | | (a) Area (Sq. Ft.) | (a) Per 100 Sq. Ft. of Area | | | |
| | | (b) Frontage | (b) Per Linear Foot | | | |
| | | (c) Remuneration | (c) Per $100 of Remuneration | | | |
| | | (d) Receipts | (d) Per $100 of Receipts | | | |
| | | (e) Sales | (e) Per Cost | | | |
| | | (f) Admissions | (f) Per 100 Admissions | | | |
| Elevators (Number of Elevators) | | Number Insured | Per Elevator | | | |
| None at Inception | | | | | | |
| Independent Contractors | | Cost | Per $100 of Cost | | | |
| Included in Composite Rate | | | | | Incl. | Incl. |
| Completed Operations | | (a) Receipts | (a) Per $1,000 of Receipts | | | |
| Included in Composite Rate | | | | | Incl. | Incl. |
| Products | | (b) Sales | (b) Per $1,000 of Sales | | | |
| Included in Composite Rate | | | | | Incl. | Incl. |
| | | | Total Advance O.L. and P.D. Premiums | | $ | ■ |

When used as a premium basis:

1.  "Admission" means the total number of persons, other than employees of the named insured, admitted to the event insured or to events conducted on the premises whether on paid admission tickets, complimentary tickets or passes.
2.  "Cost" means the total cost to the named insured with respect to operations performed for the named insured during the policy period by independent contractors of all work let or sub-let in connection with each specific project, including the cost of labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the owner, contractor or sub-contractor, including all fees, allowances, bonuses or commissions made, paid or due;
3.  "receipts" means the gross amount of money charged by the named insured for such operations by the named insured or by others during the policy period as are rated on a receipts basis other than receipts from telecasting, broadcasting or motion pictures, and includes taxes, other than taxes which the named insured collects as a separate item and remits directly to a governmental division.
4.  "remuneration" means the entire remuneration earned during the policy period by proprietors and by all employees of the named insured, other than chauffeurs, aircraft pilots or co-pilots, aircraft and drivers of mobile equipment and aircraft pilots and co-pilots, subject to any overtime earnings or 1½ times of remuneration rule applicable in accordance with the manuals in use by the company;
5.  "sales" means the gross amount of money charged by the named insured or by others (including under his name for all goods and products sold or distributed during the policy period, parted and charged during the policy period for installation, servicing or repair, and includes taxes, other than taxes which the named insured and such others collect as a separate item and remit directly to a governmental division.

(over)

## I. COVERAGE A—BODILY INJURY LIABILITY
## COVERAGE B—PROPERTY DAMAGE LIABILITY

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of

A. bodily injury or
B. property damage

to which this insurance applies, caused by an occurrence, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

### Exclusions

This insurance does not apply:

(a) to liability assumed by the insured under any contract or agreement except an incidental contract, but this exclusion does not apply to a warranty of fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

(b) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of

   (1) any automobile or aircraft owned or operated by or rented or loaned to any insured, or
   (2) any other automobile or aircraft operated by any person in the course of his employment by any insured;

but this exclusion does not apply to the parking of an automobile on premises owned by, rented to or controlled by the named insured or the ways immediately adjoining, if such automobile is not owned by or rented or loaned to any insured;

(c) to bodily injury or property damage arising out of (1) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity or (2) the operation or use of any snowmobile or trailer designed for use therewith;

(d) to bodily injury or property damage arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any insured;

(e) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of
   (1) any watercraft owned or operated by or rented or loaned to any insured, or
   (2) any other watercraft operated by any person in the course of his employment by any insured;

but this exclusion does not apply to watercraft while ashore on premises owned by, rented to or controlled by the named insured;

(f) to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water, but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental;

(g) to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to
   (1) liability assumed by the insured under an incidental contract, or
   (2) expenses for first aid under the Supplementary Payments provision;

(h) to bodily injury or property damage for which the insured or his indemnitee may be held liable
   (1) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or
   (2) if not so engaged, as an owner or lessor of premises used for such purposes,

if such liability is imposed

   (i) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or

   (ii) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person,

but part (ii) of this exclusion does not apply with respect to liability of the insured or his indemnitee as an owner or lessor described in (2) above;

(i) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(j) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured or to any obligation of the insured to indemnify another because of damages arising out of such injury; but this exclusion does not apply to liability assumed by the insured under an incidental contract;

(k) to property damage to
   (1) property owned or occupied by or rented to the insured,
   (2) property used by the insured, or
   (3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control,

but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to property damage (other than to elevators) arising out of the use of an elevator at premises owned by, rented to or controlled by the named insured;

(l) to property damage to premises alienated by the named insured arising out of such premises or any part thereof;

(m) to loss of use of tangible property which has not been physically injured or destroyed resulting from
   (1) a delay in or lack of performance by or on behalf of the named insured of any contract or agreement, or
   (2) the failure of the named insured's products or work performed by or on behalf of the named insured to meet the level of performance, quality, fitness or durability warranted or represented by the named insured, but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the named insured's products or work performed by or on behalf of the

---

named insured after such products or work have been put to use by any person or organization other than an insured;

(n) to property damage to the named insured's products arising out of such products or any part of such products;

(o) to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(p) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein.

(q) to property damage included within:
   (1) the explosive hazard in connection with operations identified in this policy by a classification code number which includes the symbol "x",
   (2) the collapse hazard in connection with operations identified in this policy by a classification code number which includes the symbol "c",
   (3) the underground property damage hazard in connection with operations identified in this policy by a classification code number which includes the symbol "u".

### II. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

(a) if the named insured is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor, and the spouse of the named insured with respect to the conduct of such a business;

(b) if the named insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;

(d) any person (other than an employee of the named insured) or organization while acting as real estate manager for the named insured; and

(e) with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment registered under any motor vehicle registration law,
   (1) an employee of the named insured while operating any such equipment in the course of his employment, and
   (2) any other person while operating with the permission of the named insured any such equipment registered in the name of the named insured and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;

provided that no person or organization shall be an insured under this paragraph with respect to:
   (1) bodily injury to any fellow employee of such person injured in the course of his employment, or
   (2) property damage to property owned by, rented to, in charge of or occupied by the named insured or the employer of any person described in subparagraph (1).

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

### III. LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability is limited as follows:

Coverage A—The total liability of the company for all damages, including damages for care and loss of services, because of bodily injury sustained by one or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the schedule as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of (1) all bodily injury included within the completed operations hazard and (2) all bodily injury included within the products hazard shall not exceed the limit of bodily injury liability stated in the schedule as "aggregate".

Coverage B—The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the schedule as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all property damage to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of property damage liability stated in the schedule as "aggregate":

   (1) all property damage arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (2) below;

   (2) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including any such property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repair at premises owned by or rented to the named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

   (3) all property damage included within the products hazard and all property damage included within the completed operations hazard.

Such aggregate limit shall apply separately to the property damage described in subparagraphs (1), (2) and (3) above, and under subparagraphs (1) and (2) separately with respect to each project away from premises owned by or rented to the named insured.

Coverages A and B—For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

### IV. POLICY TERRITORY

This insurance applies only to bodily injury or property damage which occurs within the policy territory.



[AUTHENTIC!]

(This Attaching Clause head be completed only when this endorsement is issued subsequent to preparation of the policy)

LIABILITY

**APPLICATION OF EXCLUSIONS**
(Explosion, Collapse and Underground Property Damage Hazards)

L 6432f
(Ed. 1-76)

> This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
> **COMPREHENSIVE GENERAL LIABILITY INSURANCE**
> *MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE*

This endorsement, effective **2-1-84** (12:01 A.M. standard time) forms a part of policy No. GLA 116 92 16

issued to E-Z Serve, Inc.

by National Union Fire Insurance Company of Pittsburgh, Pa.

Authorized Representative

It is agreed that if the named insured's actual operations include any operation(s), whether or not stated in the Schedule under "Description of Hazard", which is (are) described by any classification listed below, the "x", "c", "u" symbol(s) included in the applicable code number shall apply as if such classification code number and symbol(s) were included in such Schedule.

## DESCRIPTION OF OPERATIONS; CLASSIFICATION CODE NO.; AND SYMBOL(S)

| | | | | |
|---|---|---|---|---|
| Building Raising or Moving—including incidental shoring, removal or rebuilding of walls, foundations, columns or piers | 17685xc | Gas Dealers—liquefied petroleum gas | 59851sx | |
| Caisson Work: | | Gas Distribution—liquefied petroleum gas—local distribution by gas mains etc.—from central tanks to ultimate consumers—including mdse.—readers—including completed operations except with respect to the installations, servicing or repair of appliances | 49252sxcu | |
| Foundations for buildings—including pile driving, excavation, masonry or concrete work up to completion of sub-structure only | 17805xcu | | | |
| Not foundations for buildings—includ. pile driving, excavation, masonry or concrete work up to completion of sub-structure only | 16235xcu | Gas Mains or Connections Construction—including tunneling at street crossings | 16225xcu | |
| | | Gas Pipe Line Construction—including pile driving or dredging | 16265xcu | |
| Clay or Shale Digging—no canal, sewer or cellar excavation or underground mining | | Gas Pipe Lines —operation—including maintenance | 49222sx | |
| | | Gas Works—including outside salesmen, collectors, and meter readers—including completed operations except with respect to the installation, servicing or repair of appliances | 49251sxcu | |
| Coffer Dam Work—including pile driving, excavation, masonry or concrete work up to completion of sub-structure only | 16235xcu | Gasoline or Oil Dealers | 50851x | |
| Conduit Construction—for cables or wires | 16285xcu | Gasoline Recovery — from casing head or natural gas | 13210dexz | |
| Contractors' Equipment: | | Geophysical Exploration — seismic method — all employees — including completed operations | 13831x | |
| Cranes, derricks, power shovels, and equipment incidental thereto—rented to others with operators—including installation, repair or removal | 73912xcu | Grading of Land | 07313xcu | |
| | | Iron or Steel Erection—subway construction | 16205xcu | |
| Earth moving equipment other than cranes, derricks and power shovels—rented to others with operators—including installation, repair or removal | 17861cu | Irrigation or Drainage System Construction—including pile driving or dredging | 16255xu | |
| Steam boilers, compressors, air pressure tanks, pneumatic tools, and equipment incidental thereto—rented to others with operators—including installation, repair or removal | 73915xu | Landscape Gardening—including completed operations | 07311xcu | |
| | | Oil or Gas Pipe Line Construction—including pile driving or dredging | 16265xcu | |
| Contractors' Equipment (excluding automobiles)—rented to others with operators—including installation, repair or removal | 73971tu | Oil or Gas Well Shooting | 13851dexz | |
| Dam or Reservoir Construction | 16232xcu | Oil Lease Operators or Gas Lease Operators—natural gas—including completed operations | 13122dexz | |
| Electric Light or Power Companies—including outside salesmen, collectors and meter readers—including completed operations except with respect to the installation, servicing or repair of appliances | 49115xcu | Oil Lease Operators or Gas Lease Operators—natural gas—within the limits of any town or city, on the right-of-way of any railroad, or in any ocean, gulf or bay—including completed operations | 124dexz | |
| | | Oil Pipe Lines—operation—including maintenance | 48100xxz | |
| Electric Light or Power Cooperatives—Rural Electrification Administration Projects Only—including outside salesmen, collectors and meter readers—including completed operations except with respect to the installation, servicing or repair of appliances | 49116xc | Oil Refining—petroleum | 29112x | |
| | | Pile Driving: | | |
| | | Building foundations only | 17805xcu | |
| | | Including timber wharf building | 16294cu | |
| Electric Light or Power Line Construction—Rural Electrification Administration Projects only | 16242xc | Some method | 16296cu | |
| | | Plumbing—gas, steam, hot water or other pipe fitting—including house connections, shop and retail stores or display rooms | 17185n | |
| Electric Light or Power Line Construction | 16245xcu | | | |
| Excavation | 15111xcu | Pneumatic Tube Operation Companies | 17963n | |
| Gas Companies—natural gas—local distribution—including outside salesmen, collectors and meter readers—including completed operations except with respect to the installation, servicing or repair of appliances | 49221sxcu (over) | Quarries—including the operation of crushers | 14001x | |
| | | Railroad Construction—including laying, relaying or removal of tracks or maintenance of way by contractors | 16215x | |

