STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

TERENCE J. O'TOOLE          1209-0
KARI K. NOBORIKAWA       11600-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 537-6100
Email:  totoole@starnlaw.com
        knoborikawa@starnlaw.com


WILLKIE FARR & GALLAGHER LLP

CHRISTOPHER J. ST. JEANOS *(pro hac vice)*
787 Seventh Avenue
New York, New York 10019-6099
Telephone: (212) 728-8730
Email:  cstjeanos@willkie.com

ELIZABETH J. BOWER *(pro hac vice)*
1875 K Street, N.W.
Washington, D.C.  20006-1238
Telephone: (202) 303-1252
Email:  ebower@willkie.com


NICOLAIDES FINK THORPE MICHALIDES SULLIVAN LLP

MATTHEW J. FINK *(pro hac vice)*
AMY J. COLLINS CASSIDY *(pro hac vice)*
10 South Wacker, Suite 2100
Chicago, Illinois 60606
Telephone: (312) 585-1440
Email:  mfink@nicolaidesllp.com
        acassidy@nicolaidesllp.com

Attorneys for Defendants
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA., and
AMERICAN HOME ASSURANCE COMPANY

2826537.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA PETROLEUM, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendants. | CIVIL NO: 1:22-cv-00372-JAO-WRP (Contract)<br><br>**DEFENDANTS' CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT; DECLARATION OF COUNSEL; EXHIBITS "1"-"16"; CERTIFICATE OF COMPLIANCE; CERTIFICATE OF SERVICE**<br><br>Trial Judge: Honorable Jill A. Otake<br><br>[No Trial Date Set] |

## DEFENDANTS' CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and American Home Assurance Company ("American Home" and, collectively, the "AIG Insurers"), by and through their counsel of record, hereby submit this Concise Statement of Facts in support of their Motion for Partial Summary Judgment pursuant to Rule 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii. In determining whether an insurer has a duty to defend, Hawaii follows the "complaint allegation rule," which requires courts to determine whether the facts *as alleged in the complaint* for which an insured is seeking a defense fit within the policy terms. *Hawaiian Holiday Macadamia Nut, Co. v. Indus. Indem. Co.*, 872 P.2d 230, 233 (Haw. 1994). Accordingly, the AIG Insurers submit the Declaration of Kari K. Noborikawa ("Noborikawa Decl.") with this Concise Statement of Facts. The Noborikawa Decl. includes as exhibits the complaints in the underlying lawsuits for which Plaintiff, Aloha Petroleum, Ltd. ("Aloha"),[1] is seeking coverage and copies of the relevant policies in their entirety. To aid the Court's review, the AIG Insurers identify the key

---

[1] Aloha and the AIG Insurers are collectively referred to as "Parties."

provisions of the relevant policies that the AIG Insurers reference in their Motion for Partial Summary Judgment, but expressly rely on the policies in their entirety.[2]

| Material Undisputed Fact | Evidentiary Support |
|---|---|
| 1. Aloha is a defendant in two climate change lawsuits, captioned *City and County of Honolulu, et al. v. Sunoco LP, et al.*, Case No. CV-20-0000380 (Haw. 1st Cir.) and *County of Maui v. Sunoco LP, et al.*, Case No. CV-20-0000283 (Haw. 2d Cir.) (the "Underlying Lawsuits"). | Noborikawa Decl. ¶¶ 4, 6; Exhibits 15-16[3] |
| 2. Aloha is seeking defense and indemnity for the Underlying Lawsuits under twelve Comprehensive or Commercial General Liability policies issued by National Union and American Home. | Noborikawa Decl. 12; ECF 47 |
| 3. National Union issued Policy No. GLA 1169215 to E-Z Serve, Inc., effective February 1, 1984 to February 1, 1985. | Noborikawa Decl. ¶ 14; Exhibit 1 |

---

[2]   Local Rule 56.1 contemplates parties highlighting or otherwise emphasizing the relevant portions of the documents referenced in the Concise Statement of Facts. Because many of the referenced policies are old and can be difficult to read, Defendants have included quoted excerpts of the key provisions of said policies in the Declaration of Kari K. Noborikawa, as opposed to highlighting or otherwise marking the policies themselves.

