# EXHIBIT 3

**DAILY REPORT**

**GENERAL LIABILITY-AUTOMOBILE**

**NATIONAL UNION**
**FIRE INSURANCE COMPANY**
**OF PITTSBURGH, PA.**

GLA 116-92-53
Renewal of Number

BRANCH 09
DIVISION 059   DEPARTMENT 09
MAJOR PROD. 61
BROKER Perry Hunter Hall

Item 1. Named Insured and Address:   (No., Street, Town or City, County, State)
E-Z SERVE, INC., ETAL
901 S. FL ST STREET
ABILENE, TEXAS 79604

PERRY HUNTER-HALL, INC.
P. O. BOX 1400
ABILENE, TEXAS 79604
BROKER #03769

Item 2. Policy Period:   (Mo. Day Yr.)
From   2-1-86   to   2-1-87
12:01 A.M., standard time at the address of the named insured as stated herein.

The named insured is:
☐ Individual   ☐ Partnership   X ☐ Corporation   ☐ Joint Venture   ☐ Other:
Business of the named insured is:   (enter below)
REFINER & DISTRIBUTOR OF OIL PRODUCTS   Audit Period: Annual, unless otherwise stated.   (enter below)

Item 3. The insurance afforded is only with respect to the Coverage Part(s) indicated below by specific premium charge(s) and attached to and forming a part of this policy.

| Advance Premiums | Coverage Part No(s). | Coverage Part(s) | Advance Premiums | Coverage Part No(s). | Coverage Part(s) |
|---|---|---|---|---|---|
| $ | | Automobile Medical Payments Insurance | $ | | Hospital Professional Liability Insurance |
| $ | | Automobile Physical Damage Insurance (Dealers) | $ | | Manufacturers' and Contractors' Liability Insurance |
| $ | | Automobile Physical Damage Insurance (Fleet Automatic) | $ | | Owner's and Contractor's Protective Liability Insurance |
| $ | | Automobile Physical Damage Insurance (Non Fleet) | $ | | Owners', Landlords' and Tenants' Liability Insurance |
| $ | | Basic Automobile Liability Insurance | $ | | Personal Injury Liability Insurance |
| $ | | Completed Operations and Products Liability Insurance | $ | | Physicians', Surgeons' and Dentists' Professional Liability Insurance |
| $ | | Comprehensive Automobile Liability Insurance | $ | | Premises Medical Payments Insurance |
| | 7,6395a | Comprehensive General Liability Insurance | $ | | Special Protective and High way Liability Insurance New York Department of Transportation |
| | | Comprehensive Personal Insurance | | | |
| $ | | Contractual Liability Insurance | $ | | Storekeeper's Insurance |
| $ | | Druggists' Liability Insurance | $ | | Uninsured Motorists Insurance |
| $ | | Elevator Collision Insurance | | | |
| $ | | Farm Employers' Liability and Farm Employees' Medical Payments Insurance | $ | | |
| $ | | Farmer's Comprehensive Personal Insurance | | | |
| $ | | Farmer's Medical Payments Insurance | $ | | |
| $ | A1 E1a | Garage Insurance | | | |

Form numbers and endorsements, other than those entered on Coverage Part(s) ed at issue

$ Total Advance Premium for this policy.

* If the Policy Period is more than one year and the premium is to be paid in installments, premium is payable on:
Effective Date   1st Anniversary   2nd Anniversary
$   $   $

Item 4. During the past three years no insurer has cancelled insurance, issued to the named insured, similar to that afforded hereunder, unless otherwise stated herein.

Countersigned:

*Not applicable in Texas

24321 (1 79)

By
Fld. in U.S.   Authorized Representative

**HOME OFFICE COPY**

ORDER BY 39162 (9/83)

EZSERVE000061

**COVERAGE PART**

L 9320

## COMPREHENSIVE GENERAL LIABILITY INSURANCE

For attachment to Policy No. GLA 116-32-92   to complete said policy.

**ADDITIONAL DECLARATIONS**

Location of all premises owned by, rented to or controlled by the named Insured

Interest of named insured in such premises
☐ Owner   ☐ General Lessee   ☐ Tenant   ☐ Other
Part occupied by named insured

The following discloses all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein.

**SCHEDULE**

The insurance afforded is only with respect to such of the following Coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such Coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Limits of liability | | Advance Premiums |
|---|---|---|---|
| | each occurrence | aggregate | |
| A—Bodily Injury Liability | $ SEE END. | $ | $ |
| B—Property Damage Liability | $ L6108 | $ | $ |
| Form numbers of endorsements attached at issue | | | $ |
| | | **Total Advance Premium** | $ |

**General Liability Hazards**

| Classification of Hazards | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| | | | B.I. | P.D. | Bodily Injury | Property Damage |
| **Premises - Operations** | | | | | | |
| SEE SCHEDULE L9300 | | | | | | |
| | | (a) Area(Sq. Ft.) | | | | |
| | | | | | | |
| **Escalators (Number at Premises)** | | Number Insured | Per Landing | | | |
| NONE AT INCEPTION | | | | | | |
| **Independent Contractors** | | Cost | Per $100 of Cost | | | |
| SEE SCHEDULE L9300 | | | | | INCL. | INCL. |
| **Completed Operations** | | (a) Receipts | (a) Per $1,000 of Receipts | | | |
| SEE SCHEDULE L9300 | | | | | INCL. | INCL. |
| **Products** | | (c) Sales | (c) Per $1,000 of Sales | | | |
| SEE SCHEDULE L9300 | | | | | INCL. | INCL. |
| | | | **Total Advance B.I. and P.D. Premiums** | | | |

When used as a premium basis:

1. "admissions" means the total number of persons, other than employees of the named Insured, admitted to the event insured or to events conducted on the premises whether on paid admission tickets, complimentary tickets or passes.

