# EXHIBIT 4

GENERAL LIABILITY-AUTOMOBILE

DAILY REPORT

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

GLA 116-92-92

Renewal of Number

GLA 116 93 26

BRANCH 31
DIVISION 057 DEPARTMENT 09
MAJOR PRODUCT 62
BROKER Frank B. Hall
COMMISSION

Item 1. Named Insured and Address: (No., Street, Town or City, County, State)

E-Z SERVE, INC., ETAL (SEE ENDT. #1)
P. O. BOX 3579, 901 S. FIRST ST.
ABILENE, TEXAS 79604

~~FRANK B. HALL & CO.~~
1000 CASHCO TOWER
8 GREENWAY PLAZA
HOUSTON, TEXAS 77046
BROKER #21671

Item 2. Policy Period: (Mo. Day Yr.)
From 2-1-87 to 2-1-88
12:01 A.M., standard time at the address of the named insured as stated herein.

The named insured is:
☐ Individual ☐ Partnership ☒ Corporation ☐ Joint Venture ☐ Other: ______

Business of the named insured is: (ENTER BELOW)
REFINER & DISTRIBUTOR OF OIL PRODUCTS

Audit Period: Annual, unless otherwise stated. (ENTER BELOW)

Item 3. The insurance afforded is only with respect to the Coverage Part(s) indicated below by specific premium charge(s) and attached to and forming a part of this policy

| Advance Premiums | Coverage Part No(s). | Coverage Part(s) | Advance Premiums | Coverage Part No(s). | Coverage Part(s) |
|---|---|---|---|---|---|
| $ | | Automobile Medical Payments Insurance | $ | | Hospital Professional Liability Insurance |
| $ | | Automobile Physical Damage Insurance (Dealers) | $ | | Manufacturers' and Contractors' Liability Insurance |
| $ | | Automobile Physical Damage Insurance (Fleet Automatic) | $ | | Owner's and Contractor's Protective Liability Insurance |
| $ | | Automobile Physical Damage Insurance (Non-Fleet) | $ | | Owners', Landlords' and Tenants' Liability Insurance |
| $ | | Basic Automobile Liability Insurance | $ | | Personal Injury Liability Insurance |
| $ | | Completed Operations and Products Liability Insurance | $ | | Physicians', Surgeons' and Dentists' Professional Liability Insurance |
| $ | | Comprehensive Automobile Liability Insurance | $ | | Premises Medical Payments Insurance |
| [redacted] | | Comprehensive General Liability Insurance | $ | | Special Protective and Highway Liability Insurance New York Department of Transportation |
| $ | | Comprehensive Personal Insurance | | | |
| $ | | Contractual Liability Insurance | $ | | Storekeeper's Insurance |
| $ | | Druggists' Liability Insurance | $ | | Uninsured Motorists Insurance |
| $ | | Elevator Collision Insurance | $ | | |
| $ | | Farm Employers' Liability and Farm Employees' Medical Payments Insurance | $ | | |
| $ | | Farmer's Comprehensive Personal Insurance | | | |
| $ | | Farmer's Medical Payments Insurance | $ | | |
| [redacted] | | Garage Insurance | | | |

[redacted] Premium for this policy.

Form numbers of endorsements, other than those entered on Coverage Part(s), attached at issue

* If the Policy Period is more than one year and the premium is to be paid in installments, premium is payable on:

| Effective Date | 1st Anniversary | 2nd Anniversary |
|---|---|---|
| $ | $ | $ |

Item 4. During the past three years no insurer has cancelled insurance, issued to the named insured, similar to that afforded hereunder, unless otherwise stated herein:

Countersigned:

019-1-17-3-26/A22

28321 (1/80)

By ______ Authorized Representative

Ptd. in U.S.A.

HOME OFFICE COPY

ORDER BY 39162 (9/83)

# ENDORSEMENT #1

This endorsement, effective 12:01 A M 2-1-87 forms a part of

policy No GLA 116-93-26 issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

NAMED INSUREDS:

E-Z SERVE, INC., ETAL TO INCLUDE

a) E-Z SERVE REFINING, INC.

b) E-Z SERVE OF CALIFORNIA, INC.

c) ALOHA PETROLEUM, LTD.

d) AMBER REFINING, INC.

e) AMBER PIPELINE COMPANY

f) E-Z SERVE OF LOUISIANA, INC.

g) E-Z SERVE OF CALIFORNIA, INC. DBA AMBER TRANSPORTATION

C19-117-3-25/A9

Authorized Representative

**ENDORSEMENT** #2

This endorsement, effective 12:01 A M 2-1-87 forms a part of

policy No GLA 116-93-26 issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

IN CONSIDERATION OF NO CHANGE IN PREMIUM IT IS UNDERSTOOD AND AGREED THAT "X", "C", AND "U" ARE PROVIDED ONLY FOR THOSE CODES SHOWN ON THE GENERAL LIABILITY SCHEDULE.

019-117-3-25/A8

Authorized Representative

**ENDORSEMENT #3**

This endorsement, effective 12:01 A M 2-1-87 forms a part of

policy No. GLA 116-93-26 issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

NON-OPERATING WORKING INTERESTS

IN CONSIDERATION OF THE PREMIUM CHARGED, IT IS AGREED THE INSURANCE AFFORDED THIS POLICY AS RESPECTS THE NAMED INSURED'S LEGAL LIABILITY ARISING OUT OF THE NON-OPERATING WORKING INTEREST IN ANY OIL OR GAS LEASE DEVELOPEMENT, PRODUCTION OR OPERATION SHALL BE EXCESS INSURANCE OVER ANY OTHER VALID AND COLLECTIBLE INSURANCE AVAILABLE TO THE NAMED INSURED.

019-117-3-25/A7

Authorized Representative

# ENDORSEMENT #4

This endorsement, effective 12:01 A M 2-1-87 forms a part of

policy No GLA 116-93-26 issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

WAIVER OF SUBROGATION

IT IS UNDERSTOOD AND AGREED THAT THE COMPANY, IN THE EVENT OF ANY PAYMENT UNDER THIS POLICY, WAIVES ITS RIGHT OF RECOVERY AGAINST ANY PRINCIPAL, BUT ONLY AT THE SPECIFIC WRITTEN REQUEST OF THE NAMED INSURED EITHER BEFORE OR AFTER LOSS, WHEREIN SUCH WAIVER HAD BEEN INCLUDED BEFORE LOSS AS PART OF A CONTRACTUAL UNDERTAKING BY THE NAMED INSURED.

THIS WAIVER SHALL APPLY ONLY WITH RESPECT TO LOSSES OCCURRING DUE TO OPERATIONS UNDERTAKEN AS PER THE SPECIFIC CONTACT EXISTING BETWEEN THE NAMED INSURED AND SUCH PRINCIPAL AND SHALL NOT BE CONSTRUED TO BE A WAIVER WITH RESPECT TO OTHER OPERATIONS OF SUCH PRINCIPAL IN WHICH THE NAMED INSURED HAS NO CONTRACTUAL INTEREST.

NO WAIVER OF SUBROGATION SHALL DIRECTLY OR INDIRECTLY APPLY TO ANY EMPLOYEE OR EMPLOYEES OF EITHER THE NAMED INSURED OR OF THE PRINCIPAL, AND THE COMPANY RESERVES ITS RIGHT OR LIEN TO BE REIMBURSED FROM ANY RECOVERY FUNDS OBTAINED BY ANY INJURED EMPLOYEE.

THIS WAIVER DOES NOT APPLY IN ANY JURISDICTION OR SITUATION WHERE SUCH WAIVER IS HELD TO BE ILLEGAL OR AGAINST PUBLIC POLICY OR IN ANY SITUATION WHEREIN THE PRINCIPAL AGAINST WHOM SUBROGATION IS TO BE WAIVED IS FOUND TO BE SOLELY NEGLIGENT.

IT IS FURTHER AGREED THAT THE ABOVE WAIVER OF SUBROGATION APPLIES TO THE FOLLOWING ONLY: WHERE SPE[illegible]RED BY WRITTEN CONTRACT.

019-117-3-25/A6

Authorized Representative

# ENDORSEMENT #5

This endorsement, effective 12:01 A. M. 2-1-87 forms a part of

policy No GLA 116-93-26 issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

## LIMIT OF LIABILITY
## (NON-OPERATING WORKING INTERESTS)

IT IS AGREED THAT SUCH INSURANCE AS IS AFFORDED BY THE POLICY WITH RESPECT TO INTEREST OF THE NAMED INSURED IN PRODUCING, PLUGGED OR ABANDONED OIL, GAS OR DISTILLATE WELLS (INCLUDING EXTRACTION PLANTS) IN WHICH THE NAMED INSURED HAS A NON-OPERATING WORKING INTEREST APPLIES SUBJECT TO THE FOLLOWING ADDITIONAL PROVISIONS:

1. THE COMPANY SHALL NOT BE LIABLE FOR A GREATER PROPORTION OF ANY LOSS THAN THE OWNERSHIP INTEREST OF THE NAMED INSURED IN SUCH PROPERTY BEARS TO THE WHOLE.

2. THIS INSURANCE DOES NOT APPLY TO THE EXTENT THAT ANY OTHER VALID AND COLLECTIBLE INSURANCE WHETHER ON A CONTRIBUTORY, EXCESS OR ESCAPE BASIS OR OTHERWISE AVAILABLE TO THE INSURED.

3. WHEN USED AS A PREMIUM BASIS, "DISBURSEMENTS" MEANS THE TOTAL AMOUNT OF MONEY PAID BY THE INSURED FOR WORK PERFORMED BY OR UNDER THE DIRECTION OF GAS OR DISTILLATE WELL LEASE OPERATORS FOR THE NAMED INSURED.

| CODE | PREMIUM BASIS | SCHEDULE RATES PER $100. | |
|---|---|---|---|
| 1111 | TBD | BI - .212 | PD - .414 |

019-117-3-25/A5

Authorized Representative

**ENDORSEMENT** #6

This endorsement, effective 12:01 A M 2-1-87 forms a part of

policy No. GLA 116-93-26 issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

ADDITIONAL INSURED
(OIL OR GAS OPERATIONS - WORKING INTERESTS, NON-OPERATING

IT IS AGREED THAT THE "PERSONS INSURED" PROVISION IS AMENDED TO INCLUDE AS AN INSURED:

(1) CO-OWNERS, JOINT VENTURERS, OR MINING PARTNERS HAVING A NON-OPERATING WORKING INTEREST WITH THE NAMED INSURED IN ANY OIL OR GAS LEASE, BUT ONLY WITH RESPECT TO HIS LIABILITY ARISING OUT OF SUCH INTEREST:

(2) OWNERS OR CO-OWNERS OF OIL OR GAS LEASES FOR WHICH THE INSURED ACTS UNDER WRITTEN CONTRACT AS OPERATING AGENT.

019-117-3-25/A4

Authorized Representative

ENDORSEMENT #7

This endorsement, effective 12:01 A.M. 2-1-87 forms a part of

policy No. GLA 116-93-26 issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

SALINE SUBSTANCE HAZARD - TEXAS

SUCH INSURANCE AS IS AFFORDED BY THE POLICY FOR PROPERTY DAMAGE LIABILITY AND/OR CONTRACTUAL PROPERTY DAMAGE LIABILITY WITH RESPECT TO THE SALINE SUBSTANCE HAZARD ARISING OUT OF THE OPERATIONS DESCRIBED IN THIS ENDORSEMENT, INCLUDING SUCH OPERATIONS PERFORMED FOR THE NAMED INSURED BY THE INDEPENDENT CONTRACTORS OR THEIR SUBCONTRACTORS WHEN COVERED BY THE POLICY, IS SUBJECT TO THE FOLLOWING PROVISIONS:

THE LIMIT OF LIABILITY STATED HEREIN AS "AGGREGATE" IS THE TOTAL LIMIT OF THE COMPANY'S LIABILITY FOR ALL DAMAGES ARISING OUT OF THE SALINE SUBSTANCE HAZARD WITH RESPECT TO ALL SUCH OPERATIONS PERFORMED BY OR ON BEHALF OF THE NAMED INSURED.

THE LIMIT OF LIABILITY STATED HEREIN APPLIES ONLY TO THE LIABILITY OF THE COMPANY OF DAMAGES ARISING OUT OF THE SALINE SUBSTANCE HAZARD. THE LIMITS OF LIABILITY STATED IN THE POLICY APPLY TO THE LIABILITY OF THE COMPANY FOR DAMAGES AS RESPECTS HAZARDS OTHER THAN THE SALINE SUBSTANCE HAZARD AND DO NOT APPLY AS RESPECTS THE INSURANCE REFERRED TO IN THIS ENDORSEMENT.

THE TERM "SALINE SUBSTANCE HAZARD", AS USED IN THIS ENDORSEMENT, MEANS INJURY TO OR DESTRUCTION OF

(A) WATER, OIL, GAS OR OTHER MINERAL SUBSTANCES, INCLUDING ANY TITLE, INTEREST OR ESTATE THERIN, OR

(B) ANY OTHER PROPERTY OR TITLE, INTEREST OR ESTATE THEREIN, WHICH RESULTS FROM THE INJURY TO OR DESTRUCTION OF SUCH SUBSTANCE

CAUSED DIRECTLY OR INDIRECTLY BY A SALINE SUBSTANCE.

DESCRIPTION OF OPERATIONS

GAS LEASE OPERATORS - NATURAL GAS - ALL OPERATIONS
GASOLINE RECOVERY - FROM CASING HEAD OR NATURAL GAS
OIL OR GAS WELL SHOOTING
OIL OR GAS WELLS - CLEANING OR SWABBING - BY CONTRACTORS
OIL OR GAS WELLS - DRILLING OR REDRILLING, INSTALLATION OF RECOVERY OF CASING
OIL LEASE OPERATORS - ALL OPERATIONS
OIL OR GAS LEASE WORK N.O.C.

AUTHORIZED REPRESENTATIVE

LIMIT OF LIABILITY
$100,000. AGGREGATE

NO. OF WELLS FOR WHICH INSURED IS THE OPERATOR | RATE PER WELL | INCL.

