# EXHIBIT 5

32-cv-00372-JAO-WRP   Document 57-7   Filed 06/02/23   Page 2 of 38   PageI

# COMMON POLICY DECLARATIONS

POLICY NO. GL  116-93-65  RA

RENEWAL OF: 1169326

1. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,PA.
2. AMERICAN HOME ASSURANCE COMPANY
3. THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA [ 1 ]

MEMBERS OF THE
AMERICAN INTERNATIONAL GROUP, INC
EXECUTIVE OFFICES
70 PINE STREET
NEW YORK, N.Y.

COVERAGE IS PROVIDED IN THE COMPANY DESIGNATED BY NUMBER A STOCK INSURANCE COMPANY (HEREIN CALLED THE COMPANY)

PRODUCER NO: 21671
HALL, FRANK B & COMPANY
1000 CASHCO TOWR/8 GREEN-
WAY PLAZA
HOUSTON           TX 77046-0000

BRANCH ___
DIVISION ___
DEPARTMENT ___

NAMED INSURED  E-Z SERVE, INCORPORATED

MAILING ADDRESS  4001 AIRPORT FREEWAY
BEDFORD                    TX 75261-0000

POLICY PERIOD: From        02/01/88        To        02/01/89
12:01 A.M. Standard Time at your mailing address shown above

BUSINESS DESCRIPTION  REFINER &DIST.OIL PR

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED, THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT

| | PREMIUM |
|---|---|
| Boiler and Machinery Coverage Part | $ |
| Commercial Auto Coverage Part | $ |
| Commercial Crime Coverage Part | $ |
| Commercial General Liability Coverage Part | $ |
| Commercial Inland Marine Coverage Part | $ |
| Commercial Property Coverage Part | $ |
| Farm Coverage Part | $ |
| TOTAL | $ |

Premium shown is payable: $          at inception.

Forms applicable to all Coverage Parts:        SEE ATTACHED SCHEDULE.
                                                (Show numbers)

COUNTERSIGNED _____ BY _____
              (Date)              (Authorized Signature)

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

Secretary
National Union Fire Insurance Company of Pittsburgh PA.
American Home Assurance Company
The Insurance Company Of The
State Of Pennsylvania

President
National Union Fire Insurance
Company of Pittsburgh, PA.

Copyright. Insurance Services Office, Inc, 19. ` 1984

EZSERVE000126

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal epresentative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1982, 1983

EZSERVE000127

| 1. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH A STOCK COMPANY | 2. AMERICAN HOME ASSURANCE COMPANY A STOCK COMPANY | 3. THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA A STOCK COMPANY |
|---|---|---|



Member Companies of
American International Group

EXECUTIVE OFFICES

70 PINE STREET, NEW YORK, N.Y. 10270

[ 1 ] COVERAGE IS PROVIDED IN THE COMPANY DESIGNATED BY NUMBER (HEREIN CALLED THE COMPANY).

## COMMERCIAL GENERAL LIABILITY DECLARATIONS

**POLICY NO.** GL 116-93-65 RA

**NAMED INSURED** E-Z SERVE, INCORPORATED

**MAILING ADDRESS** 4001 AIRPORT FREEWAY

BEDFORD        TX 75261-0000

**POLICY PERIOD: From** 02/01/88        to        02/01/89        at

### 12:01 A.M. Standard Time at your mailing address shown above

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| GENERAL AGGREGATE LIMIT (Other Than Prod-Comp Operations) | $ | 2,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ | 1,000,000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $ | 1,000,000 |
| EACH OCCURRENCE LIMIT | $ | 1,000,000 |
| FIRE DAMAGE LIMIT | $ | 50,000 Any One Fire |
| MEDICAL EXPENSE LIMIT | $ | 5,000 Any One Person |

**Forms Of Business:** ☐ Individual  ☐ Partnership  ☐ Joint Venture  ☒ Organization
(Other than Partnership or Joint Venture)

**Business Description:** REFINER &DIST.OIL PR

**Location Of All Premises You Own, Rent or Occupy:** SEE ATTACHED SCHEDULE

| CLASSIFICATION | CODE NO. | PREMIUM BASIS | RATE. | ADVANCE PREMIUM | |
|---|---|---|---|---|---|
| | | | | PR/CO | ALL OTHER |
| SEE ATTACHED SCHEDULE | | | | | |

Premium shown is payable: $            at inception.        **TOTAL: $** ▮▮▮▮

**ENDORSEMENTS ATTACHED TO THIS POLICY:** SEE ATTACHED SCHEDULE.

**COUNTERSIGNED** ———— **BY** ————

(Date)        (Authorized Representative)

Copyright. Insurance Services Office, Inc., 1983, 1984

EZSERVE000128

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifing as such under SECTION II – WHO IS AN INSURED. Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION V – DEFINITIONS.