EZSERVE000033

Salvage Operations—including incidental wrecking, shoring or other structural work, the handling of machinery in damaged buildings, and salesmen or clerical at site of wrecking . . . . . . . . . . . . . . 17885sxs

Sand or Gravel Digging—no canal, sewer, cellar excavation or underground mining . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14001x

Septic Tank Systems Installation, maintenance or repair including house connections, shop and retail stores or display rooms . . . . 17101u

Sewer Construction—including tunneling at street crossings . . . . . 16225xcu

Shaft Sinking—including pile driving, excavation, concrete work or lining . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16735xcu

Steam Heating or Power Companies—not electric—including outside salesmen, collectors and meter readers—including completed operations except with respect to the installation, servicing, or repair of appliances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49613xc0

Steam Mains or Connections Construction—including tunneling at street crossings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16225xcu

Stone Crushing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32905x

Street or Road Construction or Reconstruction—clearing of right-of-way, excavation, filling or grading, bridge or culvert building . . 16115xcs

Street or Road Paving or Repaving, Surfacing or Resurfacing or Scraping . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16125xcu

Subway Construction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16205xcu

Swimming Pools—below ground—installation, servicing and repair—including completed operations . . . . . . . . . . . . . . . 17802xc0

Telephone or Telegraph Companies—including outside salesmen, collectors, messengers and clerical—including completed operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48110u

Telephone, Telegraph or Fire Alarm Line Construction . . . . . . 16245xcu

Tunneling—including lining . . . . . . . . . . . . . . . . . . . . . . . . 16235xcu

Underpinning Buildings or Structures—including incidental shoring, removal or rebuilding of walls, foundations, columns or piers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17885sxc

Water Mains or Connections Construction—including tunneling at street crossings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16225xcu

Waterworks—including outside salesmen, collectors and meter readers—including completed operations, except with respect to the installation, servicing or repair of appliances . . . . . . . 49417xcu

Welding or Cutting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17785x

Wrecking:

Dismantling in sections or panels of buildings not exceeding three stories in height for re-erection, in connection with the Federal emergency housing and educational programs for veterans—including salesmen or clerical at site of dismantling—including completed operations . . . . . . . . . . 17811xc

Dismantling of pre-fabricated dwellings not exceeding three stories in height for re-erection—including completed operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17011xc

Federal war housing dismantling or wrecking—including salesmen or clerical at site of wrecking—including completed operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17811xc

Military reservation dismantling or wrecking—including salesmen or clerical at site of wrecking—including completed operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17911xc

Wrecking Buildings or Structures—not marine—including salesmen or clerical at site of wrecking—including completed operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17822sxc

EZSERVE000034

LIABILITY

GL 04 04 (Ed. 07 76)
B 222

BROAD FORM COMPREHENSIVE GENERAL LIABILITY ENDORSEMENT

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following designated insurance:
COMPREHENSIVE GENERAL LIABILITY INSURANCE

This endorsement, effective     2-1-84                    forms a part of policy No.  GLA 116 92 15

Issued to   E-Z Serve, Inc.

by   National Union Fire Insurance Company of Pittsburgh, Pa.

Authorized Representative

## SCHEDULE

Personal Injury and Advertising Injury Liability

Aggregate Limit shall be the per occurrence bodily injury liability limit unless otherwise indicated herein.

Limit of Liability $_____ Aggregate

Limit of Liability—Premises Medical Payments Coverage:

$1,000 each Person unless otherwise indicated herein $_____ each person.

Limit of Liability—Fire Legal Liability Coverage:

$50,000 per occurrence unless otherwise indicated herein $_____ per occurrence.

| Advance Premium | Premium Basis |
|---|---|
| $  Included in con | % OF THE TOTAL COMPREHENSIVE GENERAL LIABILITY BODILY INJURY AND PROPERTY DAMAGE PREMIUM OR OTHERWISE DETERMINED |
| $  MINIMUM PREMIUM | |
| $  Additional Premium | |

**I. CONTRACTUAL LIABILITY COVERAGE**

(A) The definition of incidental contract is extended to include any contract or agreement relating to the conduct of the named insured's business.

(B) The insurance afforded with respect to liability assumed under an incidental contract is subject to the following additional exclusions:

(1) to bodily injury or property damage for which the insured has assumed liability under any incidental contract, if such injury or damage occurred before the execution of the incidental contract;

(2) if the insured is an architect, engineer or surveyor, to bodily injury or property damage arising out of the rendering or failure to render professional services by such insured, including
(a) the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs or specifications, or
(b) supervisory, inspection or engineering services;

(3) if the indemnitee of the insured is an architect, engineer or surveyor, to the liability of the indemnitee, his agents or employees, arising out of
(a) the preparation or approval of or the failure to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications, or
(b) the giving of or the failure to give directions or instructions by the indemnitee, his agents or employees, provided such giving or failure to give is the primary cause of the bodily injury or property damage;

(4) to any obligation for which the insured may be held liable in an action on a contract by a third party beneficiary for bodily injury or property damage arising out of a project for a public authority, but this exclusion does not apply to an action on the public authority or any other person or organization engaged in the project;

(5) to bodily injury or property damage arising out of operations, within 50 feet of any railroad property, affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing, but this exclusion does not apply to sidetrack agreements.

(C) The following exclusions applicable to Coverages A (Bodily Injury) and B (Property Damage) do not apply to this Contractual Liability Coverage, (a), (c) (2), (d) and (e).

(D) The following additional condition applies:
Arbitration
The company shall be entitled to exercise all of the insured's rights in the choice of arbitrators and in the conduct of any arbitration proceeding.

**II. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY COVERAGE**

(A) The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of personal injury or advertising injury to which this insurance applies, sustained by any person or organization and arising out of the conduct of the named insured's business, within the policy territory, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such injury, even if any of the allegations of the suit are groundless, false or fraudulent, and may seek such investigation and settlement of any claim or suit as it deems expedient, but the company, shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

(B) This insurance does not apply:
(1) to liability assumed by the insured under any contract or agreement;
(2) to personal injury or advertising injury arising out of the wilful violation of a penal statute or ordinance committed by or with the knowledge or consent of the insured;
(3) to personal injury or advertising injury arising out of a publication or utterance of a libel or slander, or a publication or utterance in violation of an individual's right of privacy, if the first injurious publication or utterance of the same or similar material by or on behalf of the named insured was made prior to the effective date of this insurance;
(4) to personal injury or advertising injury arising out of libel or slander or the publication or utterance of defamatory or disparaging material concerning any person or organization or goods, products or services, or in violation of an individual's right of privacy, made by or at the direction of the insured with knowledge of the falsity thereof;
(5) to personal injury or advertising injury arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in the declarations of the policy as a named insured;

(6) to advertising injury arising out of
(a) failure of performance of contract, but this exclusion does not apply to the unauthorized appropriation of ideas based upon alleged breach of implied contract, or
(b) infringement of trademark, service mark or trade name, other than titles or slogans, by use thereof on or in connection with goods, products or services sold, offered for sale or advertised, or
(c) incorrect description or mistake in advertised price of goods, products or services sold, offered for sale or advertised;
(7) with respect to advertising injury
(a) to any insured in the business of advertising, broadcasting, publishing or telecasting, or
(b) to any injury arising out of any act committed by the insured with actual malice.

(C) Limits of Liability
Regardless of the number of (1) insureds hereunder, (2) persons or organizations who sustain injury or damage, or (3) claims made or suits brought on account of personal injury or advertising injury the total limit of the company's liability under this coverage for all damages shall not exceed the limit of liability stated in this endorsement as "aggregate".

(D) Additional Definitions
"Advertising injury" means injury arising out of an offense committed during the policy period occurring in the course of the named insured's advertising activities, if such injury arises out of libel, slander, defamation, violation of right of privacy, piracy, unfair competition, or infringement of copyright, title or slogan.
"Personal injury" means injury arising out of one or more of the following offenses committed during the policy period:
1. false arrest, detention, imprisonment, or malicious prosecution;
2. wrongful entry or eviction or other invasion of the right of private occupancy;
3. a publication or utterance
(a) of a libel or slander or other defamatory or disparaging material, or
(b) in violation of an individual's right of privacy, except publications or utterances in the course of or related to advertising, broadcasting, publishing or telecasting activities conducted by or on behalf of the named insured shall not be deemed personal injury.

**III. PREMISES MEDICAL PAYMENTS COVERAGE**

The company will pay for or for each person who sustains bodily injury caused by accident all reasonable medical expense incurred within one year from the date of the accident on account of such bodily injury, provided each bodily injury arises out of (a) a condition in the insured premises or (b) operations with respect to which the named insured is afforded coverage for bodily injury liability under the policy.