[3]   To aid the Court's consideration of the issues presented in the Parties' cross-motions for partial summary judgement, the Parties agreed to use the same Bates numbered copies of the relevant policies, and exhibit numbering. As a result, the relevant policies appear in the same order as Exhibits 1-12, in support of Defendants' motion for partial summary judgment and Aloha's motion for partial summary judgment. In addition, the operative complaints in the Underlying Lawsuits are Exhibits 15-16 in both motions. For clarity, Exhibits 13 and 14 for Defendants' motion are intentionally omitted.

| | | |
|---|---|---|
| 4. | National Union issued Policy No. GLA 1169253 to E-Z Serve, Inc., effective February 1, 1985 to February 1, 1986. | Noborikawa Decl. ¶ 16; Exhibit 2 |
| 5. | National Union issued Policy No. GLA 1169292 to E-Z Serve, Inc., effective February 1, 1986 to February 1, 1987. | Noborikawa Decl. ¶ 18; Exhibit 3 |
| 6. | National Union issued Policy No. GLA 1169326 to E-Z Serve, Inc., effective February 1, 1987 to February 1, 1988. | Noborikawa Decl. ¶ 20; Exhibit 4 |
| 7. | National Union issued Policy No. GL 1169365 RA to E-Z Serve, Inc., effective February 1, 1988 to February 1, 1989. | Noborikawa Decl. ¶ 22; Exhibit 5 |
| 8. | National Union issued Policy No. GL 1169366 RA to E-Z Serve, Inc., effective February 1, 1988 to February 1, 1989. | Noborikawa Decl. ¶ 24; Exhibit 6 |
| 9. | National Union issued Policy No. GL 2803051 to Aloha, effective April 1, 2008 to April 1, 2009. | Noborikawa Decl. ¶ 26; Exhibit 7 |
| 10. | National Union issued Policy No. GL 0935959 to Aloha, effective April 1, 2009 to April 1, 2010 | Noborikawa Decl. ¶ 28; Exhibit 8 |
| 11. | American Home issued Policy No. GL 3602234 to Aloha, effective April 1, 2004 to April 1, 2005. | Noborikawa Decl. ¶ 30; Exhibit 9 |
| 12. | American Home issued Policy No. GL 0714127 to Aloha, effective April 1, 2005 to April 1, 2006. | Noborikawa Decl. ¶ 32; Exhibit 10 |
| 13. | American Home issued Policy No. GL 6432340 to Aloha, effective April 1, 2006 to April 1, 2007. | Noborikawa Decl. ¶ 34; Exhibit 11 |
| 14. | American Home issued Policy No. GL 6455690 to Aloha, effective April 1, 2007 to April 1, 2008. | Noborikawa Decl. ¶ 36; Exhibit 12 |
| 15. | Policy Nos. GLA 1169215, GLA 1169253, GLA 1169292, and GLA | Noborikawa Decl. ¶ 38; Exhibit 1 at EZSERVE000032; |

| | | |
|---|---|---|
| | 1169326 contain the same Insuring Agreement. | Exhibit 2 at EZSERVE000003; Exhibit 3 at EZSERVE000063; Exhibit 4 at EZSERVE000098 |
| 16. | Policy Nos. GL 1169365 RA and GL 1169366 RA contain the same Insuring Agreement. | Noborikawa Decl. ¶ 39; Exhibit 5 at EZSERVE000129; Exhibit 6 at EZSERVE000165 |
| 17. | Policy Nos. GL 2803051, GL 0935959, GL 0714127, GL 6432340, and GL 6455690 contain the same Insuring Agreement. | Noborikawa Decl. ¶ 40; Exhibit 7 at EZSERVE000811; Exhibit 8 at EZSERVE000890; Exhibit 10 at EZSERVE000504; Exhibit 11 at EZSERVE000621; Exhibit 12 at EZSERVE000751 |
| 18. | Policy No. GL 3602234 contains an Insuring Agreement. | Noborikawa Decl. ¶ 41; Exhibit 9 at AP-00007833 |
| 19. | Policy Nos. GLA 1169215, GLA 1169253, GLA 1169292, and GLA 1169326 contain the same definition of "occurrence." | Noborikawa Decl. ¶ 42; Exhibit 2 at EZSERVE000004 |
| 20. | Policy Nos. GL 1169365 RA, GL 1169366 RA, GL 2803051, GL 0935959, GL 3602234, GL 0714127, GL 6432340, and GL 6455690 contain the same definition of "occurrence." | Noborikawa Decl. ¶ 43; Exhibit 5 at EZSERVE000137; Exhibit 6 at EZSERVE000173; Exhibit 7 at EZSERVE000823; Exhibit 8 at EZSERVE000902; Exhibit 9 at AP-00007843; Exhibit 10 at EZSERVE000517; Exhibit 11 at EZSERVE000634; Exhibit 12 at EZSERVE000763 |
| 21. | Policy Nos. GLA 1169215, GLA 1169253, GLA 1169292, and GLA 1169326 contain the same definition of "property damage." | Noborikawa Decl. ¶ 44; Exhibit 2 at EZSERVE000004 |
| 22. | Policy Nos. GL 1169365 RA and GL 1169366 RA contain the same definition of "property damage." | Noborikawa Decl. ¶ 45; Exhibit 5 at EZSERVE000137; Exhibit 6 at EZSERVE000173 |
| 23. | Policy Nos. GL 2803051, GL 0935959, GL 3602234, GL 0714127, GL | Noborikawa Decl. ¶ 46; Exhibit 7 at EZSERVE000823; Exhibit 8 at EZSERVE000902-903; Exhibit 9 |