2. "cost" means the total cost to the named insured with respect to operations performed for the named insured during the policy period by independent contractors or subcontractors of all work let or sublet in connection with each specific project, including the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the owner, contractor, or subcontractor, including all fees, allowances, bonuses or commissions made, paid or due;

3. "receipts" means the gross amount of money charged by the named insured for such operations by the named insured or by others during the policy period as are rated on a receipts basis other than receipts from telecasting, broadcasting or motion pictures, and includes taxes, other than taxes which the insured collects as a separate item and remits directly to a governmental division;

4. "remuneration" means the entire remuneration earned during the policy period by proprietors and by all employees of the named insured, other than chauffeurs (except operators of mobile equipment) and aircraft pilots and copilots, subject to any overtime earnings or limitation of remuneration rule applicable in accordance with the manuals in use by the company;

5. "sales" means the gross amount of money charged by the named insured or by others trading under his name for all goods and products sold or distributed during the policy period and charged during the policy period for installation, servicing or repair, and includes taxes, other than taxes which the named insured and such others collect as a separate item and remit directly to a governmental division.

EZSERVE000062

## I. COVERAGE A—BODILY INJURY LIABILITY
## COVERAGE B—PROPERTY DAMAGE LIABILITY

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of

**A. bodily injury** or

**B. property damage**

to which this insurance applies, caused by an occurrence, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

### Exclusions

This insurance does not apply:

(a) to liability assumed by the insured under any contract or agreement except an incidental contract; but this exclusion does not apply to a warranty of fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

(b) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of
   (i) any automobile or aircraft owned or operated by or rented or loaned to any insured, or
   (2) any other automobile or aircraft operated by any person in the course of his employment by any insured;
   but this exclusion does not apply to the parking of an automobile on premises owned by, rented to or controlled by the named insured or the ways immediately adjoining, if such automobile is not owned by or rented or loaned to any insured;

(c) to bodily injury or property damage arising out of (1) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity or (2) the operation or use of any snowmobile or trailer designed for use therewith;

(d) to bodily injury or property damage arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any insured;

(e) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of
   (1) any watercraft owned by or rented or loaned to any insured, or
   (2) any other watercraft operated by any person in the course of his employment by any insured;
   but this exclusion does not apply to watercraft while ashore on premises owned by, rented to or controlled by the named insured;

(f) to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water, but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental;

(g) to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to
   (1) liability assumed by the insured under an incidental contract, or
   (2) expenses for first aid under the Supplementary Payments provision;

(h) to bodily injury or property damage for which the insured or his indemnitee may be held liable
   (i) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or
   (2) if not so engaged, as an owner or lessor of premises used for such purposes,
   if such liability is imposed
   (i) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or
   (ii) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person,
   but part (ii) of this exclusion does not apply with respect to liability of the insured or his indemnitee as an owner or lessor described in (h) above;

(i) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(j) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured or to any obligation of the insured to indemnify another because of damages arising out of such injury; but this exclusion does not apply to liability assumed by the insured under an incidental contract;

(k) to property damage to
   (1) property owned or occupied by or rented to the insured,
   (2) property used by the insured, or
   (3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control,
   but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to property damage (other than to elevators) arising out of the use of an elevator at premises owned by, rented to or controlled by the named insured;

(l) to property damage to premises alienated by the named insured arising out of such premises or any part thereof;

(m) to loss of use of tangible property which has not been physically injured or destroyed resulting from
   (i) a delay in or lack of performance by or on behalf of the named insured of any contract or agreement, or
   (2) the failure of the named insured's products or work performed by or on behalf of the named insured to meet the level of performance, quality, fitness or durability warranted or represented by the named insured, but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the named insured's products or work performed by or on behalf of the

named insured after such products or work have been put to use by any person or organization other than an insured;

(n) to property damage to the named insured's products arising out of such products or any part of such products;

(o) to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(p) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

(q) to property damage included within
   (1) the explosion hazard in connection with operations identified in this policy by a classification code number which includes the symbol "x",
   (2) the collapse hazard in connection with operations identified in this policy by a classification code number which includes the symbol "c",
   (3) the underground property damage hazard in connection with operations identified in this policy by a classification code number which includes the symbol "u".

### II. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

(a) if the named insured is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor, and the spouse of the named insured with respect to the conduct of such a business;

(b) if the named insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;

(d) any person (other than an employee of the named insured) or organization while acting as real estate manager for the named insured; and

(e) with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment registered under any motor vehicle registration law,
   (i) an employee of the named insured while operating any such equipment in the course of his employment, and
   (ii) any other person while operating with the permission of the named insured any such equipment registered in the name of the named insured and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;
   provided that no person or organization shall be an insured under this paragraph (e) with respect to:
   (1) bodily injury to any fellow employee of such person injured in the course of his employment, or
   (2) property damage to property owned by, rented to, in charge of or occupied by the named insured or the employer of any person described in subparagraph (ii).

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

### III. LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability is limited as follows:

Coverage A — the total liability of the company for all damages, including damages for care and loss of services, because of bodily injury sustained by one or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the schedule as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all bodily injury included within the completed operations hazard and all bodily injury included within the products hazard shall not exceed the limit of bodily injury liability stated in the schedule as "aggregate".

Coverage B — the total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the schedule as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all property damage to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of property damage liability stated in the schedule as "aggregate":

   (1) all property damage arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any sidetrack agreement, but excluding property damage included in subparagraph (3) below;
   (2) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including any such property damage for which liability is assumed under any sidetrack agreement but excluding property damage included in subparagraph (3) below;
   (3) all property damage included within the products hazard and all property damage included within the completed operations hazard.
   Such aggregate limits shall apply separately to the property damage described in subparagraphs (1), (2) and (3) above, and under subparagraphs (1) and (2), separately with respect to each project away from premises owned by or rented to the named insured.