019-117-3-25/A3

# ENDORSEMENT #8

This endorsement, effective 12:01 A. M. 2-1-87 forms a part of

policy No GLA 116-93-26 issued to E-Z SERV S, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

## ASBESTOS EXCLUSION ENDORSEMENT

IT IS HEREBY UNDERSTOOD AND AGREED THAT SUCH INSURANCE AS IS AFFORDED BY NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., POLICY NO. GLA 116 93 26 FOR BODILY INJURY LIABILITY AND PROPERTY DAMAGE LIABILITY IS SUBJECT TO THE FOLLOWING EXCLUSION:

THIS INSURANCE DOES NOT APPLY TO ANY LIABILITY FOR PROPERTY DAMAGE, BODILY INJURY, SICKNESS, DISEASE, OCCUPATIONAL DISEASE, DISABILITY, SHOCK, DEATH, MENTAL ANGUISH AND MENTAL INJURY AT ANY TIME ARISING OUT OF THE MANUFACTURE OF, MINING OF, USE OF, SALES OF, INSTALLATION OF, DISTRIBUTION OF, OR EXPOSURE TO ASBESTOS PRODUCTS, ASBESTOS FIBERS OR ASBESTOS DUST, OR TO ANY OBLIGATION OF THE INSURED TO INDEMNIFY ANY PARTY BECAUSE OF DAMAGES ARISING OUT OF SUCH PROPERTY DAMAGE, BODILY INJURY, SICKNESS, DISEASE, OCCUPATIONAL DISEASE, DISABILITY, SHOCK, DEATH, MENTAL ANGUISH OR MENTAL INJURY AT ANY TIME AS A RESULT OF THE MANUFACTURE OF, MINING OF, USE OF, SALES OF, INSTALLATION OF, DISTRIBUTION OF, OR EXPOSURE TO ASBESTOS PRODUCTS, ASBESTOS FIBERS OR ASBESTOS DUST.

IT IS FURTHER UNDERSTOOD AND AGREED THAT THE NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. NOT BE OBLIGATED TO DEFEND ANY SUIT OR CLAIM AGAINST THE INSURED ALLEGING BODILY INJURY OR PROPERTY DAMAGE AND SEEKING DAMAGES, IF SUCH SUIT OR CLAIM ARISES FROM BODILY INJURY OR PROPERTY DAMAGE RESULTING FROM OR CONTRIBUTED TO, BY ANY AND ALL MANUFACTURE OF, MINING OF, USE OF, SALES OF, INSTALLATION OF, DISTRIBUTION OF, OR EXPOSURE TO ASBESTOS PRODUCTS, ASBESTOS FIBERS OR ASBESTOS DUST.

019-117-3-29A6

Authorized Representative

COVERAGE PART

L 6395a (Ed. 1-73)

## COMPREHENSIVE GENERAL LIABILITY INSURANCE

For attachment to Policy No. GLA 116-93-26, to complete said policy.

ADDITIONAL DECLARATIONS

Location of all premises owned by, rented to or controlled by the named insured (ENTER "SAME" IF SAME LOCATION AS ADDRESS SHOWN IN ITEM 1 OF DECLARATIONS)

Interest of named insured in such premises (CHECK BELOW)

[ ] Owner [ ] General Lessee [ ] Tenant [ ] Other

Part occupied by named insured (ENTER BELOW)

The following discloses all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein.

SCHEDULE

The insurance afforded is only with respect to such of the following Coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such Coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Limits of Liability | | Advance Premiums |
|---|---|---|---|
| | each occurrence | aggregate | |
| A—Bodily Injury Liability | $ SEE END. | $ | $ [redacted] |
| B—Property Damage Liability | $ L6108 | $ | $ [redacted] |
| Form numbers of endorsements attached at issue | | | $ |
| | | Total Advance Premium | $ [redacted] |

General Liability Hazards

| Description of Hazards | Code No. | Premium Bases | Rates B.I. | Rates P.D. | Advance Premiums Bodily Injury | Advance Premiums Property Damage |
|---|---|---|---|---|---|---|
| Premises - Operations<br>SEE SCHEDULE L9300 | | (a) Area (Sq. Ft.)<br>(b) Frontage<br>(c) Remuneration<br>(d) Receipts<br>(e) Units<br>(f) Admissions | (a) Per 100 Sq. Ft. of Area<br>(b) Per Linear Foot<br>(c) Per $100 of Remuneration<br>(d) Per $100 of Receipts<br>(e) Per Unit<br>(f) Per 100 Admissions | | [redacted] | [redacted] |
| Escalators (Number at Premises)<br>NONE AT INCEPTION | | Number Insured | Per Landing | | | |
| Independent Contractors<br>SEE SCHEDULE L9300 | | Cost | Per $100 of Cost | | [redacted] | [redacted] |
| Completed Operations<br>SEE SCHEDULE L9300 | | (a) Receipts | (a) Per $1,000 of Receipts | | [redacted] | [redacted] |
| Products<br>SEE SCHEDULE L9300 | | (b) Sales | (b) Per $1,000 of Sales | | [redacted] | [redacted] |
| | | | Total Advance B.I. and P.D. Premiums | | $ [redacted] | [redacted] |

019-117-3-25-A10

When used as a premium basis:

1. "admissions" means the total number of persons, other than employees of the named insured, admitted to the event insured or to events conducted on the premises whether on paid admission tickets, complimentary tickets or passes;
2. "cost" means the total cost to the named insured with respect to operations performed for the named insured during the policy period by independent contractors of all work let or sub-let in connection with each specific project, including the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the owner, contractor or subcontractor, including all fees, allowances, bonuses or commissions made, paid or due;
3. "receipts" means the gross amount of money charged by the named insured for such operations by the named insured or by others during the policy period as are rated on a receipts basis other than receipts from telecasting, broadcasting or motion pictures, and includes taxes, other than taxes which the named insured collects as a separate item and remits directly to a governmental division;

COVERAGE PART

L 6395a (Ed. 1-73)

# COMPREHENSIVE GENERAL LIABILITY INSURANCE

For attachment to Policy No. GLA 116-93-26, to complete said policy.

## ADDITIONAL DECLARATIONS

Location of all premises owned by, rented to or controlled by the named insured (ENTER "SAME" IF SAME LOCATION AS ADDRESS SHOWN IN ITEM 1 OF DECLARATIONS)

Interest of named insured in such premises (CHECK BELOW)

[ ] Owner [ ] General Lessee [ ] Tenant [ ] Other

Part occupied by named insured (ENTER BELOW)

The following discloses all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein.

## SCHEDULE

The insurance afforded is only with respect to such of the following Coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such Coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Limits of Liability | | Advance Premiums |
|---|---|---|---|
| | each occurrence | aggregate | |
| A—Bodily Injury Liability | $ SEE END. | $ | $ [redacted] |
| B—Property Damage Liability | $ L6108 | $ | $ [redacted] |
| Form numbers of endorsements attached at issue | | | $ |
| | | Total Advance Premium | $ [redacted] |

### General Liability Hazards

| Description of Hazards | Code No. | Premium Bases | Rates B.I. | Rates P.D. | Advance Premiums Bodily Injury | Advance Premiums Property Damage |
|---|---|---|---|---|---|---|
| Premises - Operations<br>SEE SCHEDULE L9300 | | (a) Area (Sq. Ft.)<br>(b) Frontage<br>(c) Remuneration<br>(d) Receipts<br>(e) Units<br>(f) Admissions | (a) Per 100 Sq. Ft. of Area<br>(b) Per Linear Foot<br>(c) Per $100 of Remuneration<br>(d) Per $100 of Receipts<br>(e) Per Unit<br>(f) Per 100 Admissions | | [redacted] | [redacted] |
| Escalators (Number at Premises)<br>NONE AT INCEPTION | | Number Insured | Per Landing | | | |
| Independent Contractors<br>SEE SCHEDULE L9300 | | Cost | Per $100 of Cost | | [redacted] | [redacted] |
| Completed Operations<br>SEE SCHEDULE L9300 | | (a) Receipts | (a) Per $1,000 of Receipts | | [redacted] | [redacted] |
| Products<br>SEE SCHEDULE L9300 | | (b) Sales | (b) Per $1,000 of Sales | | [redacted] | [redacted] |
| 019-117-3-25-A10 | | | Total Advance B.I. and P.D. Premiums | | [redacted] | [redacted] |

When used as a premium basis:

1. "admissions" means the total number of persons, other than employees of the named insured, admitted to the event insured or to events conducted on the premises whether on paid admission tickets, complimentary tickets or passes;
2. "cost" means the total cost to the named insured with respect to operations performed for the named insured during the policy period by independent contractors of all work let or sub-let in connection with each specific project, including the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the owner, contractor or subcontractor, including all fees, allowances, bonuses or commissions made, paid or due;
3. "receipts" means the gross amount of money charged by the named insured for such operations by the named insured or by others during the policy period as are rated on a receipts basis other than receipts from telecasting, broadcasting or motion pictures, and includes taxes, other than taxes which the named insured collects as a separate item and remits directly to a governmental division;
4. "remuneration" means the entire remuneration earned during the policy period by proprietors and by all employees of the named insured, other than chauffeurs (except operators of mobile equipment) and aircraft pilots and co-pilots, subject to any overtime earnings or limitation of remuneration rule applicable in accordance with the manuals in use by the company;
5. "sales" means the gross amount of money charged by the named insured or by others trading under his name for all goods and products sold or distributed during the policy period and charged during the policy period for installation, servicing or repair, and includes taxes, other than taxes which the named insured and such others collect as a separate item and remit directly to a governmental division.

(over)

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

LIABILITY

GL 04 04 (Ed. 05 81)

L 6111 (Ed 5-81)

# BROAD FORM COMPREHENSIVE GENERAL LIABILITY ENDORSEMENT

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
COMPREHENSIVE GENERAL LIABILITY INSURANCE

This endorsement, effective 2-1-87 (12:01 A. M., standard time), forms a part of policy No. GLA 116 93 26

issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

Authorized Representative

## SCHEDULE

**Personal Injury and Advertising Injury Liability**

Aggregate Limit shall be the per occurrence bodily injury liability limit unless otherwise indicated herein.

Limit of Liability $__________ Aggregate

**Limit of Liability—Premises Medical Payments Coverage:**

$1,000 each person unless otherwise indicated herein $__________ each person.

**Limit of Liability—Fire Legal Liability Coverage:**

$50,000 per occurrence unless otherwise indicated herein: $ 100,000 per occurrence.

| Advance Premium | Premium Basis |
|---|---|
| $ INCL | ■ % OF THE TOTAL COMPREHENSIVE GENERAL LIABILITY BODILY INJURY AND PROPERTY DAMAGE PREMIUM AS OTHERWISE DETERMINED |
| $ INCL | MINIMUM PREMIUM |

**I. CONTRACTUAL LIABILITY COVERAGE**

(A) The definition of incidental contract is extended to include any oral or written contract or agreement relating to the conduct of the named insured's business.

(B) The insurance afforded with respect to liability assumed under an incidental contract is subject to the following additional exclusions:

(1) to bodily injury or property damage for which the insured has assumed liability under any incidental contract, if such injury or damage occurred prior to the execution of the incidental contract;

(2) if the insured is an architect, engineer or surveyor, to bodily injury or property damage arising out of the rendering of or the failure to render professional services by such insured, including

(a) the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs or specifications, and

(b) supervisory, inspection or engineering services;

(3) if the indemnitee of the insured is an architect, engineer or surveyor, to the liability of the indemnitee, his agents or employees, arising out of

(a) the preparation or approval of or the failure to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications, or

(b) the giving of or the failure to give directions or instructions by the indemnitee, his agents or employees, provided such giving or failure to give is the primary cause of the bodily injury or property damage;

(4) to any obligation for which the insured may be held liable in an action on a contract by a third party beneficiary for bodily injury or property damage arising out of a project for a public authority; but this exclusion does not apply to an action by the public authority or any other person or organization engaged in the project;

(5) to bodily injury or property damage arising out of construction or demolition operations, within 50 feet of any railroad property, and affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing; but this exclusion does not apply to sidetrack agreements.

(C) The following exclusions applicable to Coverages A (Bodily Injury) and B (Property Damage) do not apply to this Contractual Liability Coverage: (b), (c) (2), (d) and (e).

(D) The following additional condition applies:

Arbitration

The company shall be entitled to exercise all of the insured's rights in the choice of arbitrators and in the conduct of any arbitration proceeding.

**II. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY COVERAGE**

(A) The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of personal injury or advertising injury to which this insurance applies, sustained by any person or organization and arising out of the conduct of the named insured's business, within the policy territory, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such injury, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

(B) This insurance does not apply:

(1) to liability assumed by the insured under any contract or agreement;

(2) to personal injury or advertising injury arising out of the willful violation of a penal statute or ordinance committed by or with the knowledge or consent of the insured;

(3) to personal injury or advertising injury arising out of a publication or utterance of a libel or slander, or a publication or utterance in violation of an individual's right of privacy, if the first injurious publication or utterance of the same or similar material by or on behalf of the named insured was made prior to the effective date of this insurance;

(4) to personal injury or advertising injury arising out of libel or slander or the publication or utterance of defamatory or disparaging material concerning any person or organization or goods, products or services, or in violation of an individual's right of privacy, made by or at the direction of the insured with knowledge of the falsity thereof;

(5) to personal injury or advertising injury arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in the declarations of the policy as a named insured;

(6) to advertising injury arising out of

(a) failure of performance of contract, but this exclusion does not apply to the unauthorized appropriation of ideas based upon alleged breach of implied contract, or

(b) infringement of trademark, service mark or trade name, other than titles or slogans, by use thereof on or in connection with goods, products or services sold, offered for sale or advertised, or

(c) incorrect description or mistake in advertised price of goods, products or services sold, offered for sale or advertised;

(7) with respect to advertising injury

(a) to any insured in the business of advertising, broadcasting, publishing or telecasting, or

(b) to any injury arising out of any act committed by the insured with actual malice.

(C) Limits of Liability

Regardless of the number of (1) insureds hereunder, (2) persons or organizations who sustain injury or damage, or (3) claims made or suits brought on account of personal injury or advertising injury, the total limit of the company's liability under this coverage for all damages shall not exceed the limit of liability stated in this endorsement as "aggregate".

(D) Additional Definitions

"Advertising Injury" means injury arising out of an offense committed during the policy period occurring in the course of the named insured's advertising activities, if such injury arises out of libel, slander, defamation, violation of right of privacy, piracy, unfair competition, or infringement of copyright, title or slogan.

"Personal Injury" means injury arising out of one or more of the following offenses committed during the policy period:

1. false arrest, detention, imprisonment, or malicious prosecution;
2. wrongful entry or eviction or other invasion of the right of private occupancy;
3. a publication or utterance
   (a) of a libel or slander or other defamatory or disparaging material, or
   (b) in violation of an individual's right of privacy,

except publications or utterances in the course of or related to advertising, broadcasting, publishing or telecasting activities conducted by or on behalf of the named insured shall not be deemed personal injury.

**III. PREMISES MEDICAL PAYMENTS COVERAGE**

The company will pay to or for each person who sustains bodily injury caused by accident all reasonable medical expense incurred within one year from the date of the accident on account of such bodily injury, provided such bodily injury arises out of (a) a condition in the insured premises or (b) operations with respect to which the named insured is afforded coverage for bodily injury liability under the policy.