## SECTION I - COVERAGES

### COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement.**

- **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B. This insurance applies only to "bodily injury" and "property damage" which occurs during the policy period. The "bodily injury" or "property damage" must be caused by an "occurrence." The "occurrence" must take place in the "coverage territory." We will have the right and duty to defend any "suit" seeking those damages. But:

  (1) The amount we will pay for damages is limited as described in SECTION III – LIMITS OF INSURANCE;

  (2) We may investigate and settle any claim or "suit" at our discretion; and

  (3) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

- **b.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury."

- **c.** "Property damage" that is loss of use of tangible property that is not physically injured shall be deemed to occur at the time of the "occurrence" that caused it.

**2. Exclusions.**

This insurance does not apply to:

- **a.** "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

- **b.** "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

  (1) Assumed in a contract or agreement that is an "insured contract;" or

  (2) That the insured would have in the absence of the contract or agreement.

- **c.** "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

  (1) Causing or contributing to the intoxication of any person;

  (2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

  (3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

  This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

- **d.** Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

- **e.** "Bodily injury" to:

  (1) An employee of the insured arising out of and in the course of employment by the insured; or

  (2) The spouse, child, parent, brother or sister of that employee as a consequence of (1) above.

  This exclusion applies:

  (1) Whether the insured may be liable as an employer or in any other capacity; and

  (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

  This exclusion does not apply to liability assumed by the insured under an "insured contract."

Copyright, Insurance Services Office, Inc., 1982, 1984

EZSERVE000129

f. (1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, release or escape of pollutants:

(a) At or from premises you own, rent or occupy;

(b) At or from any site or location used by or for you or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are at any time transported, handled, stored, treated, disposed of, or processed as waste by or for you or any person or organization for whom you may be legally responsible; or

(d) At or from any site or location on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations:

(i) if the pollutants are brought on or to the site or location in connection with such operations; or

(ii) if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the pollutants.

(2) Any loss, cost, or expense arising out of any governmental direction or request that you test for, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

g. "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading."

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent.

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment" (Section V.8).

h. "Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice or preparation for, a prearranged racing, speed or demolition contest or in any stunting activity.

i. "Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j. "Property damage" to:

(1) Property you own, rent, or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in your care, custody or control;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

k. "Property damage" to "your product" arising out of it or any part of it.

 Copyright, Insurance Services Office, Inc., 1982, 1984

l. "Property damage" to "your work" arising out of it or any part of it and included in the "products–completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor

m. "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work;" or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product;"

(2) "Your work;" or

(3) "Impaired property;"

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Exclusions c. through n. do not apply to damage by fire to premises rented to you. A separate limit of insurance applies to this coverage as described in SECTION III – LIMITS OF INSURANCE.

## COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS–COVERAGES A AND B. We will have the right and duty to defend any "suit" seeking those damages. But:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

(1) The amount we will pay for damages is limited as described in SECTION III – LIMITS OF INSURANCE;

(2) We may investigate and settle any claim or "suit" at our discretion; and

(3) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlement under Coverages A or B or medical expenses under Coverage C.

b. This insurance applies to "personal injury" only if caused by an offense:

(1) Committed in the "coverage territory" during the policy period; and

(2) Arising out of the conduct of your business excluding advertising, publishing, broadcasting or telecasting done by or for you.

c. This insurance applies to "advertising injury" only if caused by an offense committed:

(1) In the "coverage territory" during the policy period; and

(2) In the course of advertising your goods, products or services.

### 2. Exclusions.

This insurance does not apply to:

a. "Personal injury" or "advertising injury:"

(1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

(4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

b. "Advertising injury" arising out of:

(1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

(2) The failure of goods, products or services to conform with advertised quality or performance;

(3) The wrong description of the price of goods, products or services; or

EZSERVE000131

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

(4) An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

## COVERAGE C. MEDICAL PAYMENTS

### 1. Insuring Agreement.

a. We will pay medical expenses as described below for "bodily injury" caused by an accident

(1) On premises you own or rent;

(2) On ways next to premises you own or rent, or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions.

We will not pay expenses for "bodily injury:"

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an employee of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard."

g. Excluded under Coverage A.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

We will pay, with respect to any claim or "suit" we defend:

1. All expenses we incur.

2. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

3. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

4. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $100 a day because of time off from work.

5. All costs taxed against the insured in the "suit."

6. Pre-judgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any pre-judgment interest based on that period of time after the offer.

7. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

## SECTION II - WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

EZSERVE000132

c. An organization other than a partnership or joint venture, you are an insured. Your executive officers and directors are insuret but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

a. Your employees, other than your executive officers, but only for acts within the scope of their employment by you. However, none of these employees is an insured for:

(1) "Bodily injury" or "personal injury" to you or to a co-employee while in the course of his or her employment; or

(2) "Bodily injury" or "personal injury" arising out of his or her providing or failing to provide professional health care services; or

(3) "Property damage" to property owned or occupied by or rented or loaned to that employee, any of your other employees, or any of your partners or members (if you are a partnership or joint venture).

b. Any person (other than your employee), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-employee of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or t orm, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will be deemed to be a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits."

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C; and

b. Damages under Coverage A and Coverage B, except damages because of injury and damage included in the "products-completed operations hazard."

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of injury and damage included in the "products-completed operations hazard."

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

EZSERVE000133

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

5. Subject to 2. c. 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage A; and

b. Medical expenses under Coverage C because of all "bodily injury" and "property damage" arising out of any one "occurrence."

6. Subject to 5. above, the Fire Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises rented to you arising out of any one fire.

7. Subject to b. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The limits of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance

SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. Bankruptcy.

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. Duties In The Event Of Occurrence, Claim or Suit.

a. You must see to it that we are notified promptly of an "occurrence" which may result in a claim. Notice should include:

(1) How, when and where the "occurrence" took place; and

(2) The names and addresses of any injured persons and witnesses.

b. If a claim is made or "suit" is brought against any insured, you must see to it that we receive prompt written notice of the claim or "suit."

You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit;"

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation settlement or defense of the claim or "suit;" and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. Legal Action Against Us.

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a suit asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. Other insurance.

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. Primary Insurance

This insurance is primary except when below b. applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. Excess Insurance

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

(1) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work;"

(2) That is Fire insurance for premises rented to you; or

(3) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Coverage A (Section I),

Copyright, Insurance Services Office, Inc., 1982, 1984   CG 00 01 11 85

EZSERVE000134

When this insurance is excess, we will have no duty under Coverage A or B to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. Premium Audit.

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. Representations.

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. Separation Of Insureds.

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. Transfer Of Rights Of Recovery Against Others To Us.

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

SECTION V - DEFINITIONS

1. "Advertising injury" means injury arising out of one or more of the following offenses:

a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

b. Oral or written publication of material that violates a person's right of privacy;

c. Misappropriation of advertising ideas or style of doing business; or

d. Infringement of copyright, title or slogan.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment."

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada.

EZSERVE000135

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

c. All parts of the world if:

(1) The injury or damage arises out of:

(a) Goods or products made or sold by you in the territory described in a. above; or

(b) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

(2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement:

if such property can be restored to use by:

a. The repair, replacement, adjustment or removal of "your product" or "your work;" or

b. Your fulfilling the terms of the contract or agreement.

6. "Insured contract" means:

a. A lease of premises;

b. A sidetrack agreement;

c. An easement or license agreement in connection with vehicle or pedestrian private railroad crossings at grade;

d. Any other easement agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

e. An indemnification of a municipality as required by ordinance, except in connection with work for a municipality;

f. An elevator maintenance agreement; or

g. That part of any other contract or agreement pertaining to your business under which you assume the tort liability of another to pay damages because of "bodily injury" or "property damage" to a third person or organization, if the contract or

agreement is made prior to the "bodily injury" or "property damage". Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

An "insured contract" does not include that part of any contract or agreement:

a. That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(1) Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

(2) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

b. Under which the insured, if an architect, engineer or surveyor, assumes liability for injury or damage arising out of the insured's rendering or failing to render professional services, including those listed in a. above and supervisory, inspection or engineering services; or

c. That indemnifies any person or organization for damage by fire to premises rented or loaned to you.

7. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto;"

b. While it is in or on an aircraft, watercraft or "auto," or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

8. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent.

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

Copyright, Insurance Services Office, Inc., 1982, 1984  CG 00 01 11 85

EZSERVE000136

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a, b, c, or d above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a, b, c, or d above primarily maintained for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos."

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing;

(c) Street cleaning.

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning geophysical exploration, lighting and well servicing equipment.

9. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

10. "Personal injury" means injury, other than "bodily injury," arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution.

c. Wrongful entry into, or eviction of a person from, a room, dwelling or premises that the person occupies;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

e. Oral or written publication of material that violates a person's right of privacy.

11. a. "Products-completed operations hazard" includes all bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except.

(1) Products that are sdll in your physical possession; or

(2) Work that has not yet been completed or abandoned.

b. "Your work" will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed.

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

c. This hazard does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials;

(3) Products or operations for which the classification in this Coverage Part or in our manual of rules includes products or completed operations.

12. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property; or

b. Loss of use of tangible property that is not physically injured.

13. "Suit" means a civil proceeding in which damages because of "bodily injury," "property damage," "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes an arbitration proceeding alleging such damages to which you must submit or submit with our consent.