This insurance does not apply:
(A) to bodily injury
(1) arising out of the ownership, maintenance, operation, use, loading or unloading of
(a) any automobile or aircraft owned or operated by or rented or loaned to any insured, or
(b) any other automobile or aircraft operated by any person in the course of his employment by any insured, but this exclusion does not apply to the parking of an automobile on the insured premises, if such automobile is not owned by or rented or loaned to any insured;
(2) arising out of
(a) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity, or
(b) the operation or use of any snowmobile or trailer designed for use therewith;
(3) arising out of the ownership, maintenance, operation, use, loading or unloading of
(a) any watercraft owned or operated by or rented or loaned to any insured, or
(b) any other watercraft operated by any person in the course of his employment by any insured; but this exclusion does not apply to watercraft while ashore on the insured premises;
(4) arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to the named insured;

EZSERVE000035



(Stop Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

GL 04 13 (Ed. 01 73)
G 214
ISO G214

LIABILITY

L 6460
(Ed. 1-73)

## UNDERGROUND RESOURCES AND EQUIPMENT COVERAGE

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE
COMPREHENSIVE GENERAL LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE

This endorsement, effective     2-1-84    (12:01 A. M., standard time)     , forms a part of policy No.  GLA 116 92 15

Issued to    E-Z Serve, Inc.

by     National Union Fire Insurance Company of Pittsburgh, Pa.

Authorized Representative

Limit of Liability:    $ 100,000        Aggregate

It is agreed that the following additional provisions apply with respect to property damage included within the underground resources and equipment hazard arising out of the operations performed by or on behalf of the named insured and described in this endorsement:

**Limits of Liability**

With respect to property damage included within the underground resources and equipment hazard the limits of liability provisions stated elsewhere in the policy are replaced by the following:

The total liability of the company for all damages because of all property damage included within the underground resources and equipment hazard and arising out of operations in connection with any one well shall not exceed the limit of liability stated above as "aggregate".

**Exclusions**

This insurance does not apply:

(a) to any cost or expense incurred by or at the request of the named insured or any co-owner of the working interest in connection with controlling or bringing under control any oil, gas or water well;

(b) to damages claimed by any co-owner of the working interest.

**Definitions**

"underground resources and equipment hazard" includes property damage to any of the following:

(a) oil, gas, water or other mineral substances which have not been reduced to physical possession above the surface of the earth or above the surface of any body of water;

(b) any well, hole, formation, strata or area in or through which exploration for or production of any substance is carried on;

(c) any casing, pipe, bit, tool, pump or other drilling or well servicing machinery or equipment located beneath the surface of the earth in any such well or hole or beneath the surface of any body of water.

"co-owner of the working interest" means any person or organization who is, with the named insured, a co-owner, joint venturer or mining partner in mineral properties who participates in the operating expense of such properties or who has the right to participate in the control, development or operation of such properties.

**Agreement in Connection with blow-outs or Cratering of Wells**

Upon the occurrence of a blow-out or cratering of any oil, gas or water well resulting from or in connection with operations performed by or on behalf of the named insured, the named insured hereby agrees that he will at any and all cost and expense, use due and reasonable diligence to take all such prompt and immediate steps for the purpose of controlling or bringing under control such well as shall be required of him by regulation, order or directive of public authorities having jurisdiction in the matter, or as such regulation, order or directive in being complied with by others.

For failure on the part of the named insured to comply with this obligation, it is agreed that the company shall not be liable for any property damage included within the underground resources or equipment hazard resulting from the blow-out or cratering of any such well.

Identification of Operations

Gasoline Recovery — from casing head or natural gas
Oil Lease Operators or Gas Lease Operators — natural gas
Oil or Gas Well Shooting
Oil or Gas Wells — cleaning or swabbing — by contractors
Oil or Gas Wells — servicing — by contractors
Oil or Gas Wells — drilling or redrilling, installation or recovery of casing

(ii) to bodily injury

(1) included within the completed operations hazard or the products hazard;

(2) arising out of operations performed for the named insured by independent contractors other than
 (a) maintenance and repair of the insured premises or
 (b) structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) resulting from the selling, serving or giving of any alcoholic beverage
 (a) in violation of any statute, ordinance or regulation,
 (b) to a minor,
 (c) to a person under the influence of alcohol, or
 (d) which causes or contributes to the intoxication of any person, if the named insured is a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or if not so engaged, is an owner or lessor of premises used for such purposes, but only that (a) of this exclusion (b) (3) applies when the named insured is such an owner or lessor;

(4) due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;

(C) to bodily injury

(1) to the named insured, any partner thereto, any tenant or other person regularly residing on the insured premises or any employee of any of the foregoing if the bodily injury arises out of and in the course of his employment therewith;

(2) to any other tenant if the bodily injury occurs on that part of the insured premises rented to or leased by such tenant or to any employee of such a tenant if the bodily injury occurs on the tenant's part of the insured premises and arises out of and in the course of his employment for the tenant;

(3) to any person while engaged in maintenance and repair of the insured premises or alteration, demolition or new construction at such premises;

(4) to any person if any benefits for such bodily injury are payable or required to be provided under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(5) to any person practicing, instructing or participating in any physical training, sport, athletic activity or contest whether on a formal or informal basis;

(6) if the named insured is a club, to any member of the named insured;

(7) if no named insured is a hotel, motel, or tourist court, to any guest of the named insured;

(D) to any medical expense for services by the named insured, any employee thereof or any person or organization under contract to the named insured to provide such services.

LIMITS OF LIABILITY

The limit of liability for Premises Medical Payments Coverage is $1,000 each person unless otherwise stated in the schedule of this endorsement. The limit of liability applicable to "each person" is the limit of the company's liability for all medical expense for bodily injury to any one person as the result of any one accident; but subject to the above provision respecting "each person", the total liability of the company under Premises Medical Payments Coverage for all medical expense for bodily injury to two or more persons as the result of any one accident shall not exceed the limit of bodily injury liability stated in the policy as applicable to "each occurrence".

When more than one medical payments coverage afforded by the policy applies to the loss, the company shall not be liable for more than the amount of the highest applicable limit of liability.

ADDITIONAL DEFINITIONS

When used herein

"Insured premises" means all premises owned by or rented to the named insured with respect to which the named insured is afforded coverage for bodily injury liability under this policy, and includes the ways immediately adjoining on land.

"medical expense" means expenses for necessary medical, surgical, x-ray and dental services, including prosthetic devices, and necessary ambulance, hospital, professional nursing and funeral services.

ADDITIONAL CONDITION

Medical Reports; Proof and Payment of Claim

As soon as practicable the injured person or someone on his behalf shall give to the company written proof of claim, under oath if required, and shall, after each request from the company, execute authorization to enable the company to obtain medical reports and copies of records. The injured person shall submit to physical examination by physicians selected by the company when and as often as the company may reasonably require. The company may pay the injured person or any person or organization rendering the services etc. the payment shall reduce the amount payable hereunder for such injury. Payment hereunder shall not constitute an admission of liability of any person or, except hereunder, of the company.

IV. HOST LIQUOR LAW LIABILITY COVERAGE

Exclusion (b) does not apply with respect to liability of the insured arising out of the giving or serving of alcoholic beverages at functions incidental to the named insured's business, provided the named insured is not engaged in the business of manufacturing, distributing, selling or serving of alcoholic beverages.

V. FIRE LEGAL LIABILITY COVERAGE—REAL PROPERTY

With respect to property damage to structures or portions thereof rented to or leased to the named insured, including fixtures permanently attached thereto, if such property damage arises out of fire:

(A) all of the exclusions of the policy, other than the Nuclear Energy Liability Exclusion (Broad Form), are deleted and replaced by the following:
 This insurance does not apply to liability assumed by the insured under any contract or agreement.

(B) The limit of property damage liability as respects this Fire Legal Liability Coverage—Real Property is $50,000 each occurrence unless otherwise stated in the Schedule of this endorsement.

(C) The Fire Legal Liability Coverage—Real Property shall be excess insurance over any valid and collectible property insurance (including any deductible portion thereof), available to the insured, such as, but not limited to, Fire, Extended Coverage, Builder's Risk Coverage or Installation Risk Coverage, and the Other Insurance Condition of the policy is amended accordingly.

VI. BROAD FORM PROPERTY DAMAGE COVERAGE (including Completed Operations)

The insurance for property damage liability applies, subject to the following additional provisions:

(A) Exclusions (k) and (o) are replaced by the following:

(1) to property owned or occupied by or rented to the insured, or, except with respect to the use of elevators, to property held by

---

the insured for sale or entrusted to the insured for storage or safekeeping;

(2) except with respect to liability under a written sidetrack agreement or the use of elevators
 (a) to property while on premises owned by or rented to the insured for the purpose of having operations performed on such property by or on behalf of the insured,
 (b) to tools or equipment while being used by the insured in performing his operations,
 (c) to property in the custody of the insured which is to be installed, erected or used in construction by the insured,
 (d) to that particular part of any property, not on premises owned by or rented to the insured,
  (i) upon which operations are being performed by or on behalf of the insured at the time of the property damage arising out of such operations, or
  (ii) out of which any property damage arises, or
 (iii) the restoration, repair or replacement of which has been made or is necessary by reason of faulty workmanship thereon by or on behalf of the insured;

(3) with respect to the completed operations hazard and with respect to any organization stated in the policy or in the company's manual as "including completed operations", to property damage to work performed by the named insured arising out of such work or any portion thereof, or out of such materials, parts or equipment furnished in connection therewith.

(B) The Broad Form Property Damage Liability Coverage shall be excess insurance over any valid and collectible property insurance (including any deductible portion thereof) available to the insured, such as, but not limited to, Fire, Extended Coverage, Builder's Risk Coverage or Installation Risk Coverage, and the Other Insurance Condition of the policy is amended accordingly.

VII. INCIDENTAL MEDICAL MALPRACTICE LIABILITY COVERAGE

The definition of bodily injury is amended to include incidental Medical Malpractice Injury.

Incidental Medical Malpractice Injury means injury arising out of the rendering of or failure to render, during the policy period, the following services:

(A) medical, surgical, dental, x-ray or nursing service or treatment or the furnishing of food or beverages in connection therewith; or

(B) the furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances.

This coverage does not apply to:

(1) expenses incurred by the insured for first-aid to others at the time of an accident and the "Supplementary Payments" provision and the "Insured's Duties in the Event of Occurrence, Claim or Suit" Condition are amended accordingly;

(2) any insured engaged in the business or occupation of providing any of the services described under VII (A) and (B) above;

(3) injury caused by any indemnitee if such indemnitee is engaged in the business or occupation of providing any of the services described under VII (A) and (B) above.