| | |
|---|---|
| 6432340, and GL 6455690, contain the same definition of "property damage." | at AP-00007843; Exhibit 10 at EZSERVE000518; Exhibit 11 at EZSERVE000635; Exhibit 12 at EZSERVE000763 |
| 24. Policy Nos. GLA 1169215 and GLA 1169253 contain the same pollution exclusion. | Noborikawa Decl. ¶ 47; Exhibit 1 at EZSERVE000032; Exhibit 2 at EZSERVE000003 |
| 25. Policy Nos. GL 1169365 RA and GL 1169366 RA contain the same pollution exclusion. | Noborikawa Decl. ¶ 48; Exhibit 5 at EZSERVE000155; Exhibit 6 at EZSERVE000207 |
| 26. Policy Nos. GL 1169365 and GL 1169366 contain the same definitions of "products-completed operations hazard," "Your product," and "Your work." | Noborikawa Decl. ¶ 49; Exhibit 5 at EZSERVE000137, 138; Exhibit 6 at EZSERVE000173, 175 |
| 27. Policy Nos. GL 2803051 and GL 0935959 contain the same pollution exclusion. | Noborikawa Decl. ¶ 50; Exhibit 7 at EZSERVE000829; Exhibit 8 at EZSERVE000906 |
| 28. Policy Nos. GL 3602234, GL 0714127, GL 6432340, and GL 6455690 contain the same pollution exclusion. | Noborikawa Decl. ¶ 51; Exhibit 9 at AP-00007846; Exhibit 10 at EZSERVE000528; Exhibit 11 at EZSERVE000640; Exhibit 12 at EZSERVE000772 |
| 29. Policy Nos. GL 1169365 RA, GL 1169366 RA, GL 2803051, GL 0935959, GL 3602234, GL 0714127, GL 6432340, and GL 6455690 contain the same definition of "pollutants." | Noborikawa Decl. ¶ 52; Exhibit 5 at EZSERVE000130; Exhibit 6 at EZSERVE000167; Exhibit 7 at EZSERVE000823; Exhibit 8 at EZSERVE000902; Exhibit 9 at AP-00007843; Exhibit 10 at EZSERVE000518; Exhibit 11 at EZSERVE000635; Exhibit 12 at EZSERVE000763 |

DATED: Honolulu, Hawaii, June 2, 2023.

/s/ *Kari K. Noborikawa*
TERENCE J. O'TOOLE
KARI K. NOBORIKAWA
**STARN O'TOOLE MARCUS & FISHER**

CHRISTOPHER J. ST. JEANOS *(pro hac vice)*
ELIZABETH J. BOWER *(pro hac vice)*
**WILLKIE FARR & GALLAGHER LLP**

MATTHEW J. FINK *(pro hac vice)*
AMY J. COLLINS CASSIDY *(pro hac vice)*
**NICOLAIDES FINK THORPE MICHALIDES SULLIVAN LLP**

Attorneys for Defendants
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AMERICAN HOME ASSURANCE COMPANY