Coverages A and B — For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

### IV. POLICY TERRITORY

This insurance applies only to bodily injury or property damage which occurs within the policy territory.

 AUTHENTIC

GARAGE INSURANCE

SCHEDULE

ABLER REFINING, INC.
FT. WORTH, TX.
76014

**COVERAGE PART**

**LIQUOR LIABILITY INSURANCE**

L 9932
(ed. 1-73)

For attachment to Policy No. GLA 116 92 92 , to complete said policy.

**SCHEDULE**

The insurance afforded is only with respect to the following Coverage as indicated by specific premium charge. The limit of the company's liability against such Coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Advance Premium | | Limits of Liability | | | Coverage |
|---|---|---|---|---|---|
| $2400 | 100,000<br>100,000 | thousand dollars each common cause<br>thousand dollars aggregate | | X—Liquor Liability | |
| | | | | | Form numbers of endorsements attached at issue |
| $2400 | | Total Advance Premium | | | |

| Advance Premium<br>Liquor Liability | Rate | Premium Basis | Code No. | Description of Hazards | Designated Insured Premises |
|---|---|---|---|---|---|
| | | | 9211 | PACKAGE STORE | (004) 7979 AIRLINE HWY,<br>BATON ROUGE, LOUISIANA |
| | | | 9211 | PACKAGE STORE | (003) INTERSTATE 10& HWY 30<br>GONZALES, LOUISIANA |
| | | | 9211 | PACKAGE STORE | (006) 410 W. 3RD STREET<br>SAN ANGELO, TEXAS |
| | TOTAL ANNUAL PREMIUM | | | | |

Receipts

When used as a premium basis.
"receipts" means gross amount of money charged by the named insured or by others during the policy period for the sale of all alcoholic beverages, and of other beverages used in connection therewith, including taxes, except taxes which the named insured collects as a separate item, and remits directly to a governmental division, for which accurate records are maintained apart from other receipts.

**I. COVERAGE X -- LIQUOR LIABILITY**

The company will pay on behalf of the Insured all sums which the Insured shall become legally obligated to pay as damages because of injury to which this insurance applies, sustained by any person if such liability is imposed upon the Insured by reason of the selling, serving or giving of any alcoholic beverage at or from the insured premises, and the company shall have the right and duty to defend any suit against the Insured seeking such damages, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This insurance does not apply.

(a) to any obligation for which the Insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(b) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured or to any obligation of the insured to indemnify another because of damages arising out of such injury;

(c) to injury arising out of any alcoholic beverage sold, served or given while any license therefor, required by law, is suspended or after such license expires, is cancelled or revoked;

(d) to bodily injury or property damage arising out of the named insured's products or reliance upon a representation or warranty made at any time with respect thereto, but this exclusion does not apply to bodily injury or property damage for which the insured or his indemnitee may be held liable if such liability is imposed

(1) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or

(2) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or, which causes or contributes to the intoxication of any person.

**II. PERSONS INSURED**

Each of the following is an insured under this insurance to the extent set forth below:

(a) if the named insured is designated in the declarations as an individual, the person so designated and his spouse;

(over)

EZSERVE000065



EZSERVE000066

(b) if the named insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such.

(c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such.

This insurance does not apply to injury arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

### III. LIMITS OF LIABILITY

Regardless of the number of insureds under this insurance, the company's liability is limited as follows:

The limit of liability stated in the schedule as applicable to "each common cause" is the total liability of the company for all damages sustained by one or more persons as the result of the selling, serving or giving of any alcoholic beverage to any one person.

The limit of liability stated in the schedule as "aggregate" is, subject to the above provisions respecting "each common cause", the total limit of the company's liability hereunder for all damages. Such aggregate limit of liability shall apply separately to each insured premises.

### IV. POLICY PERIOD; TERRITORY

This insurance applies only to injury which occurs during the policy period within the policy territory.

### V. ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of this policy):

"damages" means all damages, including damages for death, care, loss of services,



loss of support, or loss of use of property, which are payable because of injury to which this insurance applies.

"insured premises" means:

(a) the premises designated in the schedule; and,

(b) any premises which the named insured acquires during the policy period for use in manufacturing, distributing, selling, serving or giving alcoholic beverages if (1) the named insured notifies the company within 30 days after such acquisition and (2) the named insured has no other valid and collectible insurance applicable to the loss.

### VI. AMENDED CONDITION

When used in reference to this insurance the Three Year Policy Condition is amended to read as follows:

Three Year Policy: if this policy is issued for a period of three years:

(a) The policy period is comprised of three consecutive annual periods;

(b) The rates are subject to amendment for the second and third annual periods, in accordance with the company's rules and rating plans. Amended rates shall be stated by endorsement issued to form a part of this policy;

(c) The aggregate limit of liability shall apply separately to each annual period.

### VII. ADDITIONAL CONDITIONS

A. Insured's Duties in the Event of Injury, Claim or Suit
When an injury occurs written notice shall be given by or on behalf of the insured in accordance with the "Insured's Duties in the Event of Occurrence, Claim or Suit" Condition.

B. Limitation of Coverage — Other Liability Insurance
The insurance afforded by this Part does not apply to any injury with respect to which insurance is otherwise afforded by, or would be afforded but for the exhaustion of the limits of, the policy.

(The attaching clause must be completed any where this endorsement is issued subsequent to preparation of the policy)

**LIABILITY**

EX 64 61 (EX 65 61)

BROAD FORM COMPREHENSIVE GENERAL LIABILITY ENDORSEMENT

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
COMPREHENSIVE GENERAL LIABILITY INSURANCE

This endorsement, effective   3-3-86
(12:01 A. M., standard time)   , forms a part of policy no.   GLA 116-47-07

Issued to   E-Z SERVE, INC.

by   NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA.