This insurance does not apply:

(A) to bodily injury

(1) arising out of the ownership, maintenance, operation, use, loading or unloading of

(a) any automobile or aircraft owned or operated by or rented or loaned to any insured, or

(b) any other automobile or aircraft operated by any person in the course of his employment by any insured;

but this exclusion does not apply to the parking of an automobile on the insured premises, if such automobile is not owned by or rented or loaned to any insured;

(2) arising out of

(a) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity, or

(b) the operation or use of any snowmobile or trailer designed for use therewith;

(i) owned or operated by or rented or loaned to any insured, or
(ii) operated by any person in the course of his employment by any insured;

(3) arising out of the ownership, maintenance, operation, use, loading or unloading of

(a) any watercraft owned or operated by or rented or loaned to any insured, or

(b) any other watercraft operated by any person in the course of his employment by any insured;

but this exclusion does not apply to watercraft while ashore on the insured premises;

(over)



**I. COVERAGE A—BODILY INJURY LIABILITY**
**COVERAGE B—PROPERTY DAMAGE LIABILITY**

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of

A. bodily injury or

B. property damage

to which this insurance applies, caused by an occurrence, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This insurance does not apply:

(a) to liability assumed by the insured under any contract or agreement except an incidental contract; but this exclusion does not apply to a warranty of fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

(b) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of
(1) any automobile or aircraft owned or operated by or rented or loaned to any insured, or
(2) any other automobile or aircraft operated by any person in the course of his employment by any insured;
but this exclusion does not apply to the parking of an automobile on premises owned by, rented to or controlled by the named insured or the ways immediately adjoining, if such automobile is not owned by or rented or loaned to any insured;

(c) to bodily injury or property damage arising out of (1) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity or (2) the operation or use of any snowmobile or trailer designed for use therewith;

(d) to bodily injury or property damage arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any insured;

(e) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of
(1) any watercraft owned or operated by or rented or loaned to any insured, or
(2) any other watercraft operated by any person in the course of his employment by any insured;
but this exclusion does not apply to watercraft while ashore on premises owned by, rented to or controlled by the named insured;

(f) to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental;

(g) to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to
(1) liability assumed by the insured under an incidental contract, or
(2) expenses for first aid under the Supplementary Payments provision;

(h) to bodily injury or property damage for which the insured or his indemnitee may be held liable
(1) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or
(2) if not so engaged, as an owner or lessor of premises used for such purposes,
if such liability is imposed
(i) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or
(ii) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person;
but part (ii) of this exclusion does not apply with respect to liability of the insured or his indemnitee as an owner or lessor described in (2) above;

(i) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(j) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured or to any obligation of the insured to indemnify another because of damages arising out of such injury; but this exclusion does not apply to liability assumed by the insured under an incidental contract;

(k) to property damage to
(1) property owned or occupied by or rented to the insured,
(2) property used by the insured, or
(3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;
but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to property damage (other than to elevators) arising out of the use of an elevator at premises owned by, rented to or controlled by the named insured;

(l) to property damage to premises alienated by the named insured arising out of such premises or any part thereof;

(m) to loss of use of tangible property which has not been physically injured or destroyed resulting from
(1) a delay in or lack of performance by or on behalf of the named insured of any contract or agreement, or
(2) the failure of the named insured's products or work performed by or on behalf of the named insured to meet the level of performance, quality, fitness or durability warranted or represented by the named insured;
but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the named insured's products or work performed by or on behalf of the named insured after such products or work have been put to use by any person or organization other than an insured;

(n) to property damage to the named insured's products arising out of such products or any part of such products;

(o) to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(p) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

(q) to property damage included within:
(1) the explosion hazard in connection with operations identified in this policy by a classification code number which includes the symbol "x",
(2) the collapse hazard in connection with operations identified in this policy by a classification code number which includes the symbol "c",
(3) the underground property damage hazard in connection with operations identified in this policy by a classification code number which includes the symbol "u".

**II. PERSONS INSURED**

Each of the following is an insured under this insurance to the extent set forth below:

(a) if the named insured is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor, and the spouse of the named insured with respect to the conduct of such a business;

(b) if the named insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;

(d) any person (other than an employee of the named insured) or organization while acting as real estate manager for the named insured; and

(e) with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment registered under any motor vehicle registration law,
(i) an employee of the named insured while operating any such equipment in the course of his employment, and
(ii) any other person while operating with the permission of the named insured any such equipment registered in the name of the named insured and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;
provided that no person or organization shall be an insured under this paragraph (e) with respect to:
(1) bodily injury to any fellow employee of such person injured in the course of his employment, or
(2) property damage to property owned by, rented to, in charge of or occupied by the named insured or the employer of any person described in subparagraph (ii).

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

**III. LIMITS OF LIABILITY**

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability is limited as follows:

Coverage A—The total liability of the company for all damages, including damages for care and loss of services, because of bodily injury sustained by one or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the schedule as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of (1) all bodily injury included within the completed operations hazard and (2) all bodily injury included within the products hazard shall not exceed the limit of bodily injury liability stated in the schedule as "aggregate".

Coverage B—The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the schedule as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all property damage to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of property damage liability stated in the schedule as "aggregate":
(1) all property damage arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (2) below;
(2) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including any such property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repair at premises owned by or rented to the named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;
(3) all property damage included within the products hazard and all property damage included within the completed operations hazard.

Such aggregate limit shall apply separately to the property damage described in subparagraphs (1), (2) and (3) above, and under subparagraphs (1) and (2), separately with respect to each project away from premises owned by or rented to the named insured.

Coverages A and B—For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

**IV. POLICY TERRITORY**

This insurance applies only to bodily injury or property damage which occurs within the policy territory.

AUTHENTIC



(4) arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to the named insured;

(B) to bodily injury

(1) included within the completed operations hazard or the products hazard;

(2) arising out of operations performed for the named insured by independent contractors other than
(a) maintenance and repair of the insured premises, or
(b) structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) resulting from the selling, serving or giving of any alcoholic beverage
(a) in violation of any statute, ordinance or regulation,
(b) to a minor,
(c) to a person under the influence of alcohol, or
(d) which causes or contributes to the intoxication of any person,
if the named insured is a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or if not so engaged, is an owner or lessor of premises used for such purposes, but only part (a) of this exclusion (B) (3) applies when the named insured is such an owner or lessor;

(4) due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing

(C) to bodily injury

(1) to the named insured, any partner thereof, any tenant or other person regularly residing on the insured premises or any employee of any of the foregoing if the bodily injury arises out of and in the course of his employment therewith;

(2) to any other tenant if the bodily injury occurs on that part of the insured premises rented from the named insured or to any employee of such a tenant if the bodily injury occurs on the tenant's part of the insured premises and arises out of and in the course of his employment for the tenant;

(3) to any person while engaged in maintenance and repair of the insured premises or alteration, demolition or new construction at such premises;

(4) to any person if any benefits for such bodily injury are payable or required to be provided under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(5) to any person practicing, instructing or participating in any physical training, sport, athletic activity or contest whether on a formal or informal basis;

(6) if the named insured is a club, to any member of the named insured;

(7) if the named insured is a hotel, motel, or tourist court, to any guest of the named insured;

(D) to any medical expense for services by the named insured, any employee thereof or any person or organization under contract to the named insured to provide such services

LIMITS OF LIABILITY

The limit of liability for Premises Medical Payments Coverage is $1,000 each person unless otherwise stated in the schedule of this endorsement. The limit of liability applicable to "each person" is the limit of the company's liability for all medical expense for bodily injury to any one person as the result of any one accident; but subject to the above provision respecting "each person", the total liability of the company under Premises Medical Payments Coverage for all medical expense for bodily injury to two or more persons as the result of any one accident shall not exceed the limit of bodily injury liability stated in the policy as applicable to "each occurrence".

When more than one medical payments coverage afforded by the policy applies to the loss, the company shall not be liable for more than the amount of the highest applicable limit of liability.

ADDITIONAL DEFINITIONS

When used herein:

"insured premises" means all premises owned by or rented to the named insured with respect to which the named insured is afforded coverage for bodily injury liability under this policy, and includes the ways immediately adjoining on land;

"medical expense" means expenses for necessary medical, surgical, x-ray and dental services, including prosthetic devices, and necessary ambulance, hospital, professional nursing and funeral services.

ADDITIONAL CONDITION

Medical Reports; Proof and Payment of Claim

As soon as practicable the injured person or someone on his behalf shall give to the company written proof of claim, under oath if required, and shall, after each request from the company, execute authorization to enable the company to obtain medical reports and copies of records. The injured person shall submit to physical examination by physicians selected by the company when and as often as the company may reasonably require. The company may pay the injured person or any person or organization rendering the services and the payment shall reduce the amount payable hereunder for such injury. Payment hereunder shall not constitute an admission of liability of any person or, except hereunder, of the company.

IV. HOST LIQUOR LAW LIABILITY COVERAGE

Exclusion (h) does not apply with respect to liability of the insured or his indemnitee arising out of the giving or serving of alcoholic beverages at functions incidental to the named insured's business, provided the named insured is not engaged in the business of manufacturing, distributing, selling or serving of alcoholic beverages.

V. FIRE LEGAL LIABILITY COVERAGE—REAL PROPERTY

With respect to property damage to structures or portions thereof rented to or leased to the named insured, including fixtures permanently attached thereto, if such property damage arises out of fire

(A) All of the exclusions of the policy, other than the Nuclear Energy Liability Exclusion (Broad Form), are deleted and replaced by the following:

This insurance does not apply to liability assumed by the insured under any contract or agreement.

(B) The limit of property damage liability as respects this Fire Legal Liability Coverage—Real Property is $50,000 each occurrence unless otherwise stated in the Schedule of this endorsement.

(C) The Fire Legal Liability Coverage—Real Property shall be excess insurance over any valid and collectible property insurance (including any deductible portion thereof), available to the insured, such as, but not limited to, Fire, Extended Coverage, Builder's Risk Coverage or Installation Risk Coverage, and the Other Insurance Condition of the policy is amended accordingly.

VI. BROAD FORM PROPERTY DAMAGE LIABILITY COVERAGE (Including Completed Operations)

The insurance for property damage liability applies, subject to the following additional provisions:

(A) Exclusions (k) and (o) are replaced by the following:

(1) to property owned or occupied by or rented to the insured, or, except with respect to the use of elevators, to property held by the insured for sale or entrusted to the insured for storage or safekeeping;

(2) except with respect to liability under a written sidetrack agreement or the use of elevators
(a) to property while on premises owned by or rented to the insured for the purpose of having operations performed on such property by or on behalf of the insured,
(b) to tools or equipment while being used by the insured in performing his operations,
(c) to property in the custody of the insured which is to be installed, erected or used in construction by the insured,
(d) to that particular part of any property, not on premises owned by or rented to the insured,
(i) upon which operations are being performed by or on behalf of the insured at the time of the property damage arising out of such operations, or
(ii) out of which any property damage arises, or
(iii) the restoration, repair or replacement of which has been made or is necessary by reason of faulty workmanship thereon by or on behalf of the insured;

(3) with respect to the completed operations hazard and with respect to any classification stated in the policy or in the company's manual as "including completed operations", to property damage to work performed by the named insured arising out of such work or any portion thereof, or out of such materials, parts or equipment furnished in connection therewith.

(B.) The Broad Form Property Damage Liability Coverage shall be excess insurance over any valid and collectible property insurance (including any deductible portion thereof) available to the insured, such as, but not limited to, Fire, Extended Coverage, Builder's Risk Coverage or Installation Risk Coverage, and the Other Insurance Condition of the policy is amended accordingly.

VII. INCIDENTAL MEDICAL MALPRACTICE LIABILITY COVERAGE

The definition of bodily injury is amended to include Incidental Medical Malpractice Injury.

Incidental Medical Malpractice Injury means injury arising out of the rendering of or failure to render, during the policy period, the following services:

(A) medical, surgical, dental, x-ray or nursing service or treatment or the furnishing of food or beverages in connection therewith; or

(B) the furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances.

This coverage does not apply to:

(1) expenses incurred by the insured for first-aid to others at the time of an accident and the "Supplementary Payments" provision and the "Insured's Duties in the Event of Occurrence, Claim or Suit" Condition are amended accordingly;

(2) any insured engaged in the business or occupation of providing any of the services described under VII (A) and (B) above;

(3) injury caused by any indemnitee if such indemnitee is engaged in the business or occupation of providing any of the services described under VII (A) and (B) above.

VIII. NON-OWNED WATERCRAFT LIABILITY COVERAGE (under 26 feet in length)

Exclusion (e) does not apply to any watercraft under 26 feet in length provided such watercraft is neither owned by the named insured nor being used to carry persons or property for a charge.

Where the insured is, irrespective of this coverage, covered or protected against any loss or claim which would otherwise have been paid by the company under this endorsement, there shall be no contribution or participation by this company on the basis of excess, contributing, deficiency, concurrent, or double insurance or otherwise.

IX. LIMITED WORLDWIDE LIABILITY COVERAGE

The definition of policy territory is amended to include the following:

4. Anywhere in the world with respect to bodily injury, property damage, personal injury or advertising injury arising out of the activities of any insured permanently domiciled in the United States of America though temporarily outside the United States of America, its territories and possessions or Canada, provided the original suit for damages because of any such injury or damage is brought within the United States of America, its territories or possessions or Canada.

Such insurance as is afforded by paragraph 4. above shall not apply:
(a) to bodily injury or property damage included within the completed operations hazard or the products hazard;
(b) to Premises Medical Payments Coverage.

X. ADDITIONAL PERSONS INSURED

As respects bodily injury, property damage and personal injury and advertising injury coverages, under the provision "Persons Insured", the following are added as insureds:

(A) Spouse—Partnership—If the named insured is a partnership, the spouse of a partner but only with respect to the conduct of the business of the named insured;

(B) Employee—Any employee (other than executive officers) of the named insured while acting within the scope of his duties as such, but the insurance afforded to such employee does not apply:
(1) to bodily injury or personal injury to another employee of the named insured arising out of or in the course of his employment;
(2) to personal injury or advertising injury to the named insured or, if the named insured is a partnership or joint venture, any partner or member thereof, or the spouse of any of the foregoing;
(3) to property damage to property owned, occupied or used by, rented to, in the care, custody or control of or over which physical control is being exercised for any purpose by another employee of the named insured, or by the named insured or, if the named insured is a partnership or joint venture, by any partner or member thereof or by the spouse of any of the foregoing.

XI. EXTENDED BODILY INJURY COVERAGE

The definition of occurrence includes any intentional act by or at the direction of the insured which results in bodily injury, if such injury arises solely from the use of reasonable force for the purpose of protecting persons or property.