EZSERVE000137

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

14. "Your product" means.

a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(1) You;

(2) Others trading under your name; or

(3) A person or organization whose business or assets you have acquired; and

b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products

"Your product" includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in a. and b. above.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

15. "Your work" means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in a. or b. above.

Copyright, Insurance Services Office, Inc., 1982, 1984   CG 00 01 11 85

EZSERVE000138

COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TEXAS CHANGES

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

1. The CANCELLATION Common Policy Condition is replaced by the following:

    A. CANCELLATION

    1. You may cancel this Coverage Part by mailing or delivering to us advance written notice of cancellation.

    2. We may cancel this Coverage Part by mailing or delivering to you written notice of cancellation at least 45 days before the effective date of cancellation, except:

        a. Upon your failure to discharge your obligation in the payment of premium for the policy or any installment thereof, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit, we may cancel this Coverage Part t mailing written notice to you at leas: 0 days prior to the effective date of cancellation;

        b. Upon a substantial change in operations resulting in an increase in exposure within the control of the insured which would produce an increase in rate, we may cancel this Coverage Part by mailing written notice to you at least 10 days prior to the effective date of cancellation;

        c. Upon a determination by the State Board of Insurance that the continuation of the policy would violate or place us in violation of the Insurance Code, we may cancel this Coverage Part by mailing written notice to you at least 10 days prior to the effective date of cancellation;

        d. Where a company has been placed in supervision, conservatorship, or receivership, we may cancel this Coverage Part by mailing written notice to you at least 10 days prior to the effective date of cancellation upon approval or at the direction of the supervisor, conservator or receiver; or

        e. On a new policy, not a renewal in the same company, we may cancel within

    60 days of the initial effective date of the policy by mailing written notice to you at least 10 days prior to the effective date of cancellation.

    We may comply with this provision by requiring or permitting our agent to notify the policyholder. However, the responsibility of giving notice to you remains with us if the agent fails to carry out the instructions to notify you.

    3. We will mail or deliver our notice to your last mailing address known to us.

    4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

    5. If this Coverage Part is cancelled, we will send you any premium refund due. If we cancel, the refund will be pro rata. If you cancel, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

    6. If notice is mailed, proof of mailing will be sufficient proof of notice.

2. The following is added and supersedes any provision to the contrary:

    WHEN WE DO NOT RENEW

    If we decide not to renew this Coverage Part, we will mail or deliver to you written notice of the nonrenewal not less than 45 days before the expiration date except where a company has been placed in supervision, conservatorship, or receivership, we may decline renewal of this Coverage Part by mailing written notice to you at least 10 days before the expiration date upon approval or at the direction of the supervisor, conservator or receiver.

    We may comply with this provision by requiring or permitting our agent to notify the policyholder. However, the responsibility of giving notice to you remains with us if the agent fails to carry out the instructions to notify you.

    If notice is mailed, proof of mailing will be sufficient proof of notice.

CG 02 19 06 86          Copyright, Insurance Services Office, Inc., 1986

EZSERVE000139

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to exclusion f. of COVERAGE A (Section 1):

Subparagraphs (a) and (d)(i) of paragraph (1) of this exclusion do not apply to "bodily injury" or "property damage" caused by heat, smoke or fumes from a hostile fire. As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

EZSERVE000140

POLICY NUMBER: GL   116-93-65 RA                    COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CANCELLATION BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PROF .CTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

Number of Days   45

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

Paragraph 2. of CANCELLATION (Common Policy Conditions) is replaced by the following:

2. We may cancel this Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for non payment of premium; or

   b. The number of days shown in the Schedule before the effective date of cancellation if we cancel for any other reason.

CG 02 12 11 85      Copyright, Insurance Services Office, Inc., 1984

EZSERVE000141

COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury," "property damage," "advertising injury" or "personal injury" arising out of:

(a) the actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

(b) the negligent:

(i) employment;

(ii) investigation;

(iii) supervision;

(iv) reporting to the proper authorities, or failure to so report; or

(v) retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by (a) above.

CG 21 46 01 87     Copyright, Insurance Services Office, Inc., 1986

EZSERVE000142

POLICY NUMBER: GL   116-93-65 RA                           COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TEXAS CHANGES – EXPERIENCE RATING MODIFICATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

### SCHEDULE

Rating Date.        02/01/88
(If no date is entered, the Rating Date is the effective date of the policy.)

The rates for this insurance are subject to modification as of the Rating Date as shown in the Schedule, and if this policy is written for three years, the next two anniversary dates of the Rating Date. In each case the modification is to be in accordance with the Manual Rules and General Liability Experience Rating Plan approved for Texas and in effect as of the respective dates.