VIII. NON-OWNED WATERCRAFT LIABILITY COVERAGE (under 26 feet in length)

Exclusion (d) does not apply to any watercraft under 26 feet in length provided such watercraft is neither owned by the named insured nor being used to carry persons or property for a charge.

Where the insured is, irrespective of this coverage, covered or protected against loss or claim which would otherwise have been paid under this endorsement, this endorsement, there shall be no contribution or participation by this company on the basis of excess, contributing, deficiency, concurrent, or double insurance or otherwise.

IX. LIABILITY WORLDWIDE COVERAGE

The definition of policy territory is amended to include the following:

A. Anywhere in the world with respect to bodily injury, property damage, personal injury or advertising injury arising out of the activities of any insured permanently domiciled in the United States of America though temporarily outside the United States of America, its territories and possessions or Canada, provided the original suit for damages because of any such injury or damage is brought within the United States of America, its territories or possessions or Canada.

Such insurance as is afforded by paragraph A. above shall not apply:
 (a) to bodily injury or property damage included within the completed operations hazard or the products hazard;
 (b) to premises medical payments coverage.

X. ADDITIONAL PERSONS INSURED

As respects bodily injury, property damage and advertising injury and personal injury coverages, under the provision "Persons Insured", the following are added as insureds:

(1) Spouse—Partnership—If the named insured is a partnership, the spouse of a partner but only with respect to the conduct of the business of the named insured.

(2) Employee—Any employee of the named insured while acting within the scope of his duties as such, but the insurance afforded to such employee does not apply:
 (a) to bodily injury or personal injury to another employee of the named insured arising out of or in the course of his employment;
 (b) to personal injury or advertising injury to the named insured or, if the named insured is a partnership or joint venture, any partner or member thereof, or the spouse of any of the foregoing;
 (c) to property damage to property owned, occupied or used by, rented to, in the care, custody or control of or over which physical control is being exercised for any purpose by another employee of the named insured, or by the named insured or, if the named insured is a partnership or joint venture, any partner or member thereof or by the spouse of any of the foregoing.

XI. EXTENDED BODILY INJURY COVERAGE

The definition of occurrence includes any intentional act by or at the direction of the insured which results in bodily injury, if such injury arises solely from the use of reasonable force for the purpose of protecting persons or property.

XII. AUTOMATIC COVERAGE—NEWLY ACQUIRED ORGANIZATIONS (90 DAYS)

The word insured shall include as named insured any organization which is acquired or formed by the named insured and over which the named insured maintains ownership or majority interest, other than a joint venture, provided this insurance does not apply to bodily injury, property damage, personal injury and advertising injury with respect to which such new organization under this policy is also an insured under any other similar liability or indemnity policy or would be an insured under any such policy but for exhaustion of its limits of liability. The insurance afforded hereby shall terminate 90 days from the date any such organization is acquired or formed by the named insured.

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**LIABILITY**

GL 01 03 (Ed. 05 73)
ISO 6525
AMENDATORY ENDORSEMENT — NOTICE
(Texas)

L 6126
(Ed. 5-73)

This endorsement, effective **2-1-84**
(12:01 A. M., standard time)
, forms a part of policy No. **GLA 116 92 15**

issued to **E-Z Serve, Inc.**

by **National Union Fire Insurance Company of Pittsburgh, Pa.**

Authorized Representative

As respects bodily injury liability coverage and property damage liability coverage, unless the company is prejudiced by the insured's failure to comply with the requirement, any provision of this policy requiring the insured to give notice of action, occurrence or loss, or requiring the insured to forward demands, notices, summons or other legal process, shall not bar liability under this policy.



EZSERVE000038

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

LIABILITY

GL 20 16 (Ed. 07 66)
G 114
**ADDITIONAL INSURED**
(Vendors—Limited Form)

L 9115s
(Ed. 7-66)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
COMPREHENSIVE GENERAL LIABILITY INSURANCE
COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE
X

This endorsement, effective    2-1-84    , forms a part of policy No.  GLA 116 92 15
(12:01 A. M., standard time)

issued to   E-Z Serve, Inc.

by  National Union Fire Insurance Company of Pittsburgh, Pa.

Authorized Representative

**SCHEDULE**

| Name of Vendor(s)  * | Description of Product(s) |
|---|---|
| U-Tote-M Division of Fairmont Foods Co. | Gasoline |
| Gibson Products Company, Inc. of Denton | Gasoline |
| Gibson Products Company, Inc. of Gainsville | Gasoline |

It is agreed that the "Persons Insured" provision is amended to include any person or organization designated above (herein referred to as "vendor"), as an insured, but only with respect to the distribution or sale in the regular course of the vendor's business of the named insured's products designated above subject to the following additional provisions:

1. The insurance with respect to the vendor does not apply to:
(a) any express warranty, or any distribution or sale for a purpose, unauthorized by the named insured;
(b) bodily injury or property damage arising out of
(i) any act of the vendor which changes the condition of the products,
(ii) any failure to maintain the product in merchantable condition,
(iii) any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products, or
(iv) products which after distribution or sale by the named insured have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor;
(c) bodily injury or property damage occurring within the vendor's premises.

2. The insurance does not apply to any person or organization, as insured, from whom the named insured has acquired such products or any ingredient, part or container, entering into, accompanying or containing such products.

** P.O. Box 22796, Houston, Texas
* $500. per claim property damage deductible for products/ completed operations

EZSERVE000039

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

LIABILITY

L 6113a
(Ed. 7-81)

GL 03 00 (Ed. 07 81)
## DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
COMPREHENSIVE GENERAL LIABILITY INSURANCE
COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE
SMP LIABILITY INSURANCE

This endorsement, effective **2-1-84** (12:01 A.M., standard time), forms a part of Policy No. **GLA 116 92 15**

Issued to **E-Z Serve, Inc.**

by **National Union Fire Insurance Company of Pittsburgh, Pa.**

Authorized Representative

### SCHEDULE

| Coverage | Amount and Basis of Deductible: | |
|---|---|---|
| Bodily Injury Liability | $ -- | per claim |
| | $ -- | per occurrence |
| Property Damage Liability | $ 500 | per claim |
| | $ -- | per occurrence |

APPLICATION OF ENDORSEMENT (Enter here any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to all loss however caused):—

The deductible applies only to claims under the
Additional Insured (Vendors – Limited Form) endorsement

It is agreed that:

1. The company's obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on behalf of the Insured, applies only to the amount of damages in excess of any deductible amounts stated in the schedule above as applicable to such coverages, and the limit of liability shown in this policy as being applicable to "each occurrence" for such coverages shall be reduced by the amount of such deductible. The limit of liability shown in this policy as "aggregate", if any, for such coverages shall not be reduced by the application of such deductible amount.

2. The deductible amounts stated in the schedule apply as follows:

   (a) PER CLAIM BASIS—If the deductible is on a "per claim" basis, the deductible amount applies under the Bodily Injury Liability or Property Damage Liability Coverage, respectively, to all damages because of bodily injury sustained by one person, or to all property damage sustained by one person or organization, as the result of any one occurrence.

   (b) PER OCCURRENCE BASIS—If the deductible is on a "per occurrence" basis, the deductible amount applies under the Bodily Injury Liability or Property Damage Liability Coverage, respectively, to all damages because of all bodily injury or property damage as the result of any one occurrence, regardless of the number of persons or organizations who sustain damages because of that occurrence.

3. The terms of the policy, including those with respect to (a) the company's rights and duties with respect to the defense of suits and (b) the Insured's duties in the event of an occurrence apply irrespective of the application of the deductible amount.

4. The company may pay part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, the named Insured shall promptly reimburse the company for such part of the deductible amount as has been paid by the company.



EZSERVE000040

## ENDORSEMENT

This endorsement, effective       12:01   A.   M.   2-1-84                    forms a part of

policy No.    GLA 116 92 15            issued to E-Z Serve, Inc.

by National Union Fire Insurance Company of Pittsburgh, Pa.

### NON-OPERATING WORKING INTERESTS

In consideration of the premium charged, it is agreed the insurance afforded this policy as respects the named insured's legal liability arising out of the non-operating working interest in any oil or gas lease development, production or operation shall be excess insurance over any other valid and collectible insurance available to the named insured.

019-11-7-3-7 823

                                                            Authorized Representative

EZSERVE000041

 

**ENDORSEMENT**

This endorsement, effective   12:01   A.   M.   2-1-84                                    forms a part of

policy No   GLA 116 92 15        issued to   E-Z Serve, Inc.

by       National Union Fire Insurance Company of Pittsburgh, PA

## WAIVER OF SUBROGATION

It is understood and agreed that the Company, in the event of any payment under this policy, waives its right of recovery against any principal, but only at the specific written request of the named Insured either before or after loss, wherein such waiver has been included before loss as part of a contractual undertaking by the Named Insured.

This waiver shall apply only with respect to losses occurring due to operations undertaken as per the specific contract existing between the Named Insured and such Principal and shall not be construed to be a waiver with respect to other operations of such principal in which the Named Insured has no contractual interest.

No waiver of subrogation shall directly or indirectly apply to any employee or employees of either the Named Insured or of the Principal, and the Company reserves its right or lien to be reimbursed from any recovery funds obtained by any injured employee.

This waiver does not apply in any jurisdiction or situation where such waiver is held to be illegal or against public policy or in any situation wherein the Principal against whom subrogation is to be waived is found to be solely negligent.

It is further agreed that the above waiver of Subrogation applies to the following only:  where required by contract.

019-117-3-2 B12

Authorized Representative

EZSERVE000042

## ENDORSEMENT

This endorsement, effective          12:01   A.  M.   2-1-84                              forms a part of

policy No     GLA 116 92 15          issued to  E-Z Serve, Inc.

by  National Union Fire Insurance Company of Pittsburgh, Pa.

### LIMIT OF LIABILITY
### (NON-OPERATING WORKING INTERESTS)

It is agreed that such insurance as is afforded by the policy with respect to
interest of the named insured in producing, plugged or abandoned oil, gas or
distillate wells (including extraction plants) in which the named insured has
a non-operating working interest applies subject to the following additional
provisions:

1.  The company shall not be liable for a greater proportion of any loss than
    the ownership interest of the named insured in such property bears to the
    whole.

2.  This insurance does not apply to the extent that any other valid and
    collectible insurance whether on a contributory, excess or escape basis
    or otherwise available to the insured.

3.  When used as a premium basis, "disbursements" means the total amount of
    money paid by the insured for work performed by or under the direction
    of gas or distillate well lease operators for the named insured.

Code     Premium Basis     ████████

Total additional premium included in composite rate.