Authorized Representative

## SCHEDULE

| Personal Injury and Advertising Injury Liability |
|---|
| Aggregate Limit shall be the per occurrence bodily injury liability limit unless otherwise indicated herein. |
| Limit of Liability $_____ Aggregate |

| Limit of Liability—Premises Medical Payments Coverage. |
|---|
| $1,000 each person unless otherwise indicated herein $ _____ each person |

| Limit of Liability—Fire Legal Liability Coverage: |
|---|
| $50,000 per occurrence unless otherwise indicated herein: $ _____ per occurrence |

THE TOTAL COMPREHENSIVE GENERAL LIABILITY BODILY INJURY AND PROPERTY DAMAGE PREMIUM AS OTHERWISE DETERMINED

MINIMUM PREMIUM

**I. CONTRACTUAL LIABILITY COVERAGE**

**II. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY COVERAGE**

**III. PREMISES MEDICAL PAYMENTS COVERAGE**

EZSERVE000068

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**LIABILITY**  GL 99 17 (Ed. 03 31)  **L 6108** (Ed. 3-81)

## AMENDMENT — LIMITS OF LIABILITY
### (Single Limit)
### (Individual Coverage Aggregate Limit)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE

This endorsement, effective    2-1-86
(12:01 A.M., standard time)    , forms a part of policy No.    GLA 116-92-92

issued to    E-Z SERVE, INC.

by    NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA.

Authorized Representative

## SCHEDULE

| Coverages | Limits of Liability |
|---|---|
| Bodily Injury Liability and Property Damage Liability | $ 1,000 ,000 each occurrence $ 1,000 ,000 aggregate |

It is agreed that the provisions of the policy captioned "LIMITS OF LIABILITY" relating to Bodily Injury Liability and Property Damage Liability are amended to read as follows:

### LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability is limited as follows:

Bodily Injury Liability and Property Damage Liability:

(a) The limit of liability stated in the Schedule of this endorsement as applicable to "each occurrence" is the total limit of the company's liability for all damages including damages for care and loss of services because of bodily injury and property damage sustained by one or more persons or organizations as a result of any one occurrence, provided that with respect to any occurrence for which notice of this policy is given in lieu of security or when this policy is certified as proof of financial responsibility under the provisions of the Motor Vehicle Financial Responsibility Law of any state or province such limit of liability shall be applied to provide the separate limits required by such law for Bodily Injury Liability and Property Damage Liability to the extent of the coverage required by such law, but the separate application of such limit shall not increase the total limit of the company's liability.

(b) Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all bodily injury and property damage which occur during each annual period while this policy is in force commencing from its effective date and which is described in any of the numbered subparagraphs below shall not exceed the limit of liability stated in the Schedule of this endorsement as "aggregate":

(1) all property damage arising out of premises or operations rated on a remuneration basis or Contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (2) below;

(2) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including any such property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repairs at premises owned by or rented to the named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) if Products — Completed Operations insurance is afforded, all bodily injury and property damage included within the completed operations hazard and all bodily injury and property damage included within the products hazard;

(4) if Contractual Liability Insurance is afforded, all property damage for which liability is assumed under any contract to which the Contractual Liability Insurance applies.

Such aggregate limit shall apply separately:

(i) to the property damage described in subparagraphs (1) and (2) and separately with respect to each project away from premises owned by or rented to the named insured;

(ii) to the sum of the damages for all bodily injury and property damage described in subparagraph (3), and

(iii) to the property damage described in subparagraph (4) and separately with respect to each project away from premises owned by or rented to the named insured.

(c) For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.



EZSERVE000069

3 U 3 - 18 - 86

**LIMITS OF LIABILITY**

**ADDITIONAL DEFINITIONS**

When used herein:

**ADDITIONAL CONDITIONS**

Medical Payments Proof and Payment of Claim

**VII. INCIDENTAL MEDICAL MALPRACTICE LIABILITY COVERAGE**

**VIII. NON-OWNED WATERCRAFT LIABILITY COVERAGE (under 26 feet in length)**

**IX. LIMITED WORLDWIDE LIABILITY COVERAGE**

**X. ADDITIONAL PERSONS INSURED**

**XI. EXTENDED BODILY INJURY COVERAGE**

**XII. AUTOMATIC COVERAGE—NEWLY ACQUIRED ORGANIZATIONS (90 DAYS)**

EZSERVE000070

**LIABILITY**

L 8113a
(Ed. 7-81)

GL 03 00 (Ed. 07 81)
**DEDUCTIBLE LIABILITY INSURANCE**

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
COMPREHENSIVE GENERAL LIABILITY INSURANCE
COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE
SMP LIABILITY INSURANCE

This endorsement effective   2-1-96   , forms a part of Policy No.   GLA 116-97-92
(12:01 A.M., standard time)

Issued to   E-7 SERVE, INC.

by   NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA.

Authorized Representative

**SCHEDULE**

| Coverage | Amount and Basis of Deductible | |
|---|---|---|
| Bodily Injury Liability | $ --- | per claim |
| | $ --- | per occurrence |
| Property Damage Liability | $ --- | per claim |
| | $ 500 | per occurrence |

**APPLICATION OF ENDORSEMENT** (Enter here any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to all loss however caused):—

THE DEDUCTIBLE APPLIES ONLY TO PRODUCTS/COMPLETED OPERATIONS CLAIMS.

It is agreed that:

1. The company's obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on behalf of the insured, applies only to the amount of damages in excess of any deductible amounts stated in the schedule above as applicable to such coverages, and the limit of liability shown in this policy as being applicable to "each occurrence" for such coverages shall be reduced by the amount of such deductible. The limit of liability shown in this policy as "aggregate", if any, for such coverages shall not be reduced by the application of such deductible amount.