XII. AUTOMATIC COVERAGE—NEWLY ACQUIRED ORGANIZATIONS (90 DAYS)

The word insured shall include as named insured any organization which is acquired or formed by the named insured and over which the named insured maintains ownership or majority interest, other than a joint venture, provided this insurance does not apply to bodily injury, property damage, personal injury or advertising injury with respect to which such new organization under this policy is also an insured under any other similar liability or indemnity policy or would be an insured under any such policy but for exhaustion of its limits of liability. The insurance afforded hereby shall terminate 90 days from the date any such organization is acquired or formed by the named insured.

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

LIABILITY

L 6113a
(Ed. 7-81)

GL 03 00 (Ed. 07 81)

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
COMPREHENSIVE GENERAL LIABILITY INSURANCE
COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE
SMP LIABILITY INSURANCE

This endorsement, effective 2-1-87 (12:01 A.M., standard time), forms a part of Policy No. GLA 116 93 26

issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

Authorized Representative

SCHEDULE

| Coverage | Amount and Basis of Deductible |
|---|---|
| Bodily Injury Liability | $ per claim |
| | $ per occurrence |
| Property Damage Liability | $ 500. per claim |
| | $ per occurrence |

APPLICATION OF ENDORSEMENT (Enter here any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to all loss however caused):—

THE DEDUCTIBLE APPLIES ONLY TO PRODUCTS/COMPLETED OPERATIONS CLAIMS ONLY FOR ADDITIONAL INSUREDS OR VENDORS LIMITED FORM.

It is agreed that:

1. The company's obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on behalf of the insured, applies only to the amount of damages in excess of any deductible amounts stated in the schedule above as applicable to such coverages, and the limit of liability shown in this policy as being applicable to "each occurrence" for such coverages shall be reduced by the amount of such deductible. The limit of liability shown in this policy as "aggregate", if any, for such coverages shall not be reduced by the application of such deductible amount.

2. The deductible amounts stated in the schedule apply as follows:

   (a) PER CLAIM BASIS—if the deductible is on a "per claim" basis, the deductible amount applies under the Bodily Injury Liability or Property Damage Liability Coverage, respectively, to all damages because of bodily injury sustained by one person, or to all property damage sustained by one person or organization, as the result of any one occurrence.

   (b) PER OCCURRENCE BASIS—if the deductible is on a "per occurrence" basis, the deductible amount applies under the Bodily Injury Liability or Property Damage Liability Coverage, respectively, to all damages because of all bodily injury or property damage as the result of any one occurrence, regardless of the number of persons or organizations who sustain damages because of that occurrence.

3. The terms of the policy, including those with respect to (a) the company's rights and duties with respect to the defense of suits and (b) the insured's duties in the event of an occurrence apply irrespective of the application of the deductible amount.

4. The company may pay any part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, the named insured shall promptly reimburse the company for such part of the deductible amount as has been paid by the company.



(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

LIABILITY

GL 20 16 (Ed. 07 66)
G 114-

L 9115a
(Ed. 7-66)

## ADDITIONAL INSURED
(Vendors—Limited Form)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE

COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE

This endorsement, effective 2-1-87 (12:01 A. M., standard time), forms a part of policy No. GLA 116 93 26

issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

Authorized Representative

* SCHEDULE

| Name of Vendor(s) | Description of Product(s) |
|---|---|
| U'TOTE'M DIVISION OF FAIRMONT FOODS CO.** | GASOLINE |
| GIBSON PRODUCTS CO. INC. OF DENTON | " |
| " " " " " GAINSVILLE | " |

It is agreed that the "Persons Insured" provision is amended to include any person or organization designated above (herein referred to as "vendor"), as an insured, but only with respect to the distribution or sale in the regular course of the vendor's business of the named insured's products designated above subject to the following additional provisions:

1. The insurance with respect to the vendor does not apply to:
   (a) any express warranty, or any distribution or sale for a purpose, unauthorized by the named insured;
   (b) bodily injury or property damage arising out of
      (i) any act of the vendor which changes the condition of the products,
      (ii) any failure to maintain the product in merchantable condition,
      (iii) any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products, or
      (iv) products which after distribution or sale by the named insured have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor;
   (c) bodily injury or property damage occurring within the vendor's premises.
2. The insurance does not apply to any person or organization, as insured, from whom the named insured has acquired such products or any ingredient, part or container, entering into, accompanying or containing such products.

** P. O. BOX 22796, HOUSTON

* $500 PER CLAIM PROPERTY DAMAGE DEDUCTIBLE APPLIES TO PRODUCTS/COMPLETED OPERATIONS.

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

LIABILITY

L 6950d
(Ed. 10-69)

# PREMIUM DISCOUNT ENDORSEMENT — TEXAS
(General Liability Insurance)

This endorsement, effective 2-1-87 (12:01 A. M., standard time), forms a part of policy No. GLA 116 93 26

issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

Authorized Representative

It is agreed that the premium pertaining to Texas for General Liability and Medical Payments insurance is subject to discount in accordance with the following procedure:

1. **Texas General Liability Standard Premium.** Such premium pertaining to Texas computed in accordance with the provisions of the policies designated in paragraph 5 hereof, other than this endorsement and exclusive of the application of any retrospective rating plan, shall be known as the Texas General Liability Standard Premium.

2. **Total Standard Premium for All States.** The General Liability and Medical Payments Premium computed in accordance with the provisions of the policies designated in paragraph 5 hereof, other than this endorsement and exclusive of the application of any retrospective rating plan, any Automatic Premium Adjustment Endorsement, any Premium Return Plan Endorsement, or other Premium Discount Endorsement, shall be known as the Total Standard Premium.

3. **Premium Discount—Texas.**

(a) **For policy periods of one year or less**—The Texas General Liability Standard Premium shall be subject to the applicable discount percentages for the Total Standard Premium obtained from the Table of "Texas Premium Discounts (General Liability)".

(b) **For policy periods of more than one year**—The Texas General Liability Standard Premium for each annual period or portion thereof during the policy period shall be subject to the applicable discount percentages as stated in said Table of "Texas Premium Discounts (General Liability)", opposite the Total Standard Premium for the policies for each such period or portion thereof during the policy period.

(c) If retrospective rating is applicable to a part of the premium pertaining to Texas, the amount of premium discount applicable to the Texas General Liability Standard Premium, exclusive of any premium subject to any Retrospective Rating Plan, shall be the difference between (1) the discount determined by applying to the Texas General Liability Standard Premium the applicable percentages stated in said Table opposite the Total Standard Premium, and (2) the discount determined by applying to that portion of the Texas General Liability Standard Premium which is subject to retrospective rating the applicable percentage stated in said Table opposite so much of the Total Standard Premium as is subject to retrospective rating.

4. **Table of Texas Premium Discount Percentages** (see reverse)

5.

| Policy Numbers | Estimated Standard Premium |
|---|---|
| GLA 116 93 26 | [redacted] |
| | 109,926 Total |

Applicable premium discount percentage based on total estimated advance standard premium: 22.2 %



(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

LIABILITY

GL 99 17 (Ed. 03 81)

L 6108 (Ed. 3-81)

**AMENDMENT — LIMITS OF LIABILITY**
(Single Limit)
(Individual Coverage Aggregate Limit)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
COMPREHENSIVE GENERAL LIABILITY INSURANCE
COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE

This endorsement, effective 2-1-97 (12:01 A.M., standard time), forms a part of policy No. GLA 116 93 26

issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

Authorized Representative

SCHEDULE

| Coverages | Limits of Liability |
|---|---|
| Bodily Injury Liability and Property Damage Liability | $ 1,000 ,000 each occurrence<br>$ 1,000 ,000 aggregate |

It is agreed that the provisions of the policy captioned "LIMITS OF LIABILITY" relating to Bodily Injury Liability and Property Damage Liability are amended to read as follows:

**LIMITS OF LIABILITY**

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability is limited as follows:

Bodily Injury Liability and Property Damage Liability:

(a) The limit of liability stated in the Schedule of this endorsement as applicable to "each occurrence" is the total limit of the company's liability for all damages including damages for care and loss of services because of bodily injury and property damage sustained by one or more persons or organizations as a result of any one occurrence, provided that with respect to any occurrence for which notice of this policy is given in lieu of security or when this policy is certified as proof of financial responsibility under the provisions of the Motor Vehicle Financial Responsibility Law of any state or province such limit of liability shall be applied to provide the separate limits required by such law for Bodily Injury Liability and Property Damage Liability to the extent of the coverage required by such law, but the separate application of such limit shall not increase the total limit of the company's liability.

(b) Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all bodily injury and property damage which occurs during each annual period while this policy is in force commencing from its effective date and which is described in any of the numbered subparagraphs below shall not exceed the limit of liability stated in the Schedule of this endorsement as "aggregate":

(1) all property damage arising out of premises or operations rated on a remuneration basis or Contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (2) below;

(2) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including any such property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repairs at premises owned by or rented to the named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) if Products — Completed Operations insurance is afforded, all bodily injury and property damage included within the completed operations hazard and all bodily injury and property damage included within the products hazard;

(4) if Contractual Liability Insurance is afforded, all property damage for which liability is assumed under any contract to which the Contractual Liability Insurance applies.

Such aggregate limit shall apply separately:

(i) to the property damage described in subparagraphs (1) and (2) and separately with respect to each project away from premises owned by or rented to the named insured;

(ii) to the sum of the damages for all bodily injury and property damage described in subparagraph (3); and

(iii) to the property damage described in subparagraph (4) and separately with respect to each project away from premises owned by or rented to the named insured.

(c) For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general condition shall be considered as arising out of one occurrence.

# TX-08-20. GARAGEKEEPERS' INSURANCE—DIRECT COVERAGE OPTIONS

This endorsement forms a part of Policy No. GLA 116 93 26 issued to E-Z SERVE, INC.

by the NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. at its Agency
(Name of Insurance Company)

located (city and state) ................ and is effective from 2-1-87
(12:01 A.M. Standard Time)

(The information above is required only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement forms a part of the policy to which attached, effective from its date of issue unless otherwise stated herein.

> This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
>
> **GARAGE INSURANCE**

It is agreed that the Garagekeepers' Insurance is amended to pay without regard to the named insured's legal liability for loss and is further amended by the option indicated below by "X".

☐ The Garagekeepers' Insurance is excess over any other valid and collectible insurance regardless of whether such other insurance covers the interest of the named insured, the owner of the automobile or any other person or organization.

☐X The Garagekeepers' Insurance will apply as the primary source of recovery.

By ............................................
(Duly Authorized Representative)

**FORM TX-08-20.—GARAGEKEEPERS' INSURANCE—DIRECT COVERAGE OPTIONS**
**Texas Standard Automobile Endorsement**
**Prescribed June 1, 1980**

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

LIABILITY

L 6126
(Ed. 5-73)

ISO G525

**AMENDATORY ENDORSEMENT — NOTICE**
**(Texas)**

This endorsement, effective 2-1-87 (12:01 A. M., standard time), forms a part of policy No. GLA 116 93 26

issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

Authorized Representative

As respects bodily injury liability coverage and property damage liability coverage, unless the company is prejudiced by the insured's failure to comply with the requirement, any provision of this policy requiring the insured to give notice of action, occurrence or loss, or requiring the insured to forward demands, notices, summons or other legal process, shall not bar liability under this policy.

EZSERVE000105

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

LIABILITY

GL 00 32 (Ed. 04 84)

L 6178
(Ed. 4-84)

# AMENDATORY ENDORSEMENT

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE
STOREKEEPER'S INSURANCE
SMP LIABILITY INSURANCE

This endorsement, effective 2-1-87 (12:01 A. M. standard time), forms a part of policy No. GLA 116 93 26

issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

Authorized Representative

It is agreed that the exclusion relating to **bodily injury** to any employee of the **insured** is deleted and replaced by the following:

This insurance does not apply:

(i) to **bodily injury** to any employee of the **insured** arising out of and in the course of his employment by the **insured** for which the **insured** may be held liable as an employer or in any other capacity;

(ii) to any obligation of the **insured** to indemnify or contribute with another because of damages arising out of the **bodily injury**; or

(iii) to **bodily injury** sustained by the spouse, child, parent, brother, or sister of an employee of the **insured** as a consequence of **bodily injury** to such employee arising out of and in the course of his employment by the **insured**;

This exclusion applies to all claims and suits by any person or organization for damages because of such **bodily injury** including damages for care and loss of services.

This exclusion does not apply to liability assumed by the **insured** under an **incidental contract**.

Copyright, Insurance Services Office, Inc., 1983



(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

GL 04 14 (Ed. 01 73)
G 214-1
ISO G214

LIABILITY

L 9460
(Ed. 1-73)

# UNDERGROUND RESOURCES AND EQUIPMENT COVERAGE
(Texas)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE
COMPREHENSIVE GENERAL LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE

This endorsement, effective 7-1-77 (12:01 A. M., standard time), forms a part of policy No. GLA 116 93 76

issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

Authorized Representative

Limit of Liability: $ 100,000 Aggregate

It is agreed that the following additional provisions apply with respect to property damage included within the underground resources and equipment hazard arising out of the operations performed by or on behalf of the named insured and described in this endorsement:

**Limits of Liability**

With respect to property damage included within the underground resources and equipment hazard the limits of liability provisions stated elsewhere in the policy are replaced by the following:

The total liability of the company for all damages because of all property damage included within the underground resources and equipment hazard and arising out of operations in connection with any one well shall not exceed the limit of liability stated above as "aggregate".

**Exclusions**

This insurance does not apply:

(a) to any cost or expense incurred by or at the request of the named insured or any co-owner of the working interest in connection with controlling or bringing under control any oil, gas or water well;

(b) to damages claimed by any co-owner of the working interest;

(c) to property damage included within the saline substances contamination hazard.

**Definitions**

"underground resources and equipment hazard" includes property damage to any of the following:

(a) oil, gas, water or other mineral substances which have not been reduced to physical possession above the surface of the earth or above the surface of any body of water;

(b) any well, hole, formation, strata or area in or through which exploration for or production of any substance is carried on;

(c) any casing, pipe, bit, tool, pump or other drilling or well servicing machinery or equipment located beneath the surface of the earth in any such well or hole or beneath the surface of any body of water.

"co-owner of the working interest" means any person or organization who is, with the named insured, a co-owner, joint venturer or mining partner in mineral properties who participates in the operating expense of such properties or who has the right to participate in the control, development or operation of such properties.

"saline substances contamination hazard" includes property damage to any of the following wherever located:

(a) oil, gas, water or other mineral substances, if the property damage is caused directly or indirectly by a saline substance;

(b) to any other property, if the property damage results from the property damage described in subdivision (a) of this hazard.