CG 01 13 11 85         Copyright. Insurance Services Office, Inc., 1984

EZSERVE000143

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
(Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage:"

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material," if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste " at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an "insured;" or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" include radioactive, toxic or explosive properties;

   "Nuclear material" means "source material," "Special nuclear material" or "by-product material;"

   "Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor;"

EZSERVE000144

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESS AUTO COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

IL 00 03 11 85          Copyright, Insurance Services Office, Inc., 1983
                        Copyright, ISO Commercial Risk Services, Inc., 1983

EZSERVE000145

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

"Nuclear facility" means:

(a) Any "nuclear reactor;"

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste;"

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;"

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

   Copyright, Insurance Services Office, Inc., 1983, 1984   IL 00 21 11 85

EZSERVE000146

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TEXAS CHANGES – CONDITIONS REQUIRING NOTICE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

With regard to Bodily Injury and Property Damage Liability, unless we are prejudiced by the insured's or your failure to comply with the requirement, any provision of this Coverage Part requiring you or any insured to give notice of occurrence, claim or suit, or forward demands, notices, summonses or legal papers in connection with a claim or suit, will not bar liability under this Coverage Part.

EZSERVE000147

## ENDORSEMENT

This endorsement, effective    12:01    A. M.   2-1-88                    forms a part of

policy No.      GL  116 93 65      issued to   E-Z Serve, Inc.

by        National Union Fire Insurance Company of Pittsburgh, Pa.

### NAMED INSUREDS:

E-Z SERVE, Inc., ETAL TO INCLUDE

a)  E-Z SERVE REFINING, INC.

b)  E-Z SERVE OF CALIFORNIA, INC.

c)  ALOHA PETROLEUM, LTD.

d)  AMBER REFINING, INC.

e)  AMBER PIPELINE COMPANY

f)  E-Z SERVE OF LOUISIANA, INC.

g)  E-Z SERVE OF CALIFORNIA, INC. DBA AMBER TRANSPORTATION

019-117-3-25/A9

_____

Authorized Representative

EZSERVE000148

e 1:22-cv-00372-JAO-WRP   Document 57-7   Filed 06/02/23   Page 26 of 38   PageID.1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Coverage | Amount and Basis of Deductible | |
|---|---|---|
| Bodily Injury Liability | $ ----- | per claim |
| | $ ----- | per occurrence |
| Property Damage Liability | $ ----- | per claim |
| | $ ----- | per occurrence |
| Bodily Injury Liability and Property Damage Liability Combined | $ 500. | per claim |
| | $ --- | per occurrence |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

APPLICATION OF ENDORSEMENT (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):–

Products/Completed Operations Only for Additional
Insureds or Vendors form.

1. Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages, and the limits of insurance applicable to "each occurrence" for such coverages will be reduced by the amount of such deductible. "Aggregate" limits for such coverages shall not be reduced by the application of such deductible amount.

2. The deductible amounts stated in the Schedule apply as follows:

    A. PER CLAIM BASIS – if the deductible is on a "per claim" basis, the deductible amount applies:

       1. Under the Bodily Injury Liability or Property Damage Liability Coverage, respectively:

          a. To all damages because of "bodily injury" sustained by one person, or

          b. To all damages because of "property damage" sustained by one person or organization, as the result of any one "occurrence."

2. Under Bodily Injury Liability and Property Damage Liability Coverage combined to all damages because of "bodily injury" and "property damage sustained by one person or organization as the result of any one "occurrence."

B. PER OCCURRENCE BASIS – If the deductible is on a "per occurrence" basis, the deductible amount applies:

    1. Under the Bodily Injury Liability or Property Damage Liability Coverage, respectively:

       a. To all damages because of "bodily injury" as the result of any one "occurrence," or

       b. To all damages because of "property damage" as the result of any one "occurrence."

       regardless of the number of persons or organizations who sustain damages because of that "occurrence"

CG 03 00 11 85        Copyright, Insurance Services Office, Inc., 1984        Page 1 of 2

EZSERVE000149

2. Under Bodily Injury Liability and Property Damage Liability Coverage combined to all damages because of "bodily injury" and "property damage" as the result of any one "occurrence" regardless of the number of persons or organizations who sustain damages because of that "occurrence."

3. The terms of this insurance, including those with respect to:

   (a) Our right and duty to defend any "suits" seeking those damages; and

   (b) Your duties in the event of an "occurrence," claim, or suit

      apply irrespective of the application of the deductible amount.