019-117-3-/ B24

Authorized Representative

EZSERVE000043

 

## ENDORSEMENT

This endorsement effective     12:0     &.   M    2-1-84                                    forms a part of

policy No     GLA 116 92 15          issued to E-Z Serve, Inc.

by National Union Fire Insurance Company of Pittsburgh, Pa.

### ADDITIONAL INSURED
### (OIL OR GAS OPERATIONS – WORKING INTERESTS, NON-OPERATING)

It is agreed that the "Persons Insured" provision is amended to include as an insured:

(1) Co-owners, Joint Venturers, or mining partners having a non-operating working interest with the named insured in any oil or gas lease, but only with respect to his liability arising out of such interest;

(2) Owners or co-owners of oil or gas leases for whom the insured acts under written contract as operating agent.

019-117-3-7 B25

Authorized Representative

EZSERVE000044

**ENDORSEMENT**

This endorsement, effective    12:01  A.  M.  2-1-94                                    forms a part of

policy No.   GLA 116 92 15        issued to  E-Z Serve, Inc.

by National Union Fire Insurance Company of Pittsburgh, Pa.

## Broad Named Insured

The Unqualified Word "Insured" includes the Named Insured and also includes:

(1) Except with respect to liability arising out of the ownership, operation, maintenance, use, loading and unloading of automobiles, or watercraft - any director, stockholder, officer, or other employee of the named insured. While acting within the scope of his duties as such, and any organization or proprietor with respect to real estate management for the named insured if the named insured is a partnership or joint venture, any partner or member thereof but only with respect to his liability as such;

(2) Any other person or organization where the named insured is required in writing to include such other person or organization as an additional insured;

(3) With respect to any automobile owned by the named insured or hired for use by or on behalf of the named insured; any person while using such automobile or watercraft and any person or organization legally responsible for the use thereof, provided the actual use thereof is with the permission of the named insured. The insurance afforded by this subdivision (3), with respect to any person or organization other than the named insured does not apply:

    (A) To any person or organization, or to any agent or employee thereof, operating an automobile repair shop, public garage, sales agency, service station or public parking place, with respect to any occurrence arising out of the operation thereof;

    (B) With respect to any hired automobile, or watercraft, to the owner or lessee thereof, other than the named insured, or any employees of such owner or lessee.

(4) At the discretion of the insured, joint venture operations sponsored or controlled by the insured.

019-117-3-7 B2G

_____
Authorized Representative

EZSERVE000045

ENDORSEMENT

This endorsement, effective    12:01   A. M.    2-1-94                       forms a part of

policy No.   GLA 116 92 15   issued to            E-Z Serve, Inc.

by National Union Fire Insurance Company of Pittsburgh, Pa.

Saline Substance Hazard - Texas

Such insurance as is afforded by the policy for property damage liability and/or
contractual property damage liability with respect to the Saline Substance Hazard
arising out of the operations described in this endorsement, including such oper-
ations performed for the named insured by the independent contractors or their
subcontractors when covered by the policy, is subject to the following provisions:

    The Limit of Liability stated herein as "Aggregate" is the total limit of the
    company's liability for all damages arising out of the Saline Substance Hazard
    with respect to all such operations performed by or on behalf of the Named
    Insured.

    The Limit of Liability stated herein applies only to the liability of the
    company of damages arising out of the Saline Substance Hazard.  The limits
    of liability stated in the policy apply to the liability of the company for
    damages as respects hazards other than the Saline Substance Hazard and do not
    apply as respects the insurance referred to in this endorsement.

    The term "Saline Substance Hazard", as used in this endorsement, means injury
    to or destruction of

    (A) Water, Oil, Gas or other mineral substances, including any title, in-
       terest or estate therein, or

    (B) Any other property or title, interest or estate therein, which results
       from the injury to or destruction of such substance

caused directly or indirectly by a Saline Substance.

Description of Operations
Gas Lease Operators - natural gas --all operations
Gasoline Recovery - from casing head or natural gas
Oil or Gas Well Shooting
Oil or Gas Wells - cleaning or swabbing - by contractors
Oil or Gas Wells - drilling or redrilling, installation of recovery of casing
Oil Lease Operators - all operations
Oil or Gas Lease Work N.O.C.

AUTHORIZED REPRESENTATIVE

Limit of Liability
$100,000. Aggregate

| No. of wells for which insured is operator | Rate Per Well | Advance Premium included in composite rate endorsement |
|---|---|---|

010-117-3-7 82

EZSERVE000046

COVERAGE PART      COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE     A 150 (Ed. 6-59)

For attachment to Policy No. _____, to complete said policy.

### SCHEDULE

The insurance afforded is only with respect to such of the following Coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such Coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Limits of Liability | | Advance Premiums |
|---|---|---|---|
| C—Bodily Injury Liability | 250 thousand dollars each person | 500 thousand dollars each occurrence | $ |
| D—Property Damage Liability | 100 thousand dollars each occurrence | | $ |
| Form numbers of endorsements attached at issue | | | $ |
| Tx-03-69, Tx-06-64c, Tx-03-18a, 25c | | Total Advance Premium | $ |

| Description of Hazards | | | | | | Advance Premiums | |
|---|---|---|---|---|---|---|---|
| 1. Owned Automobiles — Premium Basis — Per Automobile | | | | | | BI | PD |
| Town or City and State in which the Automobile Will Be Principally Garaged | Year of Model | Trade Name | Body Type and Model; Truck Size, Tank Gallonage Capacity or Bus Seating Capacity | Identification Number; Serial Number Motor Number | Purposes of Use | | |
| | | | | | | | |

| 2. Hired Automobiles — Premium Basis — Cost of Hire | | | | | | | |
|---|---|---|---|---|---|---|---|
| Types Hired | Locations Where Automobiles Will Be Principally Used | Purpose of Use | Estimated Cost of Hire | Rates Per $100 Cost of Hire | | | |
| | | | | | BI | PD | |
| | | | | | | | |

| 3. Non-Owned Automobiles — Premium Basis — Total Number of Employees | | | |
|---|---|---|---|
| Estimated Total Number of Employees | | | |
| | | | |

| | Total Advance B.I. and P.D. Premiums | $ |
|---|---|---|

Audit Period: Annual, unless otherwise stated _____

**I. COVERAGE C—BODILY INJURY LIABILITY**

**COVERAGE D—PROPERTY DAMAGE LIABILITY**

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of

     C. bodily injury or

     D. property damage

to which this insurance applies, caused by an occurrence and arising out of the ownership, maintenance or use, including loading and unloading, of any automobile, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This insurance does not apply:

(a) to liability assumed by the insured under any contract or agreement;

(b) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation

(c) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured or to any obligation of the insured to indemnify another because of damages arising out of such injury; but this exclusion does not apply to any such injury arising out of and in the course of domestic employment by the insured unless benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law;

(d) to property damage to

     (1) property owned or being transported by the insured, or

     (2) property rented to or in the care, custody or control of the insured, or as to which the insured is for any purpose exercising physical control, other than property damage to a residence or private garage by a private passenger automobile covered by this insurance;

(e) to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to expenses for first aid under the Supplementary Payments provision;

(f) to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalies, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any watercourse or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental.

               (over)

A 150 (Ed. 6-59)

CP 00 25 (Ed. 5-74)

COVERAGE PART

**AUTOMOBILE PHYSICAL DAMAGE INSURANCE  (Automatic)**

A 12tb
(Ed. 8-71)

For attachment to Policy No. _____ to complete said policy.

SCHEDULE

PAF Item 1. The insurance afforded is only with respect to such of the indicated Coverages as are indicated by specific premium charge or charges and, under each such Coverage, applies only to such covered automobiles as are indicated, by entry herein, of one or more of the designating numerals (or that purpose appearing in PAF Item 4. The limit of the company's liability against each such Coverage shall be as shown or designated herein, subject to all the terms of this insurance having reference thereto.

| COVERAGES | COVERED AUTOMOBILES | LIMIT OF LIABILITY — Each covered automobile | | | ADVANCE PREMIUM |
|---|---|---|---|---|---|
| | | IF ACTUAL CASH VALUE (ACV) "ACV" and DEDUCTIBLE | II STATED AMOUNT Enter, AMOUNT and / DEDUCTIBLE | OTHERWISE, Enter, "s" meaning "as separately" stated in PAF Item 2(c)" | |
| D — COMPREHENSIVE | 3 | ACV $ 50 | | | $ ▮▮▮ |
| F — COLLISION | 3 / 4 | ACV $ 250 / ACV $ 500 | | | $ ▮▮▮ |
| Q — FIRE, LIGHTNING, OR TRANSPORTATION | 4 | ACV | | | $ ▮▮▮ |
| R — THEFT | 4 | ACV | 0 | | $ ▮▮▮ |
| S — WINDSTORM, HAIL, EARTHQUAKE, OR EXPLOSION | | | | | $ |
| T — COMBINED ADDITIONAL | 3 | ACV | | | $ 1▮ |
| V — TOWING (Not available in California) | | | $25 for each disablement | | $ |

Form numbers of endorsements attached at issue

A0278. TX-10-91. ▮-10-91

Total Advance Premium $ ▮▮

Maximum Limit of Liability

Any one covered automobile $ . / All covered automobiles $ . / All covered automobiles at any one location

Periods to be submitted

☐ Monthly   ☐ Quarterly   ☐ Semi-Annually

PAF Item 2. Covered Automobiles as of Effective Date of this Insurance.
(a) Description: Purposes of Use (P & E — Pleasure and Business; C — Commercial)

| Auto No. | Year, Model | Tradename | Body Type — Capacity (Truck Load, Tractors, Bus Seating), Sport Cars %, Serial (I), Motor (M) No., Cylinders (Rep) Model | Principally Garaged in (Town, State) | Purpose or Use | Classification |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | ▮▮▮ | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

(b) Facts Respecting Purchase

| Auto No. | List Price | Actual Cost | Purchased No. & Yr. — New (N) Used (U) | Rating Symbol | Any loss under Coverage other than Towing is payable as interest may appear to the named insured and the Loss Payee named below |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | ▮▮▮ | | | |
| 3 | | | | | |
| 4 | | | | | |

(c) Limit of Liability (if not stated in PAF Item 1), Sub-Items, Advance Premium

LIMIT OF LIABILITY — Each covered automobile, described in (a) above and covered for:

| Auto No. | Coverages other than Collision Amount of "ACV" and Deductible | | Collision Enter, "ACV" and Deductible | | Net Rates | Coverages |
|---|---|---|---|---|---|---|
| 1 | $ | | ACV $ | | | D — Comprehensive |
| 2 | $ | | ACV $ | | $ X X | F — Collision |
| 3 | $ | | ACV $ | | | Q — Fire, Lightning or Transportation |
| 4 | $ | | ACV $ | | | R — Theft |
| 5 | $ | | ACV $ | | | S — Windstorm, Hail, Earthquake or Explosion |
| 6 | $ | | ACV $ | | | T — Combined Additional |
| 7 | $ | | ACV $ | | X X X | V — Towing |

"ACV" = Actual Cash Value

ADVANCE PREMIUM

| Auto | Coverage D | Coverage F | Coverage Q | Coverage R | Coverage S | Coverage T | Coverage V |
|---|---|---|---|---|---|---|---|
| 1 | $ | $ | $ | $ | $ | $ | $ |
| 2 | $ | $ | $ | $ | $ | $ | $ |
| 3 | $ | $ | $ | $ | $ | $ | $ |
| 4 | $ | $ | $ | $ | $ | $ | $ |
| 5 | $ | $ | $ | $ | $ | $ | $ |
| 6 | $ | $ | $ | $ | $ | $ | $ |
| 7 | $ | $ | $ | $ | $ | $ | $ |
| Total | $ | $ | $ | $ | $ | $ | $ |

PAF Item 3. Except with respect to bailment lease, conditional sale, purchase agreement, mortgage or other encumbrance, the named insured is the sole owner of every covered automobile designated in PAF Item 1, as covered under this insurance, unless otherwise stated herein.