2. The deductible amounts stated in the schedule apply as follows:
    (a) PER CLAIM BASIS—if the deductible is on a "per claim" basis, the deductible amount applies under the Bodily Injury Liability or Property Damage Liability Coverage, respectively, to all damages because of bodily injury sustained by one person, or to all property damage sustained by one person or organization, as the result of any one occurrence.
    (b) PER OCCURRENCE BASIS—if the deductible is on a "per occurrence" basis, the deductible amount applies under the Bodily Injury Liability or Property Damage Liability Coverage, respectively, to all damages because of all bodily injury or property damage as the result of any one occurrence, regardless of the number of persons or organizations who sustain damages because of that occurrence.

3. The terms of the policy, including those with respect to (a) the company's rights and duties with respect to the defense of suits and (b) the insured's duties in the event of an occurrence apply irrespective of the application of the deductible amount.

4. The company may pay any part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, the named insured shall promptly reimburse the company for such part of the deductible amount as has been paid by the company.



EZSERVE000071

## TX-08-20, GARAGEKEEPERS' INSURANCE — DIRECT COVERAGE OPTIONS

This endorsement forms a part of Policy No. GLA 116-92-92 issued to E-Z SERVE, INC.

by the NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA. .................................... at its Agency
(Name of Insurance Company)

located (city and state) ............................................................................ and is effective from 2-1-86
(12:01 A.M. Standard Time)

(The information above is required only when this endorsement is issued subsequent to preparation of the policy.)
This endorsement forms a part of the policy to which attached, effective from its date of issue unless otherwise stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**GARAGE INSURANCE**

---

It is agreed that the Garagekeepers' Insurance is amended to pay without regard to the named insured's legal liability for loss and is further amended by the option indicated below by "☒".

☐ The Garagekeepers' Insurance is excess over any other valid and collectible insurance regardless of whether such other insurance covers the interest of the named insured, the owner of the automobile or any other person or organization.

☒ The Garagekeepers' Insurance will apply as the primary source of recovery.

By ....................................................................
(Duly Authorized Representative)

FORM TX-08-20.—GARAGEKEEPERS' INSURANCE—DIRECT COVERAGE OPTIONS
    Texas Standard Automobile Endorsement
    Prescribed June 1, 1980

EZSERVE000072

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

LIABILITY

GL 01 03 (Ed. 05 73)
ISO G525
**AMENDATORY ENDORSEMENT — NOTICE**
(Texas)

L 6126
(Ed. 5-73)

This endorsement, effective          2-1-86          , forms a part of policy No.   GLA 116-92-92
                              (12.01 A. M., standard time)

issued to   E-Z SERVE, INC.

by          NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA.

_____
                                                    Authorized Representative

As respects bodily injury liability coverage and property damage liability coverage, unless the company is prejudiced by the insured's failure to comply with the requirement, any provision of this policy requiring the insured to give notice of action, occurrence or loss, or requiring the insured to forward demands, notices, summons or other legal process, shall not bar liability under this policy.

[AUTHENTIC]

EZSERVE000073

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

LIABILITY

**GL 21 33 (Ed. 02 85)**
**POLLUTION EXCLUSION**

L 8108
(Ed. 285)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
SMP LIABILITY INSURANCE
STOREKEEPERS INSURANCE

This endorsement, effective    2-1-86                          , forms a part of Policy No. GLA 116-92-92
                              (12:01 A. M., standard time)

issued to   E-Z SERVE, INC.

by    NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA.

                                                                  ....................................
                                                                  Authorized Representative

It is agreed that the exclusion relating to the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants is replaced by the following:

(1) to bodily injury or property damage arising out of the actual, alleged or threatened discharge, dispersal, release or escape of pollutants:

(a) at or from premises owned, rented or occupied by the named insured;

(b) at or from any site or location used by or for the named insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) which are at any time transported, handled, stored, treated, disposed of, or processed as waste by or for the named insured or any person or organization for whom the named insured may be legally responsible; or

(d) at or from any site or location on which the named insured or any contractors or subcontractors working directly or indirectly on behalf of the named insured are performing operations:

(i) if the pollutants are brought on or to the site or location in connection with such operations; or

(ii) if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the pollutants.

(2) to any loss, cost or expense arising out of any governmental direction or request that the named insured test for, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.



Copyright, Insurance Services Office, Inc., 1934

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

LIABILITY | GL 20 16 (Ed. 07 66) G 114 | L 9115a (Ed. 7-66)

# ADDITIONAL INSURED
(Vendors—Limited Form)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE

This endorsement, effective 2-1-86 (12:01 A. M., standard time), forms a part of policy No. GLA 116-92-92

issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA.

Authorized Representative

* SCHEDULE

| Name of Vendor(s) | Description of Product(s) |
|---|---|
| U'TOTE'M DIVISION OF FAIRMONT FOODS CO.** | GASOLINE |
| GIBSON PRODUCTS CO. INC. OF DENTON | " |
| " " " " " GAINSVILLE | " |

It is agreed that the "Persons Insured" provision is amended to include any person or organization designated above (herein referred to as "vendor"), as an insured, but only with respect to the distribution or sale in the regular course of the vendor's business of the named insured's products designated above subject to the following additional provisions:

1. The insurance with respect to the vendor does not apply to:
   (a) any express warranty, or any distribution or sale for a purpose, unauthorized by the named insured;
   (b) bodily injury or property damage arising out of
      (i) any act of the vendor which changes the condition of the products,
      (ii) any failure to maintain the product in merchantable condition,
      (iii) any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products, or
      (iv) products which after distribution or sale by the named insured have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor;
   (c) bodily injury or property damage occurring within the vendor's premises.
2. The insurance does not apply to any person or organization, as insured, from whom the named insured has acquired such products or any ingredient, part or container, entering into, accompanying or containing such products.