**Agreement in Connection with Blow-outs or Cratering of Wells**

Upon the occurrence of a blow-out or cratering of any oil, gas or water well resulting from or in connection with operations performed by or on behalf of the named insured, the named insured hereby agrees that he will, at his own cost and expense, use due and reasonable diligence to take all such prompt and immediate steps for the purpose of controlling or bringing under control such well as shall be required of him by regulation, order or directive of public authorities having jurisdiction in the matter, unless such regulation, order or directive is being complied with by others.

For failure or delay of the named insured to comply with the obligations of this agreement, the company shall not be liable for any property damage included within the underground resources or equipment hazard resulting from the blow-out or cratering of any such well.

**Description of Operations**

Gasoline Recovery — from casing head or natural gas
Oil Lease Operators or Gas Lease Operators - natural gas
Oil or Gas Well Shooting
Oil or Gas Wells — cleaning or swabbing — by contractors
Oil or Gas Wells — servicing — by contractors
Oil or Gas Wells — drilling or redrilling, installation or recovery of casing

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

LIABILITY

GL 02 11 (Ed. 04 86)

L 6175
(Ed. 4-86)

# CANCELLATION AND NONRENEWAL PROVISIONS
(Texas)

This endorsement modifies such insurance as is afforded by the policy relating to the following:

COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE
COMPREHENSIVE GENERAL LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE
DRUGGISTS' LIABILITY INSURANCE
FARM LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
POLLUTION LIABILITY INSURANCE
STOREKEEPERS LIABILITY INSURANCE

This endorsement, effective 2-1-87 (12:01 A. M., standard time), forms a part of Policy No. GLA 116 93 26

issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

Authorized Representative

1. It is agreed that the first paragraph of the "Cancellation" Condition is replaced by the following:

This policy may be cancelled by the insured named in item 1 of the declarations by surrender thereof to the company or any of its authorized agents or by mailing to the company written notice stating when thereafter the cancellation shall be effective.

This policy may be cancelled by the company by mailing to the insured named in item 1 of the declarations at the address shown in this policy, written notice stating when not less than forty-five days thereafter such cancellation shall be effective, except:

a. Upon failure of the named insured to discharge his obligation in the payment of premium for the policy or any installment thereof, whether payable directly to the company or its agents or indirectly under any premium finance plan or extension of credit, the company may cancel the policy by mailing written notice to the named insured at least ten days prior to the effective date of cancellation;

b. Upon a substantial change in operations resulting in an increase in exposure within the control of the insured which would produce an increase in rate, the company may cancel the policy by mailing written notice to the named insured at least ten days prior to the effective date of cancellation;

c. Upon a determination by the State Board of Insurance that the continuation of the policy would violate or place the company in violation of the Insurance Code, the company may cancel the policy by mailing written notice to the named insured at least ten days prior to the effective date of cancellation;

d. Where a company has been placed in supervision, conservatorship, or receivership, the company may cancel a policy by mailing written notice to the named insured at least ten days prior to the effective date of cancellation upon approval or at the direction of the supervisor, conservator or receiver; or

e. On a new policy, not a renewal in the same company, a company may cancel within sixty days of the initial effective date of the policy by mailing written notice to the named insured at least ten days prior to the effective date of cancellation.

The company may comply with this provision by requiring or permitting its agent to notify the policyholder. However, the responsibility of giving notice to the named insured remains with the company if the agent fails to carry out its instructions to notify the named insured.

The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the named insured or by the company shall be equivalent to mailing.

2. The following Condition is added:

**NONRENEWAL**

If the company elects not to renew this policy, it shall mail to the named insured in item 1 of the declarations, at the address shown in this policy, written notice of such nonrenewal not less than forty-five days prior to the expiration date, except where a company has been placed in supervision, conservatorship, or receivership, the company may decline renewal of a policy by mailing written notice to the named insured at least ten days prior to the expiration date upon approval or at the direction of the supervisor, conservator or receiver.

The company may comply with this provision by requiring or permitting its agent to notify the policyholder. However, the responsibility of giving notice to the named insured remains with the company if the agent fails to carry out its instructions to notify the named insured.

The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date and hour of nonrenewal stated in the notice shall become the end of the policy period. Delivery of such written notice by the company shall be equivalent to mailing.

AUTHENTIC

Copyright, Insurance Services Office, Inc., 1986

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

IL 09 28 (Ed. 05 86)

GU 235
(Ed. 5 86)

# POLLUTION EXCLUSION

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

BUSINESSOWNERS POLICY
COMPREHENSIVE GENERAL LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
SMP LIABILITY INSURANCE
STOREKEEPERS INSURANCE

This endorsement, effective 2-1-87 (12:01 A. M., standard time), forms a part of Policy No. GLA 116 93 26

issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

Authorized Representative

It is agreed that the exclusion relating to the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants is replaced by the following:

(1) to **bodily injury** or **property damage** arising out of the actual, alleged or threatened discharge, dispersal, release or escape of pollutants.

(a) at or from premises owned, rented or occupied by the **named insured**.

(b) at or from any site or location used by or for the **named insured** or others for the handling, storage, disposal, processing or treatment of waste;

(c) which are at any time transported, handled, stored, treated, disposed of, or processed as waste by or for the **named insured** or any person or organization for whom the **named insured** may be legally responsible; or

(d) at or from any site or location on which the **named insured** or any contractors or subcontractors working directly or indirectly on behalf of the **named insured** are performing operations:

(i) if the pollutants are brought on or to the site or location in connection with such operations; or

(ii) if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the pollutants.

(2) to any loss, cost or expense arising out of any governmental direction or request that the **named insured** test for, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, rec    oned or reclaimed.

Subparagraphs (a) and (d)(i) of paragraph (1) of this exclusion do not apply to **bodily injury** or **property damage** caused by heat, smoke or fumes from a hostile fire. As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

Copyright, Insurance Services Office, Inc., 1986





(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy)

LIABILITY

## APPLICATION OF EXCLUSIONS
(Explosion Collapse and Underground Property Damage Hazards)

L 6432g (Ed 7-73)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
COMPREHENSIVE GENERAL LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE

This endorsement, effective 2-1-87 (12:01 A.M. standard time), forms a part of policy No. GLA 116 93 26

issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

Authorized Representative

It is agreed that if the named insured's actual operations include any operation(s), whether or not stated in the Schedule under "Description of Hazard", which is (are) described by any classification listed below, the "x", "c", "u" symbol(s) included in the applicable code number shall apply as if such classification code number and symbol(s) were included in such Schedule

### DESCRIPTION OF OPERATIONS; CLASSIFICATION CODE NO.; AND SYMBOL(S)

| Description | Code |
|---|---|
| **Building or Structure Raising, Moving or Underpinning**—including incidental shoring, removal or rebuilding of walls, foundations, columns or piers | 17885xc |
| **Caisson Work:** | |
| Foundations for buildings—including pile driving, excavation, masonry or concrete work up to completion of sub-structure only | 17805xcu |
| Not foundations for buildings—including pile driving, excavation, masonry or concrete work up to completion of sub-structure only | 16235xcu |
| **Clay or Shale Digging**—no canal, sewer or cellar excavation or underground mining | 14001x |
| **Cofferdam Work**—including pile driving, excavation, masonry or concrete work up to completion of sub-structure only | 16235xcu |
| **Conduit Construction**—for cables or wires | 16285xcu |
| **Contractors Equipment:** | |
| Cranes, derricks, power shovels, and equipment incidental thereto—rented to others with operators—including installation, repair or removal | 73912xcu |
| Earth moving equipment other than cranes, derricks and power shovels—rented to others with operators—including installation, repair or removal | 17861cu |
| Steam boilers, compressors, air pressure tanks, pneumatic tools, and equipment incidental thereto—rented to others with operators—including installation, repair or removal | 73916xu |
| **Contractors' Equipment (excluding automobiles)**—rented to others with operators—including installation, repair or removal | 73911u |
| **Dam or Reservoir Construction** | 16232xcu |
| **Electric Light or Power Companies**—including outside salesmen, collectors and meter readers—including completed operations except with respect to the installation, servicing or repair of appliances | 49115xcu |
| **Electric Light or Power Cooperatives**—Rural Electrification Administration Projects Only—including outside salesmen, collectors and meter readers—including completed operations except with respect to the installation, servicing or repair of appliances | 49116xc |
| **Electric Light or Power Line Construction** | 15245xcu |
| **Electric Light or Power Line Construction**—Rural Electrification Administration Projects Only | 16242xc |
| **Excavation** | 15111xcu |
| **Gas Companies—natural gas**—local distribution—including outside salesmen, collectors and meter readers—including completed operations except with respect to the installation, servicing or repair of appliances | 49221xcu |
| **Gas Dealers**—liquefied petroleum gas | 59851x |
| **Gas Dealers**—retail | 59810x |
| **Gas Distributing**—liquefied petroleum gas—local distribution by gas mains or piping from central tanks to ultimate consumers—including meter readers—including completed operations except with respect to the installation, servicing or repair of appliances | 49252xcu |
| **Gas Mains or Connections Construction**—including tunneling at street crossings | 16225xcu |
| **Gas Works**—including outside salesmen, collectors and meter readers—including completed operations except with respect to the installation, servicing or repair of appliances | 49251xcu |
| **Gasoline Dealers**—wholesale | 50851x |
| **Gasoline Recovery**—from casing head or natural gas | 13210dexz |
| **Geophysical Exploration**—seismic method—all employees | 13831x |
| **Grading of Land** | 07313xcu |
| **Irrigation or Drainage System Construction**—including pile driving or dredging | 16255xu |
| **Landscape Gardening** | 07311xcu |
| **Oil Lease Operators or Gas Lease Operators**—natural gas | 13122dexz |
| **Oil Lease Operators or Gas Lease Operators**—natural gas—within the limits of any town or city, on the right-of-way of any railroad, or in any ocean, gulf or bay | 13121dexz |
| **Oil or Gas Pipeline Construction**—including pile driving or dredging | 16365xcu |
| **Oil or Gas Well Shooting** | 13851dexz |
| **Oil Refining**—petroleum | 29112x |
| **Pile Driving:** | |
| Building foundations only | 17805xcu |
| Including timber wharf building | 16294cu |
| Sonic method | 16296cu |
| **Pipeline Construction**—including pile driving or dredging | 16365xcu |

(over)

EZSERVE000110

cv-00372-JAO-WRP Document 57-6 Filed 06/02/23 Page 27 of 40 P

COVERAGE PART GARAGE INSURANCE (AUTHENTICI) [illegible]

for attachment to Policy MGLA 316 93 26

to complete said policy.

SCHEDULE

Item 1. The insurance afforded is only with respect to such of the following coverages and hazards thereunder as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | | Hazards | Limits of Liability | Advance Premiums |
|---|---|---|---|---|
| Garage Liability | G—Bodily Injury Liability | Garage operations including Automobile Hazard 1 | | $ |
| | | Automobile Hazard 2 | thousand dollars each person | $ |
| | | | thousand dollars each occurrence | $ |
| | H—Property Damage Liability | Garage operations including Automobile Hazard 1 | | $ |
| | | Automobile Hazard 2 | thousand dollars each occurrence subject to $100 deductible as set forth in Limits of Liability provision | $ |
| | | | | $ |
| Expenses for Medical Services | I Automobile Medical Payments | Premium Rate: Percentage of Coverage G Premium % | dollars each person | $ |
| | I & J Automobile & Premises Medical Payments | % | dollars each person | $ |
| | | Limits of Liability: Each Location | Less Deductible | |
| Garagekeepers' Legal Liability | K1 Comprehensive | As Stated In Item 3 | $100 for each automobile for loss caused by theft or malicious mischief or vandalism subject to a maximum | $ [redacted] |
| | K2 Specified Perils | | deductible of $ 500 for all loss in any one event | $ |
| | K3 Collision | | $ for each automobile or other property for loss caused by collision | $ |
| Form numbers of endorsements attached at issue | | | | $ [redacted] |
| | | | Total Advance Premium | $ |

Item 2. (a) All automobiles owned by the named insured and used principally in garage operations of the named insured, except automobiles (1) assigned to the named insured, a partner therein or a member thereof, or an executive officer thereof, or, if a resident of the same household, the spouse of any of them or (2) furnished to any person or organization named in paragraph (b) below.

(b) Automobiles owned by the named insured are furnished to the following persons or organizations for their regular use for other business purposes or for non-business purposes (do not list the named insured, any partner, member, executive officer or, if a resident of the same household, the spouse of any of them, unless more than one automobile is furnished concurrently to such person and then show only the number of automobiles so furnished in excess of one):

[illegible]

Item 3. The following are the addresses of all premises where the named insured conducts garage operations. (If more than two, see Schedule attached.)

| Loc. No. | Address (Show main sales location, if any, as Location No. 1) | Garage Liability Premium Basis: Class | Remuneration | Rates: Coverage G Per $100 of Remuneration | Coverage H | Advance Premium: Coverage G | Coverage H |
|---|---|---|---|---|---|---|---|
| 1 | AIDER REFINING, INC. FT. WORTH, TEXAS (T604) | A | | $ | $ | $ | $ |
| | | B | | $ | $ | | |
| | | C | | $ | $ | | |
| | | Total | | | | | |
| | | Furnished Automobile | | $ | $ | | |
| | | | | $ | $ | $ | $ |
| 2 | | A | | $ | $ | $ | $ |
| | | B | | $ | $ | | |
| | | C | | $ | $ | | |
| | | Total | | | | | |
| | | Furnished Automobile | | $ | $ | | |
| | | | | $ | $ | $ | $ |

| Loc. No. | Garagekeepers' Legal Liability: Maximum No. of Customers' Automobiles Stored | *Limit of Liability | Minimum Premiums: Coverage G | Coverage H | Coverage I | Coverage I & J |
|---|---|---|---|---|---|---|
| 1 | | 120 thousand dollars | $ | $ | $ | $ |
| 2 | | thousand dollars | | | Per Automobile | |

*If coverage is afforded, the limit stated for each location includes $[illegible] limit for loss to property other than automobiles.