4. We may pay any part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

   Copyright, Insurance Services Office, Inc., 1984   CG 03 00 11 85   □

EZSERVE000150

POLICY NUMBER:   GL 116 93 65                                    COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED — VENDORS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

Name of Person or Organization (Vendor): 1.   U 'Tote' M Division of Fairmont Foods Co.
                                          2.   Gibson Products Co., Inc. of Denton
Your Products:                            3.   Gibson Products Co., Inc. of Gainsville

1.   Gasoline
2.   Gasoline
3.   Gasoline

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations
as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to
include as an insured any person or organization
(referred to below as "vendor") shown in the
Schedule, but only with respect to "bodily injury" or
"property damage" arising out of "your products"
shown in the Schedule which are distributed or sold in
the regular course of the vendor's business, subject to
the following additional provisions:

1. The insurance afforded the vendor does not apply
   to:

   a. "Bodily injury" or "property damage" for
      which the insured is obligated to pay dam-
      ages by reason of the assumption of liability in
      a contract or agreement. This exclusion does
      not apply to liability for damages that the
      insured would have in the absence of the con-
      tract or agreement;

   b. Any express warranty unauthorized by you;

   c. Any physical or chemical change in the pro-
      duct made intentionally by the vendor;

   d. Repackaging, unless unpacked solely for the
      purpose of inspection, demonstration, test-
      ing, or the substitution of parts under instruc-
      tions from the manufacturer, and then re-
      packaged in the original container;

   e. Any failure to make such inspections, adjust-
      ments, tests or servicing as the vendor has
      agreed to make or normally undertakes to
      make in the usual course of business, in con-
      nection with the distribution or sale of the
      products;

   f. Demonstration, installation, servicing or re-
      pair operations, except such operations per-
      formed at the vendor's premises in connec-
      tion with the sale of the product;

   g. Products which, after distribution or sale by
      you, have been labeled or relabeled or used as
      a container, part or ingredient of any other
      thing or substance by or for the vendor.

2. This insurance does not apply to any insured per-
   son or organization, from whom you have acquir-
   ed such products, or any ingredient, part or con-
   tainer, entering into, accompanying or containing
   such products.

5-4 A9/kg

CG 20 15 11 85              Copyright, Insurance Services Office, Inc., *984.                    □

EZSERVE000151

## ENDORSEMENT

This endorsement, effective   12:01   A. M.   2-1-88                    forms a part of

policy No.        GL 116 93 65          issued to    E-Z Serve, Inc.

by              National Union Fire Insurance Company of Pittsburgh, Pa.

It is hereby agreed & understood that this policy doesn't include coverage of
any exposures which are also covered under Policy #GL 116 93 66.

5-4 A8
3-24-88/kg

Authorized Representative

EZSERVE000152

ENDORSEMENT

This endorsement, effective 12:01    A. M.    2-1-88                                    forms a part of

policy No. GL 116 93 65    issued to    E-Z Serve, Inc.

by    National Union Fire Insurance Company of Pittsburgh, Pa.

### Employee Bodily Injury Exclusion

It is agreed that exclusion (e) relating to bodily injury to any employee is
replaced by the following:

(e)  to "bodily injury" to:

    (1) an employee of the insured arising out of and in the course of
        employment by the insured;

    (2) a past, present or prospective employee of the insured, arising
        from any employment action, practice or policy of the insured
        including but not limited to that on hiring or firing, promotion
        of demotion, performance evaluation, compensation, disciplinary
        action, retirement, layoff or transfer, or

    (3) any relative or member of the family of that past, present, or
        prospective employee as a consequence of (1) or (2) above.

This exclusion applies:

    (1) whether the insured is or may be held liable as a employer or in any
        other capacity; and

    (2) to any obligation to share damages with or repay someone else who
        must pay damages because of the injury.

019-117-3-45 A5
3-24-88/kg

AUTHORIZED REPRESENTATIVE

EZSERVE000153

## ENDORSEMENT

This endorsement, effective 12:01     A. M.   2-1-88                     forms a part of

policy No. GL 116 93 65     issued to     E-Z Serve, Inc.

by   National Union Fire Insurance Company of Pittsburgh, Pa.

## ASBESTOS EXCLUSION ENDORSEMENT

It is hereby understood and agreed that such insurance as is afforded by the company, policy #GL 116 93 65 for bodily injury liability and property damage liability is subject to the following exclusions:

This insurance does not apply to any liability for property damage, bodily injury, sickness, disease, occupational disease, disability, shock, death, mental anguish and mental injury at any time arising out of the manufacture of, mining of, use of, sales of, installation of, distribution of, or exposure to asbestos products, asbestos fibers or asbestos dust, or to any obligation of the Insured to indemnify any party because of damages arising out of such property damage, bodily injury, sickness, disease, occupational disease, disability, shock, death, mental anguish or mental injury at any time as a result of the manufacture of, mining of, use of, sales of, installation of, distribution of, or exposure to asbestos products, asbestos fibers or asbestos dust.