PAF Item 4. Explanation of entries in PAF Item 1 for designating the covered automobiles to which this insurance applies, under each Coverage afforded:
1 = all covered automobiles        2 = all registered covered automobiles.
3 = all covered automobiles of the private passenger type      4 = all covered automobiles of the commercial type
5 = the covered automobiles covered in PAF Item 2 (including newly acquired vehicles, subject to the provisions of paragraph (b) of the "covered automobile" definition).
When so entered in addition to numerals 1, 2, 3 or 4:    6 = excluding vehicles have _____ the named insured
7 = excluding, under Collision Coverage, any vehicle not having an actual cash value of at least $ _____ losses.

A 12tb
(Ed. 8-71)



## II. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

(a) the named insured;

(b) any partner or executive officer thereof, but with respect to a non-owned automobile only while such automobile is being used in the business of the named insured;

(c) any other person while using an owned automobile or a hired automobile with the permission of the named insured, provided his actual operation or (if he is not operating) his other actual use thereof is within the scope of such permission, but with respect to bodily injury or property damage arising out of the loading or unloading thereof, such other person shall be an insured only if he is:

(1) a lessee or borrower of the automobile, or

(2) an employee of the named insured or of such lessee or borrower;

(d) any other person or organization but only with respect to his or its liability because of acts or omissions of an insured under (a), (b) or (c) above.

None of the following is an insured:

(i) any person while engaged in the business of his employer with respect to bodily injury to any fellow employee of such person injured in the course of his employment;

(ii) the owner or lessee (of whom the named insured is a sub-lessee) of a hired automobile or the owner of a non-owned automobile, or any agent or employee of any such owner or lessee;

(iii) an executive officer with respect to an automobile owned by him or by a member of his household;

(iv) any person or organization, other than the named insured, with respect to:

(1) a motor vehicle while used with any trailer owned or hired by such person or organization and not covered by like insurance in the company (except a trailer designed for use with a private passenger automobile and not being used for business purposes with another type motor vehicle), or

(2) a trailer while used with any motor vehicle owned or hired by such person or organization and not covered by like insurance in the company;

(v) any person while employed in or otherwise engaged in duties in connection with an automobile business, other than an automobile business operated by the named insured.

This insurance does not apply to bodily injury or property damage arising out of (1) a non-owned automobile used in the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured, or (2) if the named insured is a partnership, an automobile owned by or registered in the name of a partner thereof.

## III. LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, (3) claims made or suits brought on account of bodily injury or property damage or (4) automobiles to which this policy applies, the company's liability is limited as follows:

Coverage C—The limit of bodily injury liability stated in the schedule as applicable to "each person" is the limit of the company's liability for all damages, including damages for care and loss of services, because of bodily injury sustained by one person as the result of any one occurrence; but subject to the above provision respecting "each person", the total liability of the company for all damages, including damages for care

and loss of services, because of bodily injury sustained by two or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the schedule as applicable to "each occurrence".

Coverage D—The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the schedule as applicable to "each occurrence".

Coverages C and D—For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

## IV. POLICY TERRITORY

This insurance applies only to bodily injury or property damage which occurs within the territory described in paragraph (1) or (2) of the definition of policy territory.

## V. ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of the policy):

"automobile business" means the business or occupation of selling, repairing, servicing, storing or parking automobiles;

"hired automobile" means an automobile not owned by the named insured which is used under contract in behalf of, or loaned to, the named insured, provided such automobile is not owned by or registered in the name of (a) a partner or executive officer of the named insured or (b) an employee or agent of the named insured who is granted an operating allowance of any sort for the use of such automobile;

"non-owned automobile" means an automobile which is neither an owned automobile nor a hired automobile;

"owned automobile" means an automobile owned by the named insured;

"private passenger automobile" means a four wheel private passenger or station wagon type automobile;

"trailer" includes semi-trailer but does not include mobile equipment.

## VI. ADDITIONAL CONDITIONS

### A. Excess Insurance—Hired and Non-Owned Automobiles

With respect to a hired automobile, or a non-owned automobile, this insurance shall be excess insurance over any other valid and collectible insurance available to the insured.

### B. Out of State Insurance

If, under the provisions of the motor vehicle financial responsibility law or the motor vehicle compulsory insurance law or any similar law of any state or province, a non-resident is required to maintain insurance with respect to the operation or use of a motor vehicle in such state or province and such insurance requirements are greater than the insurance provided by the policy, the limits of the company's liability and kinds of coverage afforded by the policy shall be as set forth in such law, in lieu of the insurance otherwise provided by the policy, but only to the extent required by such law and only with respect to the operation or use of a motor vehicle in such state or province, provided that the insurance under this provision shall be reduced to the extent that there is other valid and collectible insurance under this or any other motor vehicle insurance policy. In no event shall any person be entitled to receive duplicate payments for the same elements of loss.



I. COVERAGE AGREEMENTS

1. The company will pay for loss to covered automobiles, under
COVERAGE A. COMPREHENSIVE—from any cause except collision... for the purpose of this coverage, breakage of glass and loss caused by missiles, falling objects, fire, theft or larceny, windstorm, hail, earthquake, explosion, riot or civil commotion, malicious mischief or vandalism, water, flood, or colliding with a bird or animal, shall not be deemed loss caused by collision;
COVERAGE P. COLLISION — caused by collision.
COVERAGE B. FIRE, LIGHTNING OR TRANSPORTATION—caused by:
(a) fire or lightning,
(b) smoke or smudge due to a sudden, unusual and faulty operation of any heating equipment serving the premises in which the covered automobile is located, or
(c) the upsetting, sinking, burning, collision or derailment of any conveyance in or upon which the covered automobile is being transported.
COVERAGE G. THEFT—caused by theft or larceny.
COVERAGE X. WINDSTORM, HAIL, EARTHQUAKE OR EXPLOSION — caused by windstorm, hail, earthquake or explosion.
COVERAGE T. COMBINED ADDITIONAL — caused by
(a) windstorm, hail, earthquake or explosion,
(b) riot or civil commotion,
(c) the forced landing or falling of any aircraft or its parts or equipment,
(d) malicious mischief or vandalism,
(e) flood or rising waters, or
(f) external discharge or leakage of water;

provided that, with respect to each covered automobile,
(i) under the Comprehensive coverage (except as to loss from any of the causes described in (a) Fire, (Lightning) or Transportation coverage) and under the Collision coverage, such payment shall be only for the amount of such loss in excess of the deductible amount, if any, stated in the schedule as applicable thereto.
(ii) under the Combined Additional coverage, $25 shall be deducted from the amount of each loss caused by malicious mischief or vandalism.

2. The company will pay, under:
COVERAGE V. TOWING — for towing and labor costs necessitated by the disablement of covered automobiles, provided the labor is performed at the place of disablement.

3. SUPPLEMENTARY PAYMENTS
In addition, the applicable limits of liability, the company will:
(c) with respect to such transportation insurance as is afforded herein, pay general average and salvage charges for which the named insured becomes legally liable;
(b) reimburse the named insured, in the event of a theft covered by this insurance as a covered animal amount...) of the private passenger type not used as a public or livery conveyance and not, at time of theft, being held for sale by an automobile dealer, for expense incurred for the rental of a substitute for such covered automobile during the period commencing 48 hours after such theft has been reported to the company and the police and terminating, regardless of expiration of the policy period, when such covered automobile is returned to use or the company pays for the loss; but, as to any such theft, such reimbursement shall not exceed $10 for any one day nor $300 total.

4. Such insurance as is afforded under each coverage applies separately to each car, rent automobile, and a fund trailer vehicle and one or more trailers or semitrailers attached thereto shall be held to be separate covered automobiles as respects limits of liability and any deductible provisions applicable thereto.

Exclusions

This Insurance does not apply:
(a) to any covered automobile while used as a public or livery conveyance, unless such use is specifically declared and described in the schedule;
(b) to damage which is due and confined to:
(i) wear and tear, or
(ii) freezing, or
(iii) mechanical or electrical breakdown or failure,
unless such damage is the result of other loss covered by this Insurance;
(c) to loss, unless
(i) loss be coincident with and from the same cause as other loss covered by this insurance, or
(ii) loss caused by fire, by malicious mischief or vandalism or stolen and, as to the rest covered automobile, loss caused by such damage or theft is covered by this Insurance;
(d) to loss due to
(i) war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;
(ii) radioactive contamination;
(e) to loss to:
(i) any device or instrument designed for the recording, reproduction, or recording and reproduction of sound unless such device or instrument is permanently installed in the covered automobile;
(ii) any tape, wire, record disc or other medium for use with any device or instrument designed for the recording, reproduction, or recording and reproduction of sound;
(f) to loss to a camper body designed for use with a covered automobile and not designated in the schedule and for which no premium has been charged if such camper body was owned at the inception of the policy period or the inception of any renewal or extension period thereof;
(g) under the Comprehensive and Theft coverage, to loss or damage due to conversion, embezzlement or secretion by any person in possession of a covered automobile under a bailment lease, conditional sale, purchase agreement, mortgage or other encumbrance;
(h) under the Collision coverage, to breakage of glass if insurance with respect to such breakage is otherwise afforded hereon;
(i) under the Windstorm, Hail, Earthquake or Explosion and Combined Additional coverages, to loss resulting from riot, snow or sleet, whether or not wind-driven.