AUTHENTIC

** P. O. BOX 22796, HOUSTON
* $600 PER OCCURRENCE PROPERTY DAMAGE DEDUCTIBLE APPLIES TO PRODUCTS/COMPLETED OPERATIONS.

(The Attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

GL 04 14 (Ed. 01 73)

**LIABILITY**

G 214.1
ISO G214

L 9460
(Ed. 1-73)

### UNDERGROUND RESOURCES AND EQUIPMENT COVERAGE

(Texas)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE**
**COMPREHENSIVE GENERAL LIABILITY INSURANCE**
**CONTRACTUAL LIABILITY INSURANCE**
**MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE**
**OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE**
**OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE**

This endorsement, effective 7-1-66
(12.01 A. M., standard time)
, forms a part of policy No. GLA 116-92-92

issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA.

_____
Authorized Representative

Limit of Liability: $ 100,000 Aggregate

It is agreed that the following additional provisions apply with respect to property damage included within the underground resources and equipment hazard arising out of the operations performed by or on behalf of the named insured and described in this endorsement:

**Limits of Liability**

With respect to property damage included within the underground resources and equipment hazard the Limits of Liability provisions stated elsewhere in the policy are replaced by the following:

The total liability of the company for all damages because of all property damage included within the underground resources and equipment hazard and arising out of operations in connection with any one well shall not exceed the limit of liability stated above as "aggregate".

**Exclusions**

This insurance does not apply:

(a) to any cost or expense incurred by or at the request of the named insured or any co-owner of the working interest in connection with controlling or bringing under control any oil, gas or water well;

(b) to damages claimed by any co-owner of the working interest;

(c) to property damage included within the saline substances contamination hazard.

**Definitions**

"underground resources and equipment hazard" includes property damage to any of the following:

(a) oil, gas, water or other mineral substances which have not been reduced to physical possession above the surface of the earth or above the surface of any body of water;

(b) any well, hole, formation, strata or area in or through which exploration or production operation is carried on;

(c) any casing, pipe, bit, tool, pump or other drilling or well servicing machinery or equipment located beneath the surface of the earth in any such well or hole or beneath the surface of any body of water.

"co-owner of the working interest" means any person or organization who is, with the named insured, a co-owner, joint venturer or mining partner in mineral properties who participates in the operating expense of such properties or who may have a right to participate in the control, development or operation of such properties.

"saline substances contamination hazard" includes property damage to any of the following where so located:

(a) oil, gas, water or other mineral substances, if the property damage is caused directly or indirectly by a saline substance;

(b) to any other property, if the property damage results from the property damage described in subdivision (a) of this hazard.

**Agreement in Connection with Blow-outs or Cratering of Wells**

Upon the occurrence of a blow-out or cratering of any oil, gas or water well resulting from or in connection with operations performed by or on behalf of the named insured, the named insured hereby agrees that, at his own cost and expense, use due and reasonable diligence to take all such prompt and immediate steps for the purpose of controlling or bringing under control such well as shall be required of him by regulation, order or directive of public authorities having jurisdiction in the matter, unless such regulation, order or directive is being complied with by others.

For failure or delay of the named insured to comply with the obligations of this agreement the company shall not be liable for any property damage included within the underground resources and equipment hazard resulting from the blow-out or cratering of any such well.

Descriptions of Operations

Gasoline Recovery — from casing head of natural gas

Oil Lease Operators or Gas Lease Operators — operations

Oil or Gas Well Shooting

Oil or Gas Wells — cleaning or swabbing — by contractors

Oil or Gas Wells — servicing — by contract

Oil or Gas Wells — drilling or redrilling, installing or recovering casing

[[AUTHENTIC]]



**ENDORSEMENT**   #2

This endorsement, effective   12:71   A. M.   2-1-86   forms a part of

policy No. GLA 116-92-92   issued to   E-Z SERVE, INC.

by   NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

IN CONSIDERATION OF NO CHANGE IN PREMIUM IT IS UNDERSTOOD AND AGREED THAT "X", "C",
AND "U" ARE PROVIDED ONLY FOR THOSE CODES SHOWN ON THE GENERAL LIABILITY SCHEDULE.

019-117-3-26/A8

AUTHORIZED REPRESENTATIVE

EZSERVE000077

**ENDORSEMENT** #1

This endorsement, effective  12:01  A. M.  2-1-86  forms a part of

policy No. GLA 116-92-92  issued to  E-Z SERVE, INC.

by  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

NAMED INSUREDS:

E-Z SERVE, INC., ETAL TO INCLUDE

a)  E-Z SERVE REFINING, INC.

b)  E-Z SERVE OF CALIFORNIA, INC.

c)  ALOHA PETROLEUM, LTD.

d)  PETROLEUM MAINTENANCE, LTD.

e)  AMBER REFINING, INC.

f)  AMBEX PIPELINE COMPANY

g)  AMBEREX CORPORATION

h)  RIB & BRISKET, INC.

i)  P-Y PROPERTIES

j)  E-Z SERVE OF LOUISIANA, INC.

k)  E-Z SERVE OF CALIFORNIA, INC. DBA AMBER TRANSPORTATION

l)  AUTOGAS, A DIVISION OF E-Z SERVE, INC.

C19-117-3-25/A9

_____
AUTHORIZED REPRESENTATIVE

EZSERVE000078

**ENDORSEMENT** #4

This endorsement, effective   12:01   A. M.   2-1-86                                                          forms a part of

policy No. GLA 116-92-92     issued to          E-Z SERVE, INC.

by       NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

WAIVER OF SUBROGATION

IT IS UNDERSTOOD AND AGREED THAT THE COMPANY, IN THE EVENT OF ANY PAYMENT UNDER
THIS POLICY, WAIVES ITS RIGHT OF RECOVERY AGAINST ANY PRINCIPAL, BUT ONLY AT
THE SPECIFIC WRITTEN REQUEST OF THE NAMED INSURED EITHER BEFORE OR AFTER LOSS,
WHEREIN SUCH WAIVER HAD BEEN INCLUDED BEFORE LOSS AS PART OF A CONTRACTUAL
UNDERTAKING BY THE NAMED INSURED.