I. GARAGE LIABILITY

COVERAGE G—BODILY INJURY LIABILITY; COVERAGE H—PROPERTY DAMAGE LIABILITY

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of

G. bodily injury or H. property damage

to which this insurance applies, caused by an occurrence and arising out of garage operations, including only the automobile hazard [illegible], and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

Exclusions

This insurance does not apply, under the Garage Liability coverages:

(a) to liability assumed by the insured under any contract or agreement except an incidental contract; but this exclusion does not apply to a warranty of fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

(b) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of any [illegible] premises owned, rented or controlled by the named insured; but this exclusion does not apply to the [illegible] of premises which the named insured owns, rents or controls [illegible] named insured operates [illegible];

(c) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(d) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured or to any obligation of the insured to indemnify another because of damages arising out of such injury; but this exclusion does not apply to

(1) any such injury arising out of and in the course of domestic employment by the insured unless benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law, or

(2) liability assumed by the insured under an incidental contract;

(e) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of any

(1) [illegible] tank truck or tank trailer [illegible] by the named insured and not being [illegible]

(2) automobile

(i) while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity, or

(ii) while rented to others by the named insured, unless [illegible] principally in the business of the named insured, or

(iii) while being used by the insured as a public or livery conveyance or for carrying property for a charge;

(3) watercraft owned or operated by or rented or loaned to any insured, or any other watercraft operated by any person in the course of his employment by any insured; but this exclusion does not apply to watercraft while ashore on premises owned by, rented to or controlled by the named insured;

(4) aircraft;

(f) to bodily injury or property damage arising out of [illegible] structural alterations [illegible] operations performed for the named insured by independent contractors [illegible] named insured [illegible] but this exclusion does not apply to operations of which the company has [illegible] 30 days after the commencement thereof;

(g) to property damage to

(1) property owned by, rented to or held for sale by the insured, or

(2) property in the care, custody or control of or being transported by the insured [illegible] the insured is for any purpose exercising physical control;

but part (2) of this exclusion does not apply to property damage arising out of the ownership, maintenance or use of the premises of any automobile servicing hoist [illegible] automobile, nor to such insurance as is afforded for the use of elevators at the premises;

(h) to property damage to premises alienated by the named insured arising out of such premises or any part thereof;

(i) to loss of use of tangible property which has not been physically injured or destroyed resulting from

(1) a delay in or lack of performance by or on behalf of the named insured of any contract or agreement, or

(2) the failure of the named insured's products or work performed by or on behalf of the named insured to meet the level of performance, quality, fitness or durability warranted or represented by the named insured;

but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the named insured's products or work performed by or on behalf of the named insured after such products or work have been put to use by any person or organization other than an insured;

(j) to property damage to any of the named insured's products if such property damage results from a condition in or a part of such product or any part thereof at the time [illegible] to the purchaser thereof;

(k) to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(l) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

(m) to bodily injury or property damage [illegible] with respect to

(1) liability assumed by the insured under an incidental contract, or

(2) [illegible] Supplementary Payments provision;

(n) to bodily injury or property damage for which the insured or his indemnitee may be held liable

(1) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or

(2) [illegible] premises used for such purposes, if such liability is imposed

(i) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or

(ii) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person;

but part (ii) of this exclusion does not apply with respect to liability of the insured or his indemnitee as an owner or lessor described in (2) above;

(o) to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any watercourse or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental.

II. EXPENSES FOR MEDICAL SERVICES

COVERAGE I—AUTOMOBILE MEDICAL PAYMENTS

COVERAGE J—PREMISES MEDICAL PAYMENTS

The company will pay all reasonable medical expense incurred within one year from the date of accident.

(over)

EZSERVE000111

| Classification | Code |
|---|---|
| **Pipelines**—including maintenance: | |
| Gas operation | 49222x |
| Oil operation | 46100xz |
| **Plumbing**—gas, steam, hot water or other pipe fitting—including house connections, shop and retail stores or display rooms | 17185u |
| **Quarries**—including the operation of crushers | 14001x |
| **Railroad Construction**—including laying, relaying or removal of tracks or maintenance of ways by contractors | 16215x |
| **Salvage Operations**—including incidental wrecking, shoring or other structural work, the handling of machinery in damaged buildings, and salesmen or clerical at site of wrecking | 17885xc |
| **Sand or Gravel Digging**—no canal, sewer, cellar excavation or underground mining | 14001x |
| **Septic Tank Systems**—cleaning—installation, maintenance or repair—including house connections, shop and retail stores or display rooms | 17181u |
| **Sewer Mains or Connections Construction**—including tunneling at street crossings | 16225xcu |
| **Shaft Sinking**—including pile driving, excavation, concrete work or lining | 16235xcu |
| **Steam Heating or Power Companies**—not electric—including outside salesmen, collectors and meter readers—including completed operations except with respect to the installation, servicing, or repair of appliances | 49610xcu |
| **Steam Mains or Connections Construction**—including tunneling at street crossings | 16225xcu |
| **Stone Crushing** | 32905x |
| **Street or Road Construction or Reconstruction**—clearing of right-of-way, excavation, filling or grading, bridge or culvert building | 16115xcu |
| **Street or Road Paving or Repaving, Surfacing or Resurfacing or Scraping** | 16125xcu |
| **Subway Construction** | 16205xcu |
| **Swimming Pools**—below ground—installation, servicing or repair | 17802xcu |
| **Telephone or Telegraph Companies**—including outside salesmen, collectors, messengers and clerical | 48110u |
| **Telephone, Telegraph or Alarm Line Construction** | 16245xcu |
| **Tunneling**—including lining | 16235xcu |
| **Underpinning Buildings or Structures**—including incidental shoring, removal or rebuilding of walls, foundations, columns or piers | 17865xc |
| **Water Mains or Connections Construction**—including tunneling at street crossings | 16225xcu |
| **Waterworks**—including outside salesmen, collectors and meter readers—including completed operations, except with respect to the installation, servicing or repair of appliances | 49411xcu |
| **Welding or Cutting** | 17785x |
| **Wrecking**: | |
| Dismantling of pre-fabricated dwellings not exceeding three stories in height for re-erection | 17811xc |
| Wrecking Buildings or Structures—not marine—including salesmen or clerical at site of wrecking | 17822xc |

I. to or for each person who sustains bodily injury, caused by accident, while occupying any automobile which is being used by any person who is an insured under the bodily injury liability coverage with respect to such use;

J. to or for each person who sustains bodily injury, caused by accident, and arising out of the ownership, maintenance or use of the premises for the purposes of a garage, and all operations necessary or incidental thereto.

**Exclusions**

This insurance does not apply:

(a) under the Automobile Medical Payments Coverage, to bodily injury sustained by any employee of an insured under the bodily injury liability insurance arising out of and in the course of his employment by such insured;

(b) under the Premises Medical Payments Coverage, to bodily injury sustained by
- (1) any person while occupying or through being struck by an automobile away from the premises;
- (2) any person practicing, instructing or participating in any physical training, sport, athletic activity or contest;
- (3) the named insured, or any partner therein or member thereof, or any employee of the named insured arising out of and in the course of his employment by the named insured;
- (4) any person while engaged in maintenance, alteration, demolition or new construction operations for the named insured or for any lessor of the premises;

(c) under the Premises Medical Payments Coverage, to bodily injury arising out of
- (1) the ownership, maintenance, operation, use, loading or unloading of any escalator at premises owned, rented or controlled by the named insured; but this exclusion (c) (1) does not apply to an escalator at premises which the named insured owns, rents or controls only in part unless the named insured operates, maintains or controls the escalator;
- (2) structural alterations, new construction or demolition operations for the named insured by independent contractors, or their subcontractors, or omissions of supervisory acts of the insured in connection therewith;

(d) under the Premises Medical Payments Coverage, to bodily injury resulting from the selling, serving or giving of any alcoholic beverage (i) in violation of any statute, ordinance or regulation, (ii) to a minor, (iii) to a person under the influence of alcohol or (iv) which causes or contributes to the intoxication of any person, if the named insured is a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or, if not so engaged, is an owner or lessor of premises used for such purposes but only part (i) of this exclusion applies when the named insured is such an owner or lessor;

(e) under the Premises Medical Payments Coverage, to any medical expense for services by the named insured, any employee thereof, or any person or organization under contract to the named insured to provide such services;

(f) under the Automobile and Premises Medical Payments Coverages, to bodily injury sustained by an employee of any garage, if the accident arises out of the operation thereof and if benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law;

(g) under the Automobile and Premises Medical Payments Coverages, to bodily injury due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing.

III. GARAGEKEEPERS' LEGAL LIABILITY
COVERAGE K-1—COMPREHENSIVE
COVERAGE K-2—SPECIFIED PERILS
COVERAGE K-3—COLLISION

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of—

K-1. loss to an automobile from any cause except collision but, for the purpose of this coverage, breakage of glass and loss caused by missiles, falling objects, fire, theft or larceny, windstorm, hail, earthquake, explosion, riot or civil commotion, malicious mischief or vandalism, water, flood, or colliding with a bird or animal shall not be deemed loss caused by collision;

K-2. loss to an automobile caused by
- (a) fire or explosion, or
- (b) theft or larceny, or
- (c) riot or civil commotion, or
- (d) malicious mischief or vandalism;

K-3. loss to an automobile or other property of a kind customarily left in the care or custody of a garage caused by collision

occurring while such automobile or other property is in the custody of the insured for safekeeping, storage, service or repair
(1) at a location stated in this schedule or while temporarily removed therefrom in the ordinary course of the insured's business, or
(2) away from the premises if the insured is attending such automobile or property;

and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such loss, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

The Supplementary Payments provisions of the policy are applicable to the insurance afforded for Garagekeepers' Legal Liability, except the provisions with respect to the cost of bail bonds and expenses for first aid.

**Exclusions**

This insurance does not apply, under the Garagekeepers' Legal Liability Coverages:

(a) to liability of the insured under any agreement to be responsible for loss;

(b) to an automobile or other property
- (1) owned by or rented to
  - (i) the named insured or a partner therein or a member thereof, or the spouse of any one of them if a resident of the same household,
  - (ii) an employee of the named insured or his spouse if a resident of the same household, unless the automobile or other property is in the custody of the named insured under an agreement for which a specific pecuniary charge has been made, or
- (2) in the custody of the named insured for demonstration or sale;

(c) to loss by theft due to any fraudulent, dishonest or criminal act by the named insured, a partner therein, a member thereof or employee, trustee or authorized representative thereof, whether working or otherwise and whether acting alone or in collusion with others;

(d) to loss arising out of the use of any elevator, or any automobile servicing hoist designed to raise an entire automobile;

(e) to defective parts, accessories or materials furnished or to faulty work performed on an automobile, out of which loss arises;

(f) to an automobile or other property while the automobile is being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity;

(g) to loss due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;

(h) to loss due to radioactive contamination;

(i) with respect to the Comprehensive Coverage or Specified Perils Coverage to damages for loss of use of an automobile resulting from Fire, Explosion or Malicious Mischief or Vandalism;

(j) with respect to the Comprehensive Coverage and Specified Perils Coverage, to loss resulting from rain, snow or sleet whether or not wind driven.

IV. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

A. Under the Garage Bodily Injury and Property Damage Liability Coverages:
- (1) the named insured;
- (2) with respect to garage operations other than the automobile hazard:
  - (a) any employee, director or stockholder of the named insured while acting within the scope of his duties as such,
  - (b) if the named insured is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor, and the spouse of the named insured with respect to the conduct of such a business;
  - (c) if the named insured is designated in the declarations as a partnership or joint venture, any partner or member thereof but only with respect to his liability as such,
  - (d) any person or organization having a financial interest in the garage operations of the named insured;
- (3) with respect to the automobile hazard:
  - (a) any person while using, with the permission of the named insured, any automobile to which the insurance applies under the automobile hazard, provided his actual operation or (if he is not operating) his other actual use thereof is within the scope of such permission, but with respect to bodily injury or property damage arising out of the loading or unloading of an automobile, such person shall be an insured only if he is:
    - (i) a lessee or borrower of the automobile, or
    - (ii) a partner, member or employee of the named insured or of such borrower;
  - (b) any other person or organization but only with respect to his or its liability because of acts or omissions of the named insured or an insured under (a) above.

None of the following is an insured:
- (i) any person while engaged in the business of his employer with respect to bodily injury to any fellow employee of such person injured in the course of his employment;
- (ii) any person or organization, other than the named insured or its directors, stockholders, partners, members or employees while acting within the scope of their duties as such, with respect to operations performed by independent contractors for the named insured;
- (iii) any person or organization, other than the named insured, with respect to any automobile
  - (a) owned by such person or organization or by a member (other than the named insured) of the same household, or
  - (b) possession of which has been transferred to another by the named insured pursuant to an agreement of sale;
- (iv) any partner, member or employee of the named insured or the spouse of such person, with respect to property damage to property owned by, rented to or held for sale by the named insured, or property in the care, custody or control of or transported by the named insured.

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

B. Under the Garagekeepers' Legal Liability Coverages:
- (a) the named insured;
- (b) if the named insured is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor, and the spouse of the named insured with respect to the conduct of such a business;
- (c) any employee, director or stockholder of the named insured while acting within the scope of his duties as such; and
- (d) if the named insured is designated in the declarations as a partnership or joint venture, any partner or member thereof but only with respect to his liability as such.

V. LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury, property damage or loss, (3) claims made or suits brought on account of bodily injury, property damage or loss or (4) automobiles to which this policy applies, the company's liability is limited as follows:

Coverage G—The limit of bodily injury liability stated in the schedule as applicable to "each person" is the limit of the company's liability for all damages, including damages for care and loss of services, because of bodily injury sustained by one person as the result of any one occurrence; but subject to the above provision respecting "each person", the total liability of the company for all damages, including damages for care and loss of services, because of bodily injury sustained by two or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the schedule as applicable to "each occurrence".

Coverage H—Subject to the following paragraph, the total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the schedule as applicable to "each occurrence".

With respect to property damage to any automobile arising out of work completed by or for the named insured upon such automobile or part thereof, $100 shall be deducted from the total amount of all sums which the insured shall become legally obligated to pay as damages on account of property damage to such automobile as a result of any one occurrence, and the limit of the company's liability shall be the difference between such deductible amount and the limit of Property Damage Liability stated in the schedule. All of the terms of this policy apply irrespective of the application of the deductible amount and the company may pay any part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, the insured shall promptly reimburse the company for such part of the deductible amount as has been paid by the company.

Repairs by the named insured shall be adjusted at actual cost to him of labor and materials.

Coverages G and H—For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

Coverages I and J—The limit of liability for medical payments stated in the schedule as applicable to "each person" is the limit of the company's liability for all medical expense incurred by or on behalf of each person who sustains bodily injury as the result of any one accident.

Coverages K-1, K-2 and K-3. The limit of the company's liability for loss at each location is the limit stated in the schedule as applicable to that location less the applicable deductible stated in the schedule for loss caused by Collision, Theft, Malicious Mischief or Vandalism. The maximum deductible stated in the schedule is the most that will be deducted for loss caused by Theft, Malicious Mischief or Vandalism.

If, however, at the time of loss, at the location where the loss occurred there were more automobiles than the maximum number stated in the schedule for such location, the company shall not be liable for a greater proportion of the amount for which it otherwise would be liable than the maximum number of such automobiles stated for such location bears to the number of automobiles at such location at the time the loss occurred.