It is further understood and agreed that the insurance carrier is not obligated to defend any suit or claim against the Insured alleging bodily injury or property damages and seeking damages, if such suit or claim arises from bodily injury or property damage resulting from or contributed to, by any and all manufacture of, mining of, use of, sales of, installation of, removal of, distribution of, or exposure to asbestos products, asbestos fibers or asbestos dust.

019-117-3-45 A6
3-24-88/kg

**AUTHORIZED REPRESENTATIVE**

EZSERVE000154

en

## ENDORSEMENT

This endorsement, effective   12:01 A.M.   2-1-88                                     forms a part of

policy No. GL116 93 65   issued to     E-Z SERVE,INC.

by      NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,PA.

IN CONSIDERATION OF NO CHANGE INPREMIUM IT IS AGREED THAT THERE IS
NO COVERAGE FOR POLLUTION AS REGARDS THE FOLLOWING:

NON- SUDDEN OR GRADUAL EMISSIONS OF POLLUTANTS (OTHER THAN WASTE):

A. ARISING OUT OF THE PRODUCTS/COMPLETED OPERATIONS HAZARD;

B. OCCURRING AWAY FROM INSURED PREMISES IN CONNECTION WITH ON GOING
   OPERATIONS IF:

   (1) THE POLLUTANTS WERE NOT BROUGHT ON THE SITE IN CONNECTION WITH
       OPERATIONS,AND

   (2) OPERATIONS DO NOT INVOLVE THE CLEAN UP, CONTAINMENT,ETC. OF
       POLLUTANTS.

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.

AUTHORIZED REPRESENTATIVE

EZSERVE000155

## ENDORSEMENT

This endorsement, effective          12:01   A.   M.   2-1-88

policy No          CLA 116 93 E5          issued to E-Z SERVE, INC.

by          NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

BRANCH      51
DIVISION  059          forms a part of
DEPARTMENT 09
MAJOR PRODUCT  24. G.
BROKER   Frank B. Neel

It is hereby agreed that the following Changes be made to the policy:

Amending the Named Insured Endorsement, see attached.

Amending the Commercial General Liability Declarations Page to change Fire Damage
Limit to read, $100,000 Any One Fire, in lieu of $50,000.

Adding Additional Insured Endorsement, see attached.

Adding Blanket Waiver of Subrogation, see attached.

Amending the Mailing Address to the following:

P. O. Box 612007
Dallas, TX 75261

G119-117-3-446025
B9761 5-13-88

Authorized Representative

EZSERVE000156

## ENDORSEMENT

This endorsement, effective    12:01   A.   M.    2-1-88

policy No    GLA 116 93 65    issued to    E-Z SERVE, INC.

by    NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,

### BLANKET ADDITIONAL INSURED ENDORSEMENT

BRANCH   31   forms a part of

DIVISION 0 3'9   DEPARTMENT 09

MAJOR PRODUCT

BROKER   Frank B. Hill

COMMISSION

IT IS AGREED THT THE UNQUALIFIED WORD "INSURED" WHERE USED INCLUDES ANY PERSON OR ORGANIZATION TO WHOM WHICH THE NAMED INSURED IS OBLIGATED BY VIRTUE OF A WRITTEN CONTRACT TO NAME SUCH PERSON OR ORGANIZATION AS INSURED, BUT ONLY WITH RESPECTS TO OPERATIONS PERFORMED BY THE NAMED INSURED UNDER THE TERMS OF SAID CONTRACT.

019-117-3-35/88
BV/bf 5-13-88

Authorized Representative

EZSERVE000157

ENDORSEMENT

This endorsement, effective · 12:01· A.· .M.· · 2-1-88·

policy No.  GL 1169365    issued to · E-Z SERVE, INC. · · .

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

IT IS UNDERSTOOD AND AGREED THAT THE NAMED INSURED ENDORSEMENT
IS AMENDED TO ADD THE FOLLOWING AS PART OF THE NAMED INSURED:

BRANCH  3/
DIVISION  OJ9          forms a part of
                        DEPARTMENT 09
MAJOR PRODUCT  GL
BROKER  Thick S Hill

CRYSTAL ACQUISITION CO., INC.
    ( A DELAWARE CORP.)