II. LIMITS OF LIABILITY
1. The limit of the company's liability for loss to any one covered automobile shall not exceed the least of the following amounts:
(a) the actual cash value of such covered automobile, or if the loss is to a part thereof, the actual cash value of such part, at time of loss; or
(b) what it would then cost to repair or replace such covered automobile or part thereof with other of like kind and quality, with deduction for depreciation; or
(c) the limit of liability stated in the schedule as applicable to "each covered automobile" under the coverage afforded for the loss to such covered automobile, provided that if such limit of liability is expressed as a stated amount it shall, with respect to a covered automobile, newly acquired during the policy period and not described in the schedule as having been replaced by "actual cash value";
and, subject to the above provisions, shall not in any event exceed the amount, if any, stated in the schedule as the "maximum limit of liability" applicable to "any one covered automobile."

2. The total limit of the company's liability for all loss directly attributable to a single happening out of which loss occurs shall not exceed:
(a) as to all cover automobiles at any one location, the amount, if any, stated in the schedule as the "maximum limit of liability" applicable thereto, subject to the above provisions respecting any one covered automobile;
(b) as to all covered automobiles, the amount, if any, stated in the schedule as the "maximum limit of liability" applicable thereto, subject to the above provisions respecting (i) any one covered automobile and (ii) any one location.

(ALL INSURED)

III. POLICY PERIOD; TERRITORY; PURPOSES OF USE
This insurance applies only to loss which occurs during the policy period, while the covered automobile is within the United States of America, its territories or possessions, or Canada, or is being transported between ports thereof; and if a covered automobile described in the schedule, is maintained and used for the purposes stated therein as applicable thereto.

IV. ADDITIONAL DEFINITIONS
When used in reference to this insurance (including endorsements forming a part of the policy):

"camper body" means a body designed to be mounted upon a covered automobile and equipped as sleeping or living quarters;
"collision" means (i) collision of a covered automobile with another object or with a vehicle to which it is attached, or (ii) upset of such covered automobile;
"commercial type" means:
(i) a land motor vehicle of the truck, pick-up, express, sedan or panel delivery type, including truck-type tractors, trailers and semitrailers, used for the transportation or delivery of goods or merchandise or for other business purposes, or
(ii) an altered private passenger-type vehicle used for retail or wholesale delivery;
"covered automobile" means a land motor vehicle, trailer or semitrailer, including its equipment and other equipment permanently attached thereto (but not including radios, wearing apparel or personal effects) which is either
(a) designated in the schedule, by description or otherwise, as a covered automobile to which this insurance applies and is
(i) owned by the named insured, or
(ii) leased to the named insured for a term of not less than one year under an agreement expressly prohibiting the right of the lessor or owner to use such vehicle during the term of such lease except either as an operator employed by the named insured or for the lessor's use or exchange; or
(b) if not so designated, but described in the schedule as being acquired by the named insured during the policy period provided, however, that:
(i) it replaces a described covered automobile, or as of the date of its delivery this insurance applies to all covered automobiles, and
(ii) the named insured notifies the company within 30 days following such delivery date;
but, "covered automobile" does not include a vehicle owned by or registered in the name of any individual partner or executive officer of the named insured, unless specifically stated otherwise by endorsement forming a part of the policy;
"loss" means direct and accidental loss or damage;
"private passenger type" means a 4-wheel land motor vehicle of the private passenger or station wagon type;
as is "purpose-of-use":
"commercial" means use principally in the business occupation of the named insured as stated in the declarations, including occasional use for personal, pleasure, family and other business purposes;
"pleasure and business" means personal, pleasure, family and business use.

V. CONDITIONS
None of the Conditions of the policy shall apply to this insurance except "Premium," "Inspection and Audit," "Subrogation," "Changes," "Assignment," "Cancellation," and "Declarations"; this insurance shall also be subject to the following additional Conditions:

1. Named Insured's Duties in Event of Loss
In the event of loss to an named insured shall:
(a) protect the covered automobile, whether or not this insurance applies to the loss, and any further loss or damage due to the named insured's failure to protect shall not be recoverable under this insurance; reasonable expenses incurred in affording such protection shall be deemed incurred at the company's request;
(b) give notice thereof as soon as practicable to the company, or any of its authorized agents and also, in the event of theft or larceny, to the police;
(c) file with the company, within 91 days after loss, his sworn proof of loss in such form and including such information as the company may reasonably require and, upon the company's request, shall exhibit the damaged property and submit to examination under oath;
(d) cooperate with the company and, upon the company's request, shall assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the named insured because of loss with respect to which this insurance applies; and shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses; but the named insured shall not, except at his own cost, voluntarily make any payment, assume any obligation, offer or pay any reward for recovery of stolen property or incur any expense other than as specifically provided in this insurance.

2. Payment for Loss
With respect to any loss covered by this Insurance, the company may pay for said loss in money, or may:
(a) repair or replace the damaged or stolen property, or
(b) return its expense any stolen property to the named insured, with payment for any resultant damage thereto, at any time before the loss is so paid or the property is to replaced, or
(c) take all or any part of the damaged or stolen property at the agreed or appraised value, but there shall be no abandonment to the company.

3. Appraisal
If the named insured and the company fail to agree as to the amount of loss, either may, within 60 days after proof of loss is filed, demand an appraisal of the loss. In such event the named insured and the company shall each select a competent appraiser, and the appraisers shall select a competent and disinterested umpire. The appraisers shall state separately the actual cash value and the amount of loss and failing to agree shall submit their differences to the umpire. An award in writing of any two shall determine the amount of loss. The named insured and the company shall each pay its chosen appraiser and shall bear equally the other expenses of the appraisal and umpire.

The company shall not be held to have waived any of its rights by any act relating to appraisal.

4. Action Against Company
No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all the terms of this insurance nor until 30 days after proof of loss is filed and the amount of loss is determined as provided in this insurance.

5. Other Insurance
If the named insured has other insurance against a loss covered by this insurance, the company shall not be liable under this insurance for a greater proportion of such loss than the applicable limit of liability stated in the schedule bears to the total applicable limit of liability of all valid and collectible insurance against such loss; provided, however, with respect to any covered automobile newly acquired during the policy period and not described in the schedule, this insurance shall not apply to any loss against which the named insured has other valid and collectible insurance.

6. No Benefit to Bailee
None of the provisions of this insurance shall inure directly or indirectly to the benefit of any carrier or other bailee for hire.

7. Terms of Insurance Conformed to Statute
Terms of this insurance which are in conflict with the statutes of the state in which this insurance is issued are hereby amended to conform to such statutes.

EZSERVE000050

Item 1. The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| | Coverages | Hazards | Limits of Liability | Advance Premiums |
|---|---|---|---|---|
| Garage Liability | B—Bodily Injury Liability | Garage operations including Automobile Hazard 1 | | $ |
| | | Automobile Hazard 2 | thousand dollars each person | $ |
| | | | thousand dollars each occurrence | $ |
| | C—Property Damage Liability | Garage operations including Automobile Hazard 1 | | $ |
| | | Automobile Hazard 2 | thousand dollars each occurrence | $ |
| Expenses for Medical Services | I—Automobile Medical Payments | PREMIUM BASIS Percentage of Coverage C Premium % | dollars each person | $ |
| | I & J—Automobile & Premises Medical Payments | % | dollars each person | $ |

TBD

EZSERVE000051

## 25C.   PREMIUM DISCOUNT ENDORSEMENT—TEXAS

### AUTOMOBILE LIABILITY INSURANCE

This endorsement forms a part of Policy No. .... GLA 116 92 15 .... issued to .. E-Z Serve, Inc.

by the ..... National Union Fire Insurance Company of Pittsburgh, Pa. .......... at its Agency
(Name of Insurance Company)

located (city and state) ......... Dallas, Texas ........................ and is effective from ... 2-1-84 .....
(12:01 A.M. Standard Time)

(The information above is required only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement forms a part of the policy to which attached, effective from its date of issue unless otherwise stated herein.

It is agreed that the premium pertaining to Texas for Automobile Liability, Medical Payment Insurance and Personal Injury Protection coverage is subject to discount in accordance with the following procedure:

1.   **Texas Automobile Liability Standard Premium.** Such premium pertaining to Texas computed in accordance with the provisions of the policies designated in paragraph 4 hereof, other than this endorsement and exclusive of the application of any retrospective rating plan, shall be known as the Texas Automobile Liability Standard Premium.

2.   **Total Standard Premium for All States.** The Automobile Liability, Medical Payments and Personal Injury Protection coverage Premium computed in accordance with the provisions of the policies designated in paragraph 4 hereof, other than this endorsement and exclusive of the application of any retrospective rating plan, any Automatic Premium Adjustment Endorsement, any Premium Return Plan Endorsement, or other Premium Discount Endorsement, shall be known as the Total Standard Premium.

3.   **Premium Discount—Texas**

   (a)   For policy periods of one year or less—The Texas Automobile Liability Standard Premium shall be subject to the applicable discount percentages for the Total Standard Premium obtained from the "Table of Texas Premium Discount Percentages, Automobile Liability)" set out on the reverse side hereof.

   (b)   For policy periods of more than one year—The Texas Automobile Liability Standard Premium for each annual period or portion thereof during the policy period shall be subject to the applicable discount percentages stated in said "Table of Texas Premium Discount Percentages (Automobile Liability)" opposite the Total Standard Premium for the policies for each such period or portion thereof during the policy period.

   (c)   If retrospective rating is applicable to a part of the premium pertaining to Texas, the amount of premium discount applicable to the Texas Automobile Liability Standard Premium, exclusive of any premium subject to any Retrospective Rating Plan, shall be the difference between (1) the discount determined by applying to the Texas Automobile Liability Standard Premium the applicable percentages stated in said Table opposite the Total Standard Premium, and (2) the discount determined by applying to that portion of the Texas Automobile Liability Standard Premium which is subject to retrospective rating the applicable percentage stated in said Table opposite so much of the Total Standard Premium as is subject to retrospective rating.