THIS WAIVER SHALL APPLY ONLY WITH RESPECT TO LOSSES OCCURRING DUE TO OPERATIONS
UNDERTAKEN AS PER THE SPECIFIC CONTACT EXISTING BETWEEN THE NAMED INSURED AND
SUCH PRINCIPAL AND SHALL NOT BE CONSTRUED TO BE A WAIVER WITH RESPECT TO OTHER
OPERATIONS OF SUCH PRINCIPAL IN WHICH THE NAMED INSURED HAS NO CONTRACTUAL
INTEREST.

NO WAIVER OF SUBROGATION SHALL DIRECTLY OR INDIRECTLY APPLY TO ANY EMPLOYEE OR
EMPLOYEES OF EITHER THE NAMED INSURED OR OF THE PRINCIPAL, AND THE COMPANY
RESERVES ITS RIGHT OR LIEN TO BE REIMBURSED FROM ANY RECOVERY FUNDS OBTAINED BY
ANY INJURED EMPLOYEE.

THIS WAIVER DOES NOT APPLY IN ANY JURISDICTION OR SITUATION WHERE SUCH WAIVER
IS HELD TO BE ILLEGAL OR AGAINST PUBLIC POLICY OR IN ANY SITUATION WHEREIN THE
PRINCIPAL AGAINST WHOM SUBROGATION IS TO BE WAIVED IS FOUND TO BE SOLELY
NEGLIGENT.

IT IS FURTHER AGREED THAT THE ABOVE WAIVER OF SUBROGATION APPLIES TO THE
FOLLOWING ONLY:   WHERE REQUIRED BY WRITTEN CONTRACT.

019-117-3-25/A6

_____

AUTHORIZED REPRESENTATIVE

EZSERVE000079

**ENDORSEMENT**  #3

This endorsement, effective   12:01   M.   2-1-86                                    forms a part of

policy No. GLA 116-92-92   issued to   C-Z SERVE, INC.

by   NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

## NON-OPERATING WORKING INTERESTS

IN CONSIDERATION OF THE PREMIUM CHARGED, IT IS AGREED THE INSURANCE AFFORDED THIS
POLICY AS RESPECTS THE NAMED INSURED'S LEGAL LIABILITY ARISING OUT OF THE NON-
OPERATING WORKING INTEREST IN ANY OIL OR GAS LEASE DEVELOPEMENT, PRODUCTION OR
OPERATION SHALL BE EXCESS INSURANCE OVER ANY OTHER VALID AND COLLECTIBLE INSURANCE
AVAILABLE TO THE NAMED INSURED.

019-117-3-25/A7

_____
AUTHORIZED REPRESENTATIVE

EZSERVE000080

**ENDORSEMENT** #7

This endorsement, effective  12:01   A. M.   2-1-86                          forms a part of

policy No. CLA 116-92-92    issued to    E-Z SERVE, INC.

by    NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

SALINE SUBSTANCE HAZARD - TEXAS

SUCH INSURANCE AS IS AFFORDED BY THE POLICY FOR PROPERTY DAMAGE LIABILITY AND/OR
CONTRACTUAL PROPERTY DAMAGE LIABILITY WITH RESPECT TO THE SALINE SUBSTANCE HAZARD
ARISING OUT OF THE OPERATIONS DESCRIBED IN THIS ENDORSEMENT, INCLUDING SUCH OPER-
TIONS PERFORMED FOR THE NAMED INSURED BY THE INDEPENDENT CONTRACTORS OR THEIR
SUBCONTRACTORS WHEN COVERED BY THE POLICY, IS SUBJECT TO THE FOLLOWING PROVISIONS:

THE LIMIT OF LIABILITY STATED HEREIN AS "AGGREGATE" IS THE TOTAL LIMIT OF
THE COMPANY'S LIABILITY FOR ALL DAMAGES ARISING OUT OF THE SALINE SUBSTANCE
HAZARD WITH RESPECT TO ALL SUCH OPERATIONS PERFORMED BY OR ON BEHALF OF THE
NAMED INSURED.

THE LIMIT OF LIABILITY STATED HEREIN APPLIES ONLY TO THE LIABILITY OF THE
COMPANY OF DAMAGES ARISING OUT OF THE SALINE SUBSTANCE HAZARD. THE LIMITS
OF LIABILITY STATED IN THE POLICY APPLY TO THE LIABILITY OF THE COMPANY FOR
DAMAGES AS RESPECTS HAZARDS OTHER THAN THE SALINE SUBSTANCE HAZARD AND DO
NOT APPLY AS RESPECTS THE INSURANCE REFERRED TO IN THIS ENDORSEMENT.

THE TERM "SALINE SUBSTANCE HAZARD", AS USED IN THIS ENDORSEMENT, MEANS
INJURY TO OR DESTRUCTION OF

(A)   WATER, OIL, GAS OR OTHER MINERAL SUBSTANCES, INCLUDING ANY TITLE,
     INTEREST OR ESTATE THEREIN, OR

(B)   ANY OTHER PROPERTY OR TITLE, INTEREST OR ESTATE THEREIN, WHICH RESULTS
     FROM THE INJURY TO OR DESTRUCTION OF SUCH SUBSTANCE

CAUSED DIRECTLY OR INDIRECTLY BY A SALINE SUBSTANCE.

DESCRIPTION OF OPERATIONS
GAS LEASE OPERATORS - NATURAL GAS - ALL OPERATIONS
GASOLINE RECOVERY - FROM CASING HEAD OR NATURAL GAS
OIL OR GAS WELL SHOOTING
OIL OR GAS WELLS - CLEANING OR SWABBING - BY CONTRACTORS
OIL OR GAS WELLS - DRILLING OR REDRILLING, INSTALLATION OF RECOVERY OF CASING
OIL LEASE OPERATORS - ALL OPERATIONS
OIL OR GAS LEASE WORK N.O.C.