Collision Loss to Other Property. Subject to the application of the deductible amount stated in the schedule, the limit of liability applicable to the Collision Coverage for loss to property of a kind customarily left in the custody or care of a garage, other than automobiles, is $5,000, which sum is included in the applicable limit of liability for loss at that location.

All of the terms of the policy apply irrespective of the application of any deductible amount and the company may pay any part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, the insured shall promptly reimburse the company for such part of the deductible amount as has been paid by the company.

Repairs by the named insured shall be adjusted at actual cost to him of labor and materials.

VI. POLICY TERRITORY

This insurance applies only to bodily injury, property damage or loss which occurs within the territory described in paragraph (1) or (2) of the definition of policy territory.

VII. ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of the policy):

"automobile" means a land motor vehicle or trailer, other land equipment capable of moving under its own power, equipment for use therewith and animal drawn equipment. This definition replaces the definition of automobile set forth in the Definitions Section;

"automobile hazard" means that one of the following hazards for which insurance is afforded as indicated in the schedule:

Automobile Hazard 1.
(1) the ownership, maintenance or use (including loading or unloading) of any automobile for the purpose of garage operations, and (2) the occasional use for other business purposes and the use for non-business purposes of any automobile owned by or in charge of the named insured and used principally in garage operations, and (3) the ownership, maintenance or use of any automobile owned by the named insured and furnished for the use of any person.

Automobile Hazard 2.
The use in connection with garage operations of any automobile which is neither owned nor hired by the named insured, a partner therein or a member thereof, or a member of the same household as any such person.

"garage" means an automobile sales agency, repair shop, service station, storage garage or public parking place;

"garage operations" means the ownership, maintenance or use of the premises for the purposes of a garage and all operations necessary or incidental thereto;

"loss" means direct and accidental loss of or damage to property which occurs during the policy period;

"medical expense" means expenses for necessary medical, surgical, x-ray and dental services, including prosthetic devices, and necessary ambulance, hospital, professional nursing and funeral services;

"occupying" means in or upon or entering into or alighting from;

"premises" means premises where the named insured conducts garage operations, and includes the ways immediately adjoining but does not include any portion of such premises on which business operations are conducted by another person or organization;

"trailer" includes semitrailer.

VIII. ADDITIONAL CONDITIONS

A. Limitation of Coverage Under Any Other Liability Insurance Part
The insurance afforded under any other liability insurance made a part of this policy does not apply to garage operations, including the automobile hazard, for which insurance is afforded herein.

B. Out of State Insurance
If, under the provisions of the motor vehicle financial responsibility law or the motor vehicle compulsory insurance law or any similar law of any state or province, a nonresident is required to maintain insurance with respect to the operation or use of a motor vehicle in such state or province and such insurance requirements are greater than the insurance provided by the policy, the limits of the company's liability and kinds of coverage afforded by the policy shall be as set forth in such law, in lieu of the insurance otherwise provided by the policy, but only to the extent required by such law and only with respect to the operation or use of a motor vehicle in such state or province; provided that the insurance under this provision shall be reduced to the extent that there is other valid and collectible insurance under this or any other motor vehicle insurance policy. In no event shall any person be entitled to recover duplicate payments for the same elements of loss.

C. Insured's Duties in the Event of Loss
The insured's duties in event of loss under the Garagekeepers' Legal Liability Coverages shall be as provided in the Condition with respect to an occurrence, claim or suit. In the event of theft or larceny, the insured shall also promptly notify the police.

D. Medical Reports; Proof and Payment of Claim—Coverages I and J
As soon as practicable the injured person or someone on his behalf shall give to the company written proof of claim, under oath if required, and shall, after each request from the company, execute authorization to enable the company to obtain medical reports and copies of records. The injured person shall submit to physical examination by physicians selected by the company when and as often as the company may reasonably require. The company may pay the injured person or any person or organization rendering the services and such payment shall reduce the amount payable hereunder for such injury. Payment hereunder shall not constitute an admission of liability of any person or, except hereunder, of the company.

E. Non Applicability of Subrogation Condition
The Subrogation Condition does not apply to any Medical Payments Coverage afforded by this insurance.

i. to or for each [illegible] occupying any automobile which is being used by any person who is an insured under the bodily injury liability coverage with respect to such use;

j. to or for each person who sustains bodily injury, caused by accident, and arising out of the ownership, maintenance or use of the premises for the purposes of a garage, and all operations necessary or incidental thereto.

**Exclusions**

This insurance does not apply:

(a) under the Automobile Medical Payments Coverage, to bodily injury sustained by any employee of an insured under the bodily injury liability insurance arising out of and in the course of his employment by such insured;

(b) under the Premises Medical Payments Coverage, to bodily injury sustained by

(1) any person while occupying or through being struck by an automobile away from the premises;

(2) any person practicing, instructing or participating in any physical training, sport, athletic activity or contest;

(3) the named insured, or any partner therein or member thereof, or any employee of the named insured arising out of and in the course of his employment by the named insured;

(4) any person while engaged in maintenance, alteration, demolition or new construction operations for the named insured or for any lessor of the premises;

(c) under the Premises Medical Payments Coverage, to bodily injury arising out of

(1) the ownership, maintenance, operation, use, loading or unloading of any escalator at premises owned, rented or controlled by the named insured; but this exclusion (c) (1) does not apply to an escalator at premises which the named insured owns, rents or controls only in part unless the named insured operates, maintains or controls the escalator;

(2) structural alterations, new construction or demolition operations for the named insured by independent contractors or their subcontractors, or omissions or supervisory acts of the insured in connection therewith;

(d) under the Premises Medical Payments Coverage, to bodily injury resulting from the selling, serving or giving of any alcoholic beverage (i) in violation of any statute, ordinance or regulation, (ii) to a minor, (iii) to a person under the influence of alcohol or (iv) which causes or contributes to the intoxication of any person, if the named insured is a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or, if not so engaged, is an owner or lessor of premises used for such purposes but only part (i) of this exclusion applies when the named insured is such an owner or lessor;

(e) under the Premises Medical Payments Coverage, to any medical expense for services by the named insured, any employee thereof, or any person or organization under contract to the named insured to provide such services;

(f) under the Automobile and Premises Medical Payments Coverages, to bodily injury sustained by an employee of any garage, if the accident arises out of the operation thereof and if benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law;

(g) under the Automobile and Premises Medical Payments Coverages, to bodily injury due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing.

III. GARAGEKEEPERS' LEGAL LIABILITY
COVERAGE K-1—COMPREHENSIVE
COVERAGE K-2—SPECIFIED PERILS
COVERAGE K-3—COLLISION

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of:

K-1 loss to an automobile from any cause except collision, but, for the purpose of this coverage, breakage of glass and loss caused by missiles, falling objects, fire, theft or larceny, windstorm, hail, earthquake, explosion, riot or civil commotion, malicious mischief or vandalism, water, flood, or colliding with a bird or animal shall not be deemed loss caused by collision;

K-2 loss to an automobile caused by
(a) fire or explosion, or
(b) theft or larceny, or
(c) riot or civil commotion, or
(d) malicious mischief or vandalism;

K-3 loss to an automobile or other property of a kind customarily left in the care or custody of a garage caused by collision;

occurring while such automobile or other property is in the custody of the insured for safekeeping, storage, service or repair

(1) at a location stated in this schedule or while temporarily removed therefrom in the ordinary course of the insured's business, or

(2) away from the premises of the insured if attending such automobile or property;

and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such loss, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

The Supplementary Payments provisions of the policy are applicable to the insurance afforded for Garagekeepers' Legal Liability, except the provisions with respect to the cost of bail bonds and expenses for first aid.

**Exclusions**

This insurance does not apply, under the Garagekeepers' Legal Liability Coverages:

(a) to liability of the insured under any agreement to be responsible for loss;

(b) to an automobile or other property

(1) owned by or rented to

(i) the named insured or a partner therein or a member thereof, or the spouse of any one of them if a resident of the same household,

(ii) an employee of the named insured or his spouse if a resident of the same household, unless the automobile or other property is in the custody of the named insured under an agreement for which a specific pecuniary charge has been made, or

(2) in the custody of the named insured for demonstration or sale;

(c) to loss by theft due to any fraudulent, dishonest or criminal act by the named insured, a partner therein, a member thereof or employee, trustee or authorized representative thereof, whether working or otherwise and whether acting alone or in collusion with others;

(d) to loss arising out of the use of any elevator, or any automobile servicing hoist designed to raise an entire automobile;

(e) to defective parts, accessories or materials furnished or to faulty work performed on an automobile, out of which loss arises;

(f) to an automobile or other property while the automobile is being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity;

(g) to loss due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;

(h) to loss due to radioactive contamination;

(i) with respect to the Comprehensive Coverage or Specified Perils Coverage to damages for loss of use of an automobile resulting from Fire, Explosion or Malicious Mischief or Vandalism;

(j) with respect to the Comprehensive Coverage and Specified Perils Coverage, to loss resulting from rain, snow or sleet whether or not wind driven.

IV. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

A. Under the Garage Bodily Injury and Property Damage Liability Coverages:

(1) the named insured;

(2) with respect to garage operations other than the automobile hazard:

(a) any employee, director or stockholder of the named insured while acting within the scope of his duties as such,

(b) if the named insured is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor, and the spouse of the named insured with respect to the conduct of such a business;

(c) if the named insured is designated in the declarations as a partnership or joint venture, any partner or member thereof but only with respect to his liability as such,

(d) any person or organization having a financial interest in the garage operations of the named insured;

(3) with respect to the automobile hazard:

(a) any person while using, with the permission of the named insured, any automobile to which the insurance applies under the automobile hazard, provided his actual operation or (if he is not operating) his other actual use thereof is within the scope of such permission, but with respect to bodily injury or property damage arising out of the loading or unloading of an automobile, such person shall be an insured only if he is:

(i) a borrower of the automobile, or

(ii) a partner, member or employee of the named insured or of such borrower;

(b) any other person or organization but only with respect to his or its liability because of acts or omissions of the named insured or an insured under (a) above.

None of the following is an insured:

(i) any person while engaged in the business of his employer with respect to bodily injury to any fellow employee of such person injured in the course of his employment;

(ii) any person or organization, other than the named insured or its directors, stockholders, partners, members or employees while acting within the scope of their duties as such, with respect to operations performed by independent contractors for the named insured;

(iii) any person or organization, other than the named insured, with respect to any automobile

(1) owned by such person or organization or by a member (other than the named insured) of the same household, or

(2) possession of which has been transferred to another by the named insured pursuant to an agreement of sale;

(iv) any partner, member or employee of the [illegible] person, with respect to property damage to property owned by, rented to or held for sale by the named insured, or property in the care, custody or control of or transported by the named insured.

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

B. Under the Garagekeepers' Legal Liability Coverages:

(a) the named insured;

(b) if the named insured is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor, and the spouse of the named insured with respect to the conduct of such a business;

(c) any employee, director or stockholder of the named insured while acting within the scope of his duties as such; and

(d) if the named insured is designated in the declarations as a partnership or joint venture, any partner or member thereof but only with respect to his liability as such.

V. LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury, property damage or loss, (3) claims made or suits brought on account of bodily injury, property damage or loss or (4) automobiles to which this policy applies, the company's liability is limited as follows:

Coverage G—The limit of bodily injury liability stated in the schedule as applicable to "each person" is the limit of the company's liability for all damages, including damages for care and loss of services, because of bodily injury sustained by one person as the result of any one occurrence; but subject to the above provision respecting "each person", the total liability of the company for all damages, including damages for care and loss of services, because of bodily injury sustained by two or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the schedule as applicable to "each occurrence".

Coverage H—Subject to the following paragraph, the total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the schedule as applicable to "each occurrence".

With respect to property damage to any automobile arising out of work completed by or for the named insured upon such automobile or part thereof, $100 shall be deducted from the total amount of all sums which the insured shall become legally obligated to pay as damages on account of property damage to such automobile as a result of any one occurrence, and the limit of the company's liability shall be the difference between such deductible amount and the limit of Property Damage Liability stated in the schedule. All of the terms of this policy apply irrespective of the application of the deductible amount and the company may pay any part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, the insured shall promptly reimburse the company for such part of the deductible amount as has been paid by the company.

Repairs by the named insured shall be adjusted at actual cost to him of labor and materials.

Coverages G and H—For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

Coverages I and J—The limit of liability for medical payments stated in the schedule as applicable to "each person" is the limit of the company's liability for all medical expense incurred by or on behalf of each person who sustains bodily injury as the result of any one accident.

Coverages K-1, K-2 and K-3. The limit of the company's liability for loss at each location is the limit stated in the schedule as applicable to that location less the applicable deductible stated in the schedule for loss caused by Collision, Theft, Malicious Mischief or Vandalism. The maximum deductible stated in the schedule is the most that will be deducted for loss caused by Theft, Malicious Mischief or Vandalism.

If, however, at the time of loss, at the location where the loss occurred there were more automobiles than the maximum number stated in the schedule for such location, the company shall not be liable for a greater proportion of the amount for which it otherwise would be liable than the maximum number of such automobiles stated for such location bears to the number of automobiles at such location at the time the loss occurred.

Collision Loss to Other Property. Subject to the application of the deductible amount stated in the schedule, the limit of liability applicable to the Collision Coverage for loss to property of a kind customarily left in the custody or care of a garage, other than automobiles, is $500, which sum is included in the applicable limit of liability for loss at that location.

All of the terms of this policy apply irrespective of the application of any deductible amount and the company may pay any part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, the insured shall promptly reimburse the company for such part of the deductible amount as has been paid by the company.

Repairs by the named insured shall be adjusted at actual cost to him of labor and materials.

VI. POLICY TERRITORY

This insurance applies only to bodily injury, property damage or loss which occurs within the territory described in paragraph (1) or (2) of the definition of policy territory.

VII. ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of the policy):

"automobile" means a land motor vehicle or trailer, other land equipment capable of moving under its own power, equipment for use therewith and animal drawn equipment. This definition replaces the definition of automobile set forth in the Definitions Section;

"automobile hazard" means that one of the following hazards for which insurance is afforded as indicated in the schedule:

Automobile Hazard 1.

(1) the ownership, maintenance or use (including loading or unloading) of any automobile for the purpose of garage operations, and (2) the occasional use for other business purposes and the use for non-business purposes of any automobile owned by or in charge of the named insured and used principally in garage operations, and (3) the ownership, maintenance or use of any automobile owned by the named insured while furnished for the use of any person.

Automobile Hazard 2.

The use in connection with garage operations of any automobile which is neither owned nor hired by the named insured, a partner therein or a member thereof, or a member of the same household as any such person.