AUTHORIZED REPRESENTATIVE

EZSERVE000158

## ENDORSEMENT

This endorsement, effective    12:01   A M.    7-1-88

policy No.   GLA 116-93-85    issued to    E-Z SERVE, INC.

by   NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

BRANCH 31    forms a part of

DIVISION 059    DEPARTMENT 09

MAJOR PRODUCT 24 · G4

BROKER

COMMISSION

NAMED INSURED
E-Z SERVE HOLDING COMPANY, INC.
AND ITS SUBSIDIARIES
2/1/88-89

E-Z SERVE HOLDING COMPANY, INC. (A DELAWARE CORPORATION)

E-Z Serve, Inc.
(A Delaware Corporation) A Wholly-Owned Subsidiary of E-Z Serve
Holding Company, Inc.
E-Z Serve Refining, Inc.
(A Texas Corporation)
Rib & Brisket, Inc.
(A Texas Corporation)
E-Z Serve of Louisiana, Inc.
(A Texas Corporation)
Amber Pipeline Company
(A Texas Corporation)
Amberlands, Inc.
(A Texas Corporation)
Amberex Corporation
(A Texas Corporation) A 90% Subsidiary
Amberex Securities Corporation
(Texas Corporation) A Wholly-Owned Subsidiary of Amberex
Corporation
Amber Refining, Inc.
(A North Carolina Corporation)
E-Z Serve of California
(A California Corporation)
Aloha Petroleum, Ltd.
(A Hawaii Corporation)
Rainbow Petroleum, Ltd.
(A Hawaii Corporation) A Wholly-Owned Subsidiary of Aloha
Petroleum, Ltd.
E-Z Serve California, Inc., dba Amber Transportation

AUTHORIZED REPRESENTATIVE

019-117-3-44/B24
BW/bf 5-13-88

EZSERVE000159

## ENDORSEMENT

This endorsement, effective     12:01     A     M:   2-1-89

policy No.    CLA 116-D3-65        issued to   E-Z SERVE, INC.

by     NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.L.

BRANCH ____ 31 ____ forms a part of ___

DIVISION   057   DEPARTMENT 09

MANAGER: ____ 2x-GL

BROKER: ____ Frank B. Hall

COMMISSION ____

### WAIVER OF SUBROGATION

IT IS UNDERSTOOD AND AGREED THAT THE COMPANY, IN THE EVENT OF ANY PAYMENT UNDER THIS POLICY, WAIVES ITS RIGHT OF RECOVERY AGAINST ANY PRINCIPAL, BUT ONLY AT THE SPECIFIC WRITTEN REQUEST OF THE NAM        NED EITHER BEFORE OR AFTER LOSS, WHEREIN SUCH WAIVER HAD BEEN INCLUDED        OSS AS PART OF A CONTRACTUAL UNDERTAKING BY THE NAMED INSURED.

THIS WAIVER SHALL APPLY ONLY WITH RESPECT TO LOSSES OCCURRING DUE TO OPERATIONS UNDERTAKEN AS PER THE SPECIFIC CONTACT EXISTING BETWEEN THE NAMED INSURED AND SUCH PRINCIPAL AND SHALL NOT BE CONSTRUED TO BE A WAIVER WITH RESPECT TO OTHER OPERATIONS OF SUCH PRINCIPAL IN WHICH THE NAMED INSURED HAS NO CONTRACTUAL INTEREST.

NO WAIVER OF SUBROGATION SHALL DIRECTLY OR INDIRECTLY APPLY TO ANY EMPLOYEE OR EMPLOYEES OF EITHER THE NAMED INSURED OR OF THE PRINCIPAL, AND THE COMPANY RESERVES ITS RIGHT OR LIEN TO BE REIMBURSED FROM ANY RECOVERY FUNDS OBTAINED BY ANY INJURED EMPLOYEE.

THIS WAIVER DOES NOT APPLY IN ANY JURISDICTION OR SITUATION WHERE SUCH WAIVER IS HELD TO BE ILLEGAL OR AGAINST PUBLIC POLICY OR IN ANY SITUATION WHEREIN THE PRINCIPAL AGAINST WHOM SUBROGATION IS TO BE WAIVED IS FOUND TO BE SOLELY NEGLIGENT.

IT IS FURTHER AGREED THAT THE ABOVE WAIVER OF SUBROGATION APPLIES TO THE FOLLOWING ONLY:   WHERE REQUIRED BY WRITTEN CONTRACT.

U19-137-3-25/A6
BV/bf 5-13-82

Authorized Representative

EZSERVE000160

**ENDORSEMENT** #

BRANCH _3/_

This endorsement effective   12: 01  A.M.    02/01/88   DIVISION _59_

policy No. GL    116-93-65 RA     issued to    E~Z SERVE, INCORPORATED     _64 - 74_

BY    NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

COMMISSION

IN CONSIDERATION OF ▮▮▮▮▮ RETURN PREMIUM IT IS HEREBY AGREED
POLICY IS AMENDED TO APPLY A 1% CREDIT FOR EACH OF THE FOLLOWING
ENDORSEMENTS.
ASBESTOS EXCLUSION ENDORSEMENT
EMPLOYEE BODILY INJURY EXCLUSION ENDORSEMENT

08/12/88

_____
Authorized Representative

EZSERVE000161