4.

| Policy Numbers | Estimated Standard Premium |
|---|---|
| GLA 116 92 15 | ▮▮▮▮▮ |
| | |
| | |
| | |
| | |
| | |
| | |
| | Total |

Applicable premium discount percentages based on total estimated advance standard premium:

Public (excluding School Buses), Long Distance and Zone Rated Automobiles          %

Garage Liability                                                                                           %

All other, including School Buses                                                    ▮▮▮%

(SEE REVERSE SIDE FOR FURTHER PROVISIONS)

By .............................................     (Duly Authorized Representative)

FORM 25C.—PREMIUM DISCOUNT ENDORSEMENT—TEXAS
   Texas Standard Automobile Endorsement
   Revised July 1, 1982

EZSERVE000052

## A927a. SOUND RECEIVING AND TRANSMITTING EQUIPMENT EXCLUDED .

(To be attached to the Automobile Combination Policies, Automobile Physical Damage Policy or Automobile Physical Damage Coverage Parts—Fleet, Non-Fleet or Dealers)

(Applicable only to such of the coverages of Fire, Lightning and Transportation, Theft, Comprehensive, Collision, Windstorm, Hail, Earthquake or Explosion, Combined Additional Coverage or Dealers' Supplemental Coverage as are defined in the policy and for which coverage is afforded)

This endorsement forms a part of Policy No. ... CLA 116 92 15 ssued to ..... E-Z Serve, Inc. ........ ... ... ...... .. ...

by the ... .. National Union Fire Insurance Company of Pittsburgh, Pa. .......... ........ at its Agency
(Name of Insurance Company)

located (city and state) .... Dallas, Texas ... ... ...........            and is effective from .... 2-1-84......
                                                                                          (12:01 A.M. Standard Time)

(The information above is required only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement forms a part of the policy to which attached, effective from its date of issue unless otherwise stated herein.

It is agreed that such insurance as is afforded by the policy is subject to the following additional exclusions:

The insurance does not apply:

to loss of or damage to any device or instrument or a combination of devices or instruments designed as a Citizens Band radio, two-way mobile radio or telephone, including its accessories, equipment and antenna.

This exclusion does not apply to a Citizens Band radio, including accessories, equipment, and antenna for use therewith, that is designed and manufactured as an integral part of a unit in combination with one or more of the following: AM radio, FM radio or tape player.

This exception to the exclusion applies only to such units installed in the vehicle dash or console.

By ...  .. .. .. ...  ........................... ..........
                                      (Duly Authorized Representative)

FORM A927a.—SOUND RECEIVING AND TRANSMITTING EQUIPMENT EXCLUDED
            Texas Standard Automobile Endorsement
            Revised January 1, 1978

EZSERVE000054

## TX-03-69. AMENDATORY ENDORSEMENT—NOTICE

This endorsement forms a part of Policy No. ___ GLA 116 92 15 ___ issued to ___ E-Z Serve, Inc. ___

by the ___ National Union Fire Insurance Company of Pittsburgh, Pa. ___ at its Agency
(Name of Insurance Company)

located (city and state) ___ Dallas, Texas ___ and is effective from ___ 2-1-84 ___
(12:01 A.M. Standard Time)

(The information above is required only when this endorsement is issued subsequent to preparation of the policy.)
This endorsement forms a part of the policy to which attached, effective from its date of issue unless otherwise stated herein.

> This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
>
> ### COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE
> ### BASIC AUTOMOBILE LIABILITY INSURANCE
> ### GARAGE INSURANCE

As respects bodily injury liability and property damage liability, unless the company is prejudiced by the insured's failure to comply with the requirement, any provision of this policy requiring the insured to give notice of action, occurrence or loss, or requiring the insured to forward demands, notices, summons or other legal process, shall not bar liability under this policy.

By _____
(Duly Authorized Representative)

FORM TX-03-69.—AMENDATORY ENDORSEMENT—NOTICE
Texas Standard Automobile Endorsement
Prescribed October 1, 1974

EZSERVE000055

## TX-10-81. CUSTOMIZED VANS – LIMITED PHYSICAL DAMAGE COVERAGE

(Applicable only to such of the coverages of Fire, Lightning and Transportation, Theft, Comprehensive, Collision, Windstorm, Hail, Earthquake or Explosion, Combined Additional Coverage or Dealers' Supplemental Coverage as are defined in the policy and for which coverage is afforded)

This endorsement forms a part of Policy No. __GLA 116 92 15__ issued to __E-Z Serve, Inc.__

by the __National Union Fire Insurance Company of Pittsburgh, Pa.__ at its Agency
(Name of Insurance Company)

located (city and state) __Dallas, Texas__ and is effective from __2-1-84__
(12:01 A.M. Standard Time)

(The information above is required only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement forms a part of the policy to which attached, effective from its date of issue unless otherwise stated herein.

> This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
>
> AUTOMOBILE PHYSICAL DAMAGE INSURANCE (Fleet Automatic)
> AUTOMOBILE PHYSICAL DAMAGE INSURANCE (Non-Fleet)
> AUTOMOBILE PHYSICAL DAMAGE INSURANCE (Dealers)

It is agreed that such insurance as is afforded by the policy is subject to the following additional exclusions:

The insurance does not apply:

to the increased cost of repair or replacement of any van type vehicle insured hereunder because of loss or damage as respects any additional parts, equipment, furnishings, fixtures or finishing (including special paint, murals or graphics), commonly called "customizing", not available from the original manufacturer of the vehicle as standard parts, equipment, furnishings, fixtures or finishing.

This exclusion does not apply if the value or original cost new of such additional parts, equipment, furnishings, fixtures or finishing has been reported to the company prior to the loss and such value or original cost new has been included in calculation of the physical damage coverage premium charges applicable to such vehicle.

By _____
(Duly Authorized Representative)

FORM TX-10-81.—CUSTOMIZED VANS – LIMITED PHYSICAL DAMAGE COVERAGE
Texas Standard Automobile Endorsement
Prescribed January 1, 1978

EZSERVE000056

**A927a.   SOUND RECEIVING AND TRANSMITTING EQUIPMENT EXCLUDED**

(To be attached to the Automobile Combination Policies, Automobile Physical Damage Policy or Automobile Physical Damage Coverage Parts—Fleet, Non-Fleet or Dealers)

(Applicable only to such of the coverages of Fire, Lightning and Transportation, Theft, Comprehensive, Collision, Windstorm, Hail, Earthquake or Explosion, Combined Additional Coverage or Dealers' Supplemental Coverage as are defined in the policy and for which coverage is afforded).

This endorsement forms a part of Policy No. CLA 116 92 15 issued to    E-Z Serve, Inc.

by the   National Union Fire Insurance Company of Pittsburgh, Pa.    at its Agency
                                       (Name of Insurance Company)

located (city and state)   Dallas, Texas    and is effective from   2-1-84
                                                                       (12:01 A.M. Standard Time)

(The information above is required only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement forms a part of the policy to which attached, effective from its date of issue unless otherwise stated herein.

It is agreed that such insurance as is afforded by the policy is subject to the following additional exclusions:

The insurance does not apply:

to loss of or damage to any device or instrument or a combination of devices or instruments designed as a Citizens Band radio, two-way mobile radio or telephone, including its accessories, equipment and antenna.

This exclusion does not apply to a Citizens Band radio, including accessories, equipment, and antenna for use therewith, that is designed and manufactured as an integral part of a unit in combination with one or more of the following: AM radio, FM radio or tape player.

This exception to the exclusion applies only to such units installed in the vehicle dash or console.


By
                                                 (Duly Authorized Representative)


FORM A927a.—SOUND RECEIVING AND TRANSMITTING EQUIPMENT EXCLUDED
     Texas Standard Automobile Endorsement
     Revised January 1, 1978

EZSERVE000057

## TX-03-69. AMENDATORY ENDORSEMENT—NOTICE

This endorsement forms a part of Policy No. _GLA 116 92 15_ issued to _E-Z Serve, Inc._

by the _National Union Fire Insurance Company of Pittsburgh, Pa._ at its Agency
(Name of Insurance Company)

located (city and state) _Dallas, Texas_ and is effective from _2-1-84_
(12:01 A.M. Standard Time)

(The information above is required only when this endorsement is issued subsequent to preparation of the policy.)
This endorsement forms a part of the policy to which attached, effective from its date of issue unless otherwise stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE
### BASIC AUTOMOBILE LIABILITY INSURANCE
### GARAGE INSURANCE

---

As respects bodily injury liability and property damage liability, unless the company is prejudiced by the insured's failure to comply with the requirement, any provision of this policy requiring the insured to give notice of action, occurrence or loss, or requiring the insured to forward demands, notices, summons or other legal process, shall not bar liability under this policy.

By _____
(Duly Authorized Representative)

FORM TX-03-69.—AMENDATORY ENDORSEMENT—NOTICE
Texas Standard Automobile Endorsement
Prescribed October 1, 1974

EZSERVE000058

## TX-10-81. CUSTOMIZED VANS – LIMITED PHYSICAL DAMAGE COVERAGE

(Applicable only to such of the coverages of Fire, Lightning and Transportation, Theft, Comprehensive, Collision, Windstorm, Hail, Earthquake or Explosion, Combined Additional Coverage or Dealers' Supplemental Coverage as are defined in the policy and for which coverage is afforded)

This endorsement forms a part of Policy No. __GLA 116 92 15__ issued to __E-Z Serve, Inc.__

by the __National Union Fire Insurance Company of Pittsburgh, Pa.__ at its Agency
　　　　　　　　　　　　　　　　(Name of Insurance Company)

located (city and state) __Dallas, Texas__ and is effective from __2-1-84__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(12:01 A.M. Standard Time)

(The information above is required only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement forms a part of the policy to which attached, effective from its date of issue unless otherwise stated herein.

> This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
>
> AUTOMOBILE PHYSICAL DAMAGE INSURANCE (Fleet Automatic)
> AUTOMOBILE PHYSICAL DAMAGE INSURANCE (Non-Fleet)
> AUTOMOBILE PHYSICAL DAMAGE INSURANCE (Dealers)

It is agreed that such insurance as is afforded by the policy is subject to the following additional exclusions:

The insurance does not apply:

to the increased cost of repair or replacement of any van type vehicle insured hereunder because of loss or damage as respects any additional parts, equipment, furnishings, fixtures or finishing (including special paint, murals or graphics), commonly called "customizing", not available from the original manufacturer of the vehicle as standard parts, equipment, furnishings, fixtures or finishing.

This exclusion does not apply if the value or original cost new of such additional parts, equipment, furnishings, fixtures or finishing has been reported to the company prior to the loss and such value or original cost new has been included in calculation of the physical damage coverage premium charges applicable to such vehicle.

By _____
　　　　　　　　　　　　　(Duly Authorized Representative)

FORM TX-10-81.—CUSTOMIZED VANS – LIMITED PHYSICAL DAMAGE COVERAGE
　　　　Texas Standard Automobile Endorsement
　　　　Prescribed January 1, 1978

EZSERVE000059

GLA 116 92 15    E-Z SERVE, INC.    59    (2)    2/85