**AUTHORIZED REPRESENTATIVE**

LIMIT OF LIABILITY
$100,000. AGGREGATE

NO. OF WELLS FOR WHICH
INSURED IS THE OPERATOR         RATE PER WELL              INCL.

UIS-117-3-25783

EZSERVE000081

**ENDORSEMENT** #5

This endorsement, effective   12:01   A.M.   2-1-86   forms a part of

policy No. CLA 116-92-92   issued to   E-Z SERVE, INC.

by   NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

### LIMIT OF LIABILITY
### (NON-OPERATING WORKING INTERESTS)

IT IS AGREED THAT SUCH INSURANCE AS IS AFFORDED BY THE POLICY WITH RESPECT TO INTEREST OF THE NAMED INSURED IN PRODUCING, PLUGGED OR ABANDONED OIL, GAS OR DISTILLATE WELLS (INCLUDING EXTRACTION PLANTS) IN WHICH THE NAMED INSURED HAS A NON-OPERATING WORKING INTEREST APPLIES SUBJECT TO THE FOLLOWING ADDITIONAL PROVISIONS:

1.  THE COMPANY SHALL NOT BE LIABLE FOR A GREATER PROPORTION OF ANY LOSS THAN THE OWNERSHIP INTEREST OF THE NAMED INSURED IN SUCH PROPERTY BEARS TO THE WHOLE.

2.  THIS INSURANCE DOES NOT APPLY TO THE EXTENT THAT ANY OTHER VALID AND COLLECT-IBLE INSURANCE WHETHER ON A CONTRIBUTORY, EXCESS OR ESCAPE BASIS OR OTHERWISE AVAILABLE TO THE INSURED.

3.  WHEN USED AS A PREMIUM BASIS, "DISBURSEMENTS" MEANS THE TOTAL AMOUNT OF MONEY PAID BY THE INSURED FOR WORK PERFORMED BY OR UNDER THE DIRECTION OF GAS OR DISTILLATE WELL LEASE OPERATORS FOR THE NAMED INSURER.

CODE   PREMIUM BASIS
IIII   TBD

019-117-3-25/85

**AUTHORIZED REPRESENTATIVE**

EZSERVE000082

**ENDORSEMENT** *48*

This endorsement, effective   12:01   A. M.   2-1-95                                   forms a part of

Policy No. GLA 116-92-92   issued to      E-Z SERVE, INC.

by        NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

IT IS AGREED THAT IN EVENT OF CANCELLATION OR ANY MATERIAL CHANGE OF THIS POLICY,
EXCEPT CANCELLATION FOR NON-PREMIUM THE COMPANY SHALL GIVE TO THE NAMED INSURED
AND THE COMPANIES LISTED BELOW AT THE ADRESS INDICATED IN THE DECLARATIONS 30 DAYS
WRITTEN NOTICE OF SUCH CANCELLATION OR MATERIAL CHANGE.

019-117-3-25/A2

**AUTHORIZED REPRESENTATIVE**

EZSERVE000083

ENDORSEMENT, #6

This endorsement, effective    12:01    A. M.    2-1-86                                    forms a part of

policy No. GLA 116-92-92    issued to    E-Z SERVE, INC.

by        NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

## ADDITIONAL INSURED
## (OIL OR GAS OPERATIONS - WORKING INTERESTS, NON-OPERATING

IT IS AGREED THAT THE "PERSONS INSURED" PROVISION IS AMENDED TO INCLUDE AS AN INSURED:

(1)  CO-OWNERS, JOINT VENTURERS, OR MINING PARTNERS HAVING A NON-OPERATING WORKING INTEREST WITH THE NAMED INSURED IN ANY OIL OR GAS LEASE, BUT ONLY WITH RESPECT TO HIS LIABILITY ARISING OUT OF SUCH INTEREST;

(2)  OWNERS OR CO-OWNERS OF OIL OR GAS LEASES FOR WHICH THE INSURED ACTS UNDER WRITTEN CONTRACT AS OPERATING AGENT.

019-117-3-25/A4

AUTHORIZED REPRESENTATIVE

EZSERVE000084

**ENDORSEMENT** 19

This endorsement, effective 12:01 A.M. 2-1-96      forms a part of

policy No. GLA 116-92-92   issued to    E-Z SERVE, INC.

by    NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

### Asbestos Exclusion Endorsement

It is hereby understood and agreed that such insurance as is afforded by National Union Fire Insurance Company of Pittsburgh, PA., Policy No. GLA 116 92 92 bodily injury liability and property damage liability is subject to the following exclusion.

This insurance does not apply to any liability for property damage, bodily injury, sickness, disease, occupational disease, disability, shock, death, mental anguish mental injury at any time arising out of the manufacture of, mining of, use of, sales of, installation of, distribution of or exposure to Asbestos products, Asbestos fibers or Asbestos dust or to any obligation of the Insured to indemnity any party because of damages arising out of such property damage, personal injury, sickness disease, occupational disease, disability, shock, death, mental anguish or mental injury at any time as a result of the manufacture of, mining of, use of, sales of, installation of, distribution of, or exposure to Asbestos products, Asbestos fibers, or Asbestos dust.

It is further understood and agreed that the National Union Fire Insurance Company of Pittsburgh, PA., not be obligated to defend any suit or claim against the Insured alleging personal insury or property damage and seeking damages, if such suit or claim arises from bodily injury or property damage resulting from or contributed to, by any and all manufacture of, mining of, use of, sales of, installation of, distribution of, or exposure to Asbestos products, Asbestos fibers or Asbestos dust.

019-883-3-3 A30

_____
**AUTHORIZED REPRESENTATIVE**

EZSERVE000085