"garage" means an automobile sales agency, repair shop, service station, storage garage or public parking place;

"garage operations" means the ownership, maintenance or use of the premises for the purposes of a garage and all operations necessary or incidental thereto;

"loss" means direct and accidental loss of or damage to property which occurs during the policy period;

"medical expense" means expenses for necessary medical, surgical, x-ray and dental services, including prosthetic devices, and necessary ambulance, hospital, professional nursing and funeral services;

"occupying" means in or upon or entering into or alighting from;

"premises" means premises where the named insured conducts garage operations, and includes the ways immediately adjoining but does not include any portion of such premises on which an operation is conducted by any other person or organization;

"trailer" includes semi-trailer.

VIII. ADDITIONAL CONDITIONS

A. Limitation of Coverage Under Any Other Liability Insurance Part

The insurance afforded under any other liability insurance made a part of this policy does not apply to garage operations, including the automobile hazard, for which insurance is afforded herein.

B. Out of State Insurance

If, under the provisions of the motor vehicle financial responsibility law or the motor vehicle compulsory insurance law or any similar law of any state or province, a non-resident is required to maintain insurance with respect to the operation or use of a motor vehicle in such state or province and such insurance requirements are greater than the insurance provided by the policy, the limits of the company's liability and kinds of coverage afforded by the policy shall be as set forth in such law, in lieu of the insurance otherwise provided by the policy, but only to the extent required by such law and only with respect to the operation or use of a motor vehicle in such state or province, provided that the insurance under this provision shall be reduced to the extent that there is other valid and collectible insurance under this or any other motor vehicle insurance policy. In no event shall any person be entitled to receive duplicate payments for the same elements of loss.

C. Insured's Duties in the Event of Loss

The insured's duties in event of loss under the Garagekeepers' Legal Liability Coverages shall be as provided in the Condition with respect to an occurrence, claim or suit. In the event of theft or larceny, the insured shall also promptly notify the police.

D. Medical Reports; Proof and Payment of Claim—Coverages I and J

As soon as practicable the injured person or someone on his behalf shall give to the company written proof of claim, under oath if required, and shall, after each request from the company, execute authorization to enable the company to obtain medical reports and copies of records. The injured person shall submit to physical examination by physicians selected by the company when and as often as the company may reasonably require. The company may pay the injured person or any person or organization rendering the services and such payment shall reduce the amount payable hereunder for such injury. Payment hereunder shall not constitute an admission of liability of any person or, except hereunder, of the company.

E. Non-Applicability of Subrogation Condition

The Subrogation Condition does not apply to any Medical Payments Coverage afforded by this insurance.

EZSERVE000114

# ENDORSEMENT 69

This endorsement, effective 12:01 A. M. 2-1-87 forms a part of

policy No. GLA 116 93 26 issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

<u>CROSS LIABILITY</u>

THE INSURANCE AFFORDED THIS POLICY APPLIES SEPARATELY TO EACH INSURED AGAINST WHOM CLAIM IS MADE OR SUIT IS BROUGHT, BUT THE INCLUSION HEREIN OF MORE THAN ONE INSURED SHALL NOT OPERATE TO INCREASE THE LIMITS OF THE COMPANY'S LIABILITY.

AS RESPECTS:

UNION OIL COMPANY OF CALIFORNIA'S DEALINGS
WITH ALOHA PETROLEUM, LTD.

019-117-3 26/R26
BV/bf 3-5-87

Authorized Representative

## ENDORSEMENT #10

This endorsement, effective 12:01 A M 2-1-87 forms a part of

policy No GLA 116 93 26 issued to E-Z SERVE, INC.

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

IN CONSIDERATION OF NO CHANGE IN PREMIUM UNION OIL COMPANY OF CALIFORNIA IS ADDED AS AN ADDITIONAL INSURED ONLY AS THEIR INTEREST MAY APPEAR AS RESPECTS ALOHA PETROLEUM, LTD.

019-117-3 26/B25
RV/BF 3-5-87

Authorized Representative



(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

LIABILITY

GL 01 13 (Ed. 07 66)
G 505

L 9180
(Ed. 7-66)

BRANCH 31

DEPARTMENT 09

EXPERIENCE RATING MODIFICATION—TEXAS 059

This endorsement modifies the provisions of the policy relating to ALL LIABILITY AND MEDICAL PAYMENTS INSURANCE OTHER THAN AUTOMOBILE LIABILITY, AUTOMOBILE MEDICAL PAYMENTS AND GARAGE INSURANCE.

This endorsement, effective 2-1-87 (12.01 A. M., standard time), forms a part of policy No. GL A 116 9326

issued to E-Z Serve, Inc.

by National Union Fire Insurance Company of Pittsburgh, Pa.

Authorized Representative

It is agreed that the premium rates for this insurance are subject to modification as of the Rating Date and, if this policy is written for three years, the next two anniversary dates of the Rating Date, the modification in each case to be in accordance with the Manual Rules, and General Liability Experience Rating Plan approved for Texas and in effect as of such dates.

Rating Date: To Be Determined (If no date is entered herein, the Rating Date shall be the effective date of the policy.)

AUTHENTIC



ENDORSEMENT #11

BRANCH 31
DIVISION 019
MAJOR PRODUCT 62
BROKER [signature]

This endorsement, effective 12:01 A. M. 2-1-87 forms a part of
DEPARTMENT 09
policy No. GLA1169326 issued to E-Z Serve, Inc.
by National Union Fire Insurance Company of Pittsburgh, Pa.

In consideration of a $[redacted] it is hereby agreed that policy is amended to add Liquor Liability to policy, see L9492 attached.

AUTHORIZED REPRESENTATIVE

| POLICY NUMBER | |
|---|---|
| PREFIX | NUMBER |
| | |

COVERAGE PART

## LIQUOR LIABILITY INSURANCE

L 9492 (Ed. 1-73)

For attachment to Policy No. GLA 1169326, to complete said policy.

SCHEDULE

The insurance afforded is only with respect to the following Coverage as indicated by specific premium charge. The limit of the company's liability against such Coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Advance Premium | Limits of Liability | Coverage |
|---|---|---|
| [redacted] | 100,000 thousand dollars each common cause<br>100,000 thousand dollars aggregate | X—Liquor Liability |
| [redacted] Total Advance Premium | | Form numbers of endorsements attached at issue |

| Advance Premium Liquor Liability | Rate | Premium Basis | Code No. | Description of Hazards | Designated Insured Premises |
|---|---|---|---|---|---|
| 1600 | [redacted] | [redacted] | 59211 | Package Store | 7979 Airline Hwy. Baton Rouge, La. |
| 1600 | [redacted] | [redacted] | 59211 | Package Store | Interstate 10 & Hwy.30 Gonzales, La. |
| 1600 | [redacted] | [redacted] | 59211 | Package Store | 410 W. 3rd Street San Angelo, Tx. |
| | | Receipts | | | |

When used as a premium basis:
"receipts" means gross amount of money charged by the named insured or by others during the policy period for the sale of all alcoholic beverages, and of other beverages used in connection therewith, including taxes, except taxes which the named insured collects as a separate item, and remits directly to a governmental division, for which accurate records are maintained apart from other receipts.

### I. COVERAGE X — LIQUOR LIABILITY

The company will pay on behalf of the insured all sums which the insurer shall become legally obligated to pay as damages because of injury to which this insurance applies, sustained by any person if such liability is imposed upon the insured by reason of the selling, serving or giving of any alcoholic beverage at or from the insured premises, and the company shall have the right and duty to defend any suit against the insured seeking such damages, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

Exclusions

This insurance does not apply:

(a) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(b) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured or to any obligation of the insured to indemnify another because of damages arising out of such injury;

(c) to injury arising out of any alcoholic beverage sold, served or given while any license therefor, required by law, is suspended or after such license expires, is cancelled or revoked;

(d) to bodily injury or property damage arising out of the named insured's products or reliance upon a representation or warranty made at any time with respect thereto; but this exclusion does not apply to bodily injury or property damage for which the insured or his indemnitee may be held liable if such liability is imposed

(1) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or

(2) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person.

### II. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

(a) if the named insured is designated in the declarations as an individual, the person so designated and his spouse;

(over)

(b) if the named insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such.

This insurance does not apply to injury arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

### III. LIMITS OF LIABILITY

Regardless of the number of insureds under this insurance, the company's liability is limited as follows:

The limit of liability stated in the schedule as applicable to "each common cause" is the total liability of the company for all damages sustained by one or more persons as the result of the selling, serving or giving of any alcoholic beverage to any one person.

The limit of liability stated in the schedule as "aggregate" is, subject to the above provisions respecting "each common cause", the total limit of the company's liability hereunder for all damages. Such aggregate limit of liability shall apply separately to each insured premises.

### IV. POLICY PERIOD; TERRITORY

This insurance applies only to injury which occurs during the policy period within the policy territory.

### V. ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of this policy):

"damages" means all damages, including damages for death, care, loss of services, loss of support, or loss of use of property, which are payable because of injury to which this insurance applies.

"insured premises" means:

(a) the premises designated in the schedule; and,

(b) any premises which the named insured acquires during the policy period for use in manufacturing, distributing, selling, serving or giving alcoholic beverages if (1) the named insured notifies the company within 30 days after such acquisition and (2) the named insured has no other valid and collectible insurance applicable to the loss.

### VI. AMENDED CONDITION

When used in reference to this insurance the Three Year Policy Condition is amended to read as follows:

**Three Year Policy:** If this policy is issued for a period of three years:

(a) The policy period is comprised of three consecutive annual periods;

(b) The rates are subject to amendment for the second and third annual periods, in accordance with the company's rules and rating plans. Amended rates shall be stated by endorsement issued to form a part of this policy;

(c) The aggregate limit of liability shall apply separately to each annual period.

### VII. ADDITIONAL CONDITIONS

A. Insured's Duties in the Event of Injury, Claim or Suit
When an injury occurs written notice shall be given by or on behalf of the insured in accordance with the "Insured's Duties in the Event of Occurrence, Claim or Suit" Condition.

B. Limitation of Coverage — Other Liability Insurance
The insurance afforded by this Part does not apply to any injury with respect to which insurance is otherwise afforded by, or would be afforded but for the exhaustion of the limits of, the policy.

AUTHENTIC

ENDORSEMENT #12

This endorsement, effective 12:01 A. M. 4/9/87 31 forms a part of

policy No. GLA 116 93 26 issued to E-Z Serve, Inc. 0579 09

by National Union Fire Insurance Company of Pittsburgh, PA GL

Frank B. Hall & Co.

In consideration of no change in premium it is hereby agreed and understood that the following entities are additional Insureds for General Liability as their interest may appear:

Chevron, USA, Inc.

ATTACH

2/5 A4 cj

AUTHORIZED REPRESENTATIVE

ENDORSEMENT #13

BRANCH 31 ... 059 ... forms a part 09 ... Frank B. Hall & Co.

This endorsement, effective 12:01 A. M. 4-23-87

policy No. GLA 116 93 26 issued to E-Z Serve, Inc.

by National Union Fire Insurance Company of Pittsburgh, Pa.

In consideration of no charge in premium it is hereby agreed & understood that the following entities are Additional Insureds for General Liability as their interest may appear.

The Lawson Company
Texaco Refining & Marketing, Inc.
James Rewick Winston, Trustee
Mobile Oil Company
James A. Lonergan & Michael G. Lonergan

ATTACH

019-117-3-37 A2
5-22-87/kg

AUTHORIZED REPRESENTATIVE

ENDORSEMENT #14

This endorsement, effective 12:01 A.M. 3-1-87 forms a part of policy No. GLA 116 93 26 issued to E-Z SERVE, INC. by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

BRANCH 31
DIVISION 59 DEPARTMENT 09
PRODUCT GL
BROKER Frank B. Hall & Co
COMMISSION [redacted]

BLANKET ADDITIONAL INSURED ENDORSEMENT

IT IS AGREED THT THE UNQUALIFIED WORD "INSURED" WHERE USED INCLUDES ANY PERSON OR ORGANIZATION TO WHOM WHICH THE NAMED INSURED IS OBLIGATED BY VIRTUE OF A WRITTEN CONTRACT TO NAME SUCH PERSON OR ORGANIZATION AS INSURED, BUT ONLY WITH RESPECTS TO OPERATIONS PERFORMED BY THE NAMED INSURED UNDER THE TERMS OF SAID CONTRACT.

019-117-3-35/88
10-14-87/jm

AUTHORIZED REPRESENTATIVE

ENDORSEMENT #15

This endorsement, effective 12:01 A.M. 2-1-87 forms a part of policy No. GLA 116 93 26 issued to E-Z SERVE, INC. by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

BRANCH 31
DEPARTMENT 09
DIVISION 59
MAJOR PRODUCT GL
BROKER Frank B. Hall & Co.

EMPLOYEES AS ADDTIONAL INSUREDS - LIQUOR LIABILITY COVERAGE PART

IN CONSIDERATION OF NO CHANGE IN PREMIUM IT IS AGREED THAT AS RESPECTS DAMAGES UNDER THE "PERSONS INSURED" PROVISION OF THE LIQUOR LIABILITY COVERAGE PART, L9492 IS AMENDED TO INCLUDE THE FOLLOWING:

EMPLOYEE - ANY EMPLOYEE (OTHER THAN EXECUTIVE OFFICERS) OF THE NAMED INSURED WHILE ACTING WITHIN THE SCOPE OF HIS DUTIES AS SUCH, BUT THE INSURANCE TO SUCH EMPLOYEE DOES NOT APPLY:

1) TO DAMAGES TO ANOTHER EMPLOYEE OF THE NAMED INSURED ARISING OUT OF OR IN THE COURSE OF HIS EMPLOYMENT;

2) TO DAMAGES TO THE NAMED INSURED OR IF THE NAMED INSURED IS A PARTNERSHIP OR JOINT VENTURE ANY PARTNER OR MEMBER THEREOF, OR THE SPOUSE OF ANY OF THE FORE-GOING

3) TO DAMAGES TO PROPERTY OWNED, OCCUPIED OR USED, BY RENTED TO, IN THE CARE, CUSTODY OR CONTROL OF OR OVER WHICH PHYSICAL CONTROL IS BEING EXERCISED FOR ANY PURPOSE BY ANOTHER EMPLOYEE OF THE NAMED INSURED, OR BY THE NAMED INSURED OR, IF THE NAMED INSURED IS A PARTNERSHIP OR JOINT VENTURE, BY ANY PARTNER OR MEMBER THEREOF BY THE SPOUSE OF ANY OF THE FOREGOING.

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.

019-117-3-35/89
10-14-87/jm

AUTHORIZED REPRESENTATIVE