# EXHIBIT 6

GL 116 93 66 9 E-Z SERVE 59 (1) 65 2/89

22-cv-00372-JAO-WRP Document 57-8 Filed 06/02/23 Page 2 of 65 PageI

## COMMON POLICY DECLARATIONS

**POLICY NO. GL 116-93-66 RA**
**RENEWAL OF:** NEW
1. NATIONAL UNION FIRE INSURANCE
   COMPANY OF PITTSBURGH, PA.
2. AMERICAN HOME ASSURANCE COMPANY
3. THE INSURANCE COMPANY OF THE
   STATE OF PENNSYLVANIA

MEMBERS OF THE
AMERICAN INTERNATIONAL GROUP, INC.
EXECUTIVE OFFICES
70 PINE STREET
NEW YORK, N.Y.

☐ 1 COVERAGE IS PROVIDED IN THE
COMPANY DESIGNATED BY NUMBER
A STOCK INSURANCE COMPANY
(HEREIN CALLED THE COMPANY)

**PRODUCER NO:** 21671
HALL, FRANK B & COMPANY
1000 CASHCO TOWR/8 GREEN-
WAY PLAZA
HOUSTON          TX 77046-0000

BRANCH _____ 31
REGION 059          DEPARTMENT 07

PRODUCER *(handwritten)*

BROKER *(handwritten)*

COMMISSION 02/01/87          At

**NAMED INSURED** E-Z SERVE, INC.

**MAILING ADDRESS** 4001 AIRPORT FREEWAY
BEDFORD          TX 75261-0000

**POLICY PERIOD: From** 02/01/88 **To** _____
12:01 A.M. Standard Time at your mailing address shown above

**BUSINESS DESCRIPTION** REFINER & DIST.OIL P

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A
PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT

| | PREMIUM |
|---|---|
| Boiler and Machinery Coverage Part | $ |
| Commercial Auto Coverage Part | $ |
| Commercial Crime Coverage Part | $ |
| Commercial General Liability Coverage Part | $ |
| Commercial Inland Marine Coverage Part | $ |
| Commercial Property Coverage Part | $ |
| Farm Coverage Part | $ |
| **TOTAL** | $ |
| **SURCHARGE** | $ |

Premium shown is payable: $ _____ at inception.

Forms applicable to all Coverage Parts: **SEE ATTACHED SCHEDULE.**
(Show numbers)

**COUNTERSIGNED** _____ BY _____
(Date)                    (Authorized Signature)

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by
state law, this policy shall not be valid unless countersigned by our authorized representative.

*(signature)*
Secretary
National Union Fire Insurance Company of Pittsburgh PA.
American Home Assurance Company
The Insurance Company Of The
State Of Pennsylvania

*(signature)*
President
National Union Fire Insurance
Company of Pittsburgh, PA.

Copyright. Insurance Services Office, Inc., 1983, 1984

EZSERVE000163

| 1. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH A STOCK COMPANY | 2. AMERICAN HOME ASSURANCE COMPANY A STOCK COMPANY  Member Companies of American International Group EXECUTIVE OFFICES 70 PINE STREET, NEW YORK, N.Y. 10270 | 3. THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA A STOCK COMPANY COVERAGE IS PROVIDED IN THE COMPANY DESIGNATED BY NUMBER (HEREIN CALLED THE COMPANY) |

## COMMERCIAL GENERAL LIABILITY DECLARATIONS

**POLICY NO.** G. 116-93-66 RA

**NAMED INSURED**  E-Z SERVE, INC.

**MAILING ADDRESS**  4001 AIRPORT FREEWAY

BEDFORD    TX 75261-0000

**POLICY PERIOD: From**  02/01/88    **to**  02/01/89    **at**

### 12:01 A.M. Standard Time at your mailing address shown above

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| GENERAL AGGREGATE LIMIT (Other Than Prod-Comp Operations) | $ | 2,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ | 1,000,000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $ | 1,000,000 |
| EACH OCCURRENCE LIMIT | $ | 1,000,000 |
| FIRE DAMAGE LIMIT | $ | 50,000 Any One Fire |
| MEDICAL EXPENSE LIMIT | $ | 5,000 Any One Person |

**Forms Of Business:**  ☐ Individual  ☐ Partnership  ☐ Joint Venture  ☒ Organization (Other than Partnership or Joint Venture)

**Business Description:**  REFINER & DIST.OIL P

**Location Of All Premises You Own, Rent or Occupy:**  SEE ATTACHED SCHEDULE

| CLASSIFICATION | CODE NO. | PREMIUM BASIS | RATE. | ADVANCE PREMIUM | |
|---|---|---|---|---|---|
| | | | | PR/CO | ALL OTHER |
| SEE ATTACHED SCHEDULE | | | | | |

Premium shown is payable: $          at inception.        **TOTAL: $**

**ENDORSEMENTS ATTACHED TO THIS POLICY:**  SEE ATTACHED SCHEDULE.

**COUNTERSIGNED**  ———  (Date)  **BY**  ———  (Authorized Representative)

Copyright. Insurance Services Office, Inc., 1983, 1984

EZSERVE000164

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "you" refer to Named Insured in shown the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under SECTION II – WHO IS AN INSURED. Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION V – DEFINITIONS.

## SECTION I - COVERAGES

### COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement.**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B. This insurance applies only to "bodily injury" and "property damage" which occurs during the policy period. The "bodily injury" or "property damage" must be caused by an "occurrence." The "occurrence" must take place in the "coverage territory." We will have the right and duty to defend any "suit" seeking those damages. But:

(1) The amount we will pay for damages is limited as described in SECTION III – LIMITS OF INSURANCE;

(2) We may investigate and settle any claim or "suit" at our discretion; and

(3) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

b. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury."

c. "Property damage" that is loss of use of tangible property that is not physically injured shall be deemed to occur at the time of the "occurrence" that caused it.

**2. Exclusions.**

This insurance does not apply to:

a. "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) Assumed in a contract or agreement that is an "insured contract;" or

(2) That the insured would have in the absence of the contract or agreement.

c. "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

e. "Bodily injury" to:

(1) An employee of the insured arising out of and in the course of employment by the insured; or

(2) The spouse, child, parent, brother or sister of that employee as a consequence of (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract."

EZSERVE000165

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

l. "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damage work or the work out of which the damage arises was performed on your behalf by a subcontractor

m. "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work;" or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product;"

(2) "Your work;" or

(3) "Impaired property;"

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Exclusions c. through n. do not apply to damage by fire to premises rented to you. A separate limit of insurance applies to this coverage as described in SECTION III – LIMITS OF INSURANCE.

COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY

1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS–COVERAGES A AND B. We will have the right and duty to defend any "suit" seeking those damages. But:

(1) The amount we will pay for damages is limited as described in SECTION III – LIMITS OF INSURANCE;

(2) We may investigate and settle any claim or "suit" at our discretion; and

(3) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlement under Coverages A or B or medical expenses under Coverage C.

b. This insurance applies to "personal injury" only if caused by an offense:

(1) Committed in the "coverage territory" during the policy period; and

(2) Arising out of the conduct of your business excluding advertising, publishing, broadcasting or telecasting done by or for you.

c. This insurance applies to "advertising injury" only if caused by an offense committed:

(1) In the "coverage territory" during the policy period; and

(2) In the course of advertising your goods, products or services.

2. Exclusions.

This insurance does not apply to:

a. "Personal injury" or "advertising injury:"

(1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

(4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

b. "Advertising injury" arising out of:

(1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

(2) The failure of goods, products or services to conform with advertised quality or performance;

(3) The wrong description of the price of goods, products or services; or

EZSERVE000166

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

f. (1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, release or escape of pollutants:

    (a) At or from premises you own, rent or occupy;

    (b) At or from any site or location used by or for you or others for the handling, storage, disposal, processing or treatment of waste;

    (c) Which are at any time transported, handled, stored, treated, disposed of, or processed as waste by or for you or any person or organization for whom you may be legally responsible; or

    (d) At or from any site or location on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations:

        (i) if the pollutants are brought on or to the site or location in connection with such operations; or

        (ii) if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the pollutants.

(2) Any loss, cost, or expense arising out of any governmental direction or request that you test for, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

g. "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading."

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent.

(2) A watercraft you do not own that is:

    (a) Less than 26 feet long; and

    (b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment" (Section V.8).

h. "Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice or preparation for, a prearranged racing, speed or demolition contest or in any stunting activity.

i. "Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j. "Property damage" to:

(1) Property you own, rent, or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in your care, custody or control;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products–completed operations hazard."

k. "Property damage" to "your product" arising out of it or any part of it.

     Copyright, Insurance Services Office, Inc., 1982, 1984     CG 00 01 11 85

EZSERVE000167

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

(4) An offense committed by an insured
whose business is advertising, broad-
casting, publishing or telecasting.

**COVERAGE C. MEDICAL PAYMENTS**

**1. Insuring Agreement.**

a. We will pay medical expenses as de-
scribed below for "bodily injury" caused
by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or
rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "cover-
age territory" and during the policy pe-
riod;

(2) The expenses are incurred and reported
to us within one year of the date of the
accident; and

(3) The injured person submits to exam-
ination, at our expense, by physicians of
our choice as often as we reasonably
require.

b. We will make these payments regardless
of fault. These payments will not exceed
the applicable limit of insurance. We will
pay reasonable expenses for:

(1) First aid at the time of an accident;

(2) Necessary medical, surgical, x-ray and
dental services, including prosthetic de-
vices; and

(3) Necessary ambulance, hospital, profes-
sional nursing and funeral services.

**2. Exclusions.**

We will not pay expenses for "bodily injury:"

a. To any insured.

b. To a person hired to do work for or on
behalf of any insured or a tenant of any
insured.

c. To a person injured on that part of
premises you own or rent that the person
normally occupies.

d. To a person, whether or not an employee
of any insured, if benefits for the "bodily
injury" are payable or must be provided
under a workers compensation or disability
benefits law or a similar law.

e. To a person injured while taking part in
athletics.

f. Included within the "products-completed
operations hazard."

g. Excluded under Coverage A.

h. Due to war, whether or not declared, or
any act or condition incident to war. War
includes civil war, insurrection, rebellion or
revolution.

**SUPPLEMENTARY PAYMENTS - COVERAGES
A AND B**

We will pay, with respect to any claim or "suit"
we defend:

1. All expenses we incur.

2. Up to $250 for cost of bail bonds required
because of accidents or traffic law violations
arising out of the use of any vehicle to
which the Bodily Injury Liability Coverage
applies. We do not have to furnish these
bonds.

3. The cost of bonds to release attachments,
but only for bond amounts within the appli-
cable limit of insurance. We do not have
to furnish these bonds.

4. All reasonable expenses incurred by the in-
sured at our request to assist us in the in-
vestigation or defense of the claim or "suit,"
including actual loss of earnings up to $100
a day because of time off from work.

5. All costs taxed against the insured in the
"suit"

6. Pre-judgment interest awarded against the
insured on that part of the judgment we pay.
If we make an offer to pay the applicable
limit of insurance, we will not pay any pre-
judgment interest based on that period of
time after the offer.

7. All interest on the full amount of any
judgment that accrues after entry of the
judgment and before we have paid, offered
to pay, or deposited in court the part of the
judgment that is within the applicable limit
of insurance.

These payments will not reduce the limits of
insurance.

**SECTION II - WHO IS AN INSURED**

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are
insureds, but only with respect to the
conduct of a business of which you are
the sole owner.

b. A partnership or joint venture, you are
an insured. Your members, your partners,
and their spouses are also insureds, but
only with respect to the conduct of your
business.

      Copyright, Insurance Services Office, Inc., 1982, 1984   CG 00 01 11 85

EZSERVE000168

c. An organization other than a partnership or joint venture, you are an insured. Your executive officers and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

. Your employees, other than your executive officers, but only for acts within the scope of their employment by you. However, none of these employees is an insured for:

(1) "Bodily injury" or "personal injury" to you or to a co-employee while in the course of his or her employment; or

(2) "Bodily injury" or "personal injury" arising out of his or her providing or failing to provide professional health care services; or

(3) "Property damage" to property owned or occupied by or rented or loaned to that employee, any of your other employees, or any of your partners or members (if you are a partnership or joint venture).

b. Any person (other than your employee), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-employee of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will be deemed to be a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits."

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C; and

b. Damages under Coverage A and Coverage B, except damages because of injury and damage included in the "products-completed operations hazard."

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of injury and damage included in the "products-completed operations hazard."

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

EZSERVE000169

When this insurance is excess, we will have no duty under Coverage A or B to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. Premium Audit.

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. Representations.

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. Separation Of Insureds.

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. Transfer Of Rights Of Recovery Against Others To Us.

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

SECTION V - DEFINITIONS

1. "Advertising injury" means injury arising out of one or more of the following offenses:

a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

b. Oral or written publication of material that violates a person's right of privacy;

c. Misappropriation of advertising ideas or style of doing business; or

d. Infringement of copyright, title or slogan.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment."

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada.

EZSERVE000170

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of.

a. Damages under Coverage A; and

b. Medical expenses under Coverage C because of all "bodily injury" and "property damage" arising out of any one "occurrence."

6. Subject to 5. above, the Fire Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises rented to you arising out of any one fire.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The limits of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance

SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. Bankruptcy.

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. Duties In The Event Of Occurrence, Claim or Suit.

a. You must see to it that we are notified promptly of an "occurrence" which may result in a claim. Notice should include:

(1) How, when and where the "occurrence" took place; and

(2) The names and addresses of any injured persons and witnesses.

b. If a claim is made or "suit" is brought against any insured, you must see to it that we receive prompt written notice of the claim or "suit."

You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit;"

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation, settlement or defense of the claim or "suit;" and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. Legal Action Against Us.

No person or organization has a right under this Coverage Part

a. To join us as a party or otherwise bring us into a suit asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. Other insurance.

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. Primary Insurance

This insurance is primary except when below b. applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. Excess Insurance

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

(1) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work;"

(2) That is Fire insurance for premises rented to you; or

(3) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Coverage A (Section I).

Page 6 of 10        Copyright, Insurance Services Office, Inc., 1982, 1984   CG 00 01 11 85

EZSERVE000171

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

c. All parts of the world if:

(1) The injury or damage arises out of:

(a) Goods or products made or sold by you in the territory described in a. above; or

(b) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

(2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

a. The repair, replacement, adjustment or removal of "your product" or "your work," or

b. Your fulfilling the terms of the contract or agreement.

6. "Insured contract" means:

a. A lease of premises;

b. A sidetrack agreement;

c. An easement or license agreement in connection with vehicle or pedestrian private railroad crossings at grade;

d. Any other easement agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

e. An indemnification of a municipality as required by ordinance, except in connection with work for a municipality;

f. An elevator maintenance agreement; or

g. That part of any other contract or agreement pertaining to your business under which you assume the tort liability of another to pay damages because of "bodily injury" or "property damage" to a third person or organization, if the contract or

agreement is made prior to the "bodily injury" or "property damage". Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

An "insured contract" does not include that part of any contract or agreement:

a. That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(1) Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

(2) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

b. Under which the insured, if an architect, engineer or surveyor, assumes liability for injury or damage arising out of the insured's rendering or failing to render professional services, including those listed in a. above and supervisory, inspection or engineering services; or

c. That indemnifies any person or organization for damage by fire to premises rented or loaned to you.

7. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto;"

b. While it is in or on an aircraft, watercraft or "auto;" or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

8. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent.

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

Copyright, Insurance Services Office, Inc., 1982, 1984   CG 00 01 11 85

EZSERVE000172

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above primarily maintained for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos."

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing;

(c) Street cleaning.

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

9. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

10. "Personal injury" means injury, other than "bodily injury," arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution.

c. Wrongful entry into, or eviction of a person from, a room, dwelling or premises that the person occupies;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

e. Oral or written publication of material that violates a person's right of privacy.

11. a. "Products-completed operations hazard" includes all bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned.

b. "Your work" will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed.

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

c. This hazard does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials;

(3) Products or operations for which the classification in this Coverage Part or in our manual of rules includes products or completed operations.

12. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property; or

b. Loss of use of tangible property that is not physically injured.

13. "Suit" means a civil proceeding in which damages because of "bodily injury," "property damage," "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes an arbitration proceeding alleging such damages to which you must submit or submit with our consent.

EZSERVE000173

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALIFORNIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    BUSINESSOWNERS POLICY
    COMMERCIAL AUTO COVERAGE PART
    COMMERCIAL CRIME COVERAGE PART – EXCEPT COVERAGE FORMS A AND B
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. The following is added to the CANCELLA-
   TION Common Policy Condition:

   7. POLICIES IN EFFECT FOR MORE THAN
      60 DAYS

      a. If this policy has been in effect for
         more than 60 days, or is a renewal
         of a policy we issued, we may cancel
         this policy only upon the occurrence,
         after the effective date of the policy,
         of one or more of the following:

         (1) Nonpayment of premium, including
             payment due on a prior policy we
             issued and due during the current
             policy term covering the same
             risks.

         (2) Discovery of fraud or material
             misrepresentation by:

             (a) Any insured or his or her rep-
                 resentative in obtaining this in-
                 surance; or

             (b) You or your representative in
                 pursuing a claim under this pol-
                 icy.

         (3) A judgment by a court or an ad-
             ministrative tribunal that you have
             violated a California or Federal law,
             having as one of its necessary el-
             ements an act which materially in-
             creases any of the risks insured
             against.

         (4) Discovery of willful or grossly
             negligent acts or omissions, or of
             any violations of state laws or
             regulations establishing safety
             standards, by you or your repre-
             sentative, which materially increase
             any of the risks insured against.

         (5) Failure by you or your represen-
             tative to implement reasonable loss
             control requirements, agreed to by
             you as a condition of policy issu-
             ance, or which were conditions
             precedent to our use of a partic-
             ular rate or rating plan, if that
             failure materially increases any of
             the risks insured against.

         (6) A determination by the Commis-
             sioner of Insurance that the:

             (a) Loss of, or changes in, our re-
                 insurance covering all or part
                 of the risk would threaten our
                 financial integrity or solvency;
                 or

             (b) Continuation of the policy cov-
                 erage would:

                 i  Place us in violation of
                    California law or the laws of
                    the state where we are
                    domiciled; or

                 ii Threaten our solvency.

         (7) A change by you or your repre-
             sentative in the activities or prop-
             erty of the commercial or industrial
             enterprise, which results in a
             materially added, increased or
             changed risk, unless the added, in-
             creased or changed risk is included
             in the policy.

      b. We will mail or deliver advance writ-
         ten notice of cancellation, stating the
         reason for cancellation, to the first
         Named Insured, and to the producer
         of record, at least:

         (1) 10 days before the effective date
             of cancellation if we cancel for a
             reason listed in paragraph 7.a.(1)
             or (2).

IL 02 70 03 87          Copyright, Insurance Services Office, Inc., 1987          Page 1 of 2
                        Copyright, ISO Commercial Risk Services, Inc., 1987

EZSERVE000174

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

14. "Your product" means.

a. Any goods or products, other than real property. manufactured. sold, handled, distributed or disposed of by:

(1) You;

(2) Others trading under your name; or

(3) A person or organization whose business or assets you have acquired; and

b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in a. and b. above.

"Your product" does not include vending machines or other property rented to: or located for the use of others but not sold.

15. "Your work" means:

a. Work or operations performed by you or on your behalf; and

h. Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in a. or b. above.

Copyright, Insurance Services Office. Inc., 1982, 1984   CG 00 01 11 85

EZSERVE000175

(2) 30 days before the effective date of cancellation if we cancel for any other reason listed in paragraph 7.a.

B. The following is added and supersedes any provisions to the contrary:

NONRENEWAL

1. If we decide not to renew this policy, we will mail or deliver written notice stating the reason for nonrenewal to the first Named Insured shown in the Declarations and to the producer of record, at least

   a. 45 days, but not more than 120 days, before the expiration or anniversary date, if the aggregate policy premium is more than $10,000; or

   b. 60 days, but not more than 120 days, before the expiration or anniversary date, if the aggregate policy premium is $10,000 or less.

2. We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

3. We are not required to send notice of nonrenewal in the following situations:

   a. If the transfer or renewal of a policy, without any changes in terms, conditions, or rates, is between us and a member of our insurance group.

   b. If the policy has been extended for 90 days or less, provided that notice has been given in accordance with paragraph B.1.

c. If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

d. If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

e. If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

f. If we have made an offer to the first Named Insured, in accordance with the timeframes shown in paragraph B.1, to renew the policy under changed terms or conditions or at a changed premium rate.

Copyright, Insurance Services Office, Inc., 1987
Copyright, ISO Commercial Risk Services, Inc., 1987

IL 02 70 03 87

EZSERVE000176

COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDATORY ENDORSEMENT –
# WHEN WE DO NOT RENEW

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE FORM (OCCURRENCE VERSION)
    LIQUOR LIABILITY COVERAGE FORM (OCCURRENCE VERSION)
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM (OCCURRENCE VERSION)
    RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

The following Condition is added to CONDITIONS (Section IV):

When We Do Not Renew.

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

CG 00 04 02 86        Copyright, Insurance Services Office, Inc., 1985

EZSERVE000177

COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to exclusion f. of COVERAGE A (Section 1):

Subparagraphs (a) and (d)(i) of paragraph (1) of this exclusion do not apply to "bodily injury" or "property damage" caused by heat, smoke or fumes from a hostile fire. As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

CG 00 41 05 86        Copyright, Insurance Services Office, Inc., 1986

EZSERVE000178

POLICY NUMBER: GL   116-93-66 RA                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANCELLATION BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

SCHEDULE

Number of Days   45

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

Paragraph 2. of CANCELLATION (Common Policy Conditions) is replaced by the following:

2. We may cancel this Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for non payment of premium; or

   b. The number of days shown in the Schedule before the effective date of cancellation if we cancel for any other reason.

CG 02 12 11 85        Copyright, Insurance Services Office, Inc., 1984

EZSERVE000179

COMMERCIAL GENERAL LIABILITY

This ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury," "property damage," "advertising injury" or "personal injury" arising out of:

(a) the actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

(b) the negligent:

  (i) employment;

  (ii) investigation;

  (iii) supervision;

  (iv) reporting to the proper authorities, or failure to so report; or

  (v) retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by (a) above.

CG 21 46 01 87          Copyright, Insurance Services Office, Inc., 1986

EZSERVE000180

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
(Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANS-
PORTAT ***

1. The insurance does not apply:

A. Under any Liability Coverage, to "bodily injury" or "property damage":

(1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, with any person or organization.

B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material," if:

(1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

(2) The "nuclear material" is contained in "spent fuel" or "waste " at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an "insured;" or

(3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

"Hazardous properties" include radioactive, toxic or explosive properties;

"Nuclear material" means "source material," "Special nuclear material" or "by-product material;"

"Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor;"

IL 00 21 11 85      Copyright, Insurance Services Office, Inc., 1983, 1984      Page 1 of 2

EZSERVE000181

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESS AUTO COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY — NEW YORK

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation. or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

IL 00 03 11 85          Copyright, Insurance Services Office, Inc., 1983
                        Copyright, ISO Commercial Risk Services, Inc., 1983

EZSERVE000182

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

"Nuclear facility" means:

(a) Any "nuclear reactor;"

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste;"

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;"

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

     Copyright, Insurance Services Office, Inc., 1983, 1984     IL 00 21 11 85

EZSERVE000183

COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY.

# ALABAMA AND LOUISIANA CHANGES – WHO IS AN INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

In WHO IS AN INSURED (Section II) the term "executive officer" means only a person holding any of the officer positions created by your charter, constitution or by laws.

CG 01 08 11 85        Copyright, Insurance Services Office, Inc., 1984

EZSERVE000184

COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# KANSAS AND OKLAHOMA CHANGES – TRANSFER OF RIGHTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

Condition 8. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US (Section IV), does not apply to COVERAGE C. MEDICAL PAYMENTS.

CG 01 09 11 85          Copyright, Insurance Services Office, Inc., 1984

EZSERVE000185

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# KANSAS CHANGES – CANCELLATION
# AND NONRENEWAL

This endorsement modifies insurance provided under the:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. Paragraph 2. of the CANCELLATION Common Policy Condition is replaced by the following:

2.a. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the reasons for cancellation, at least:

(1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

b. If this policy has been in effect for 90 days or more, or if it is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) This policy was issued because of material misrepresentation;

(3) You or any other insured violated any of the material terms and conditions of this policy;

(4) Unfavorable underwriting factors, specific to you, exist that were not present at the inception of this policy;

(5) A determination by the insurance commissioner that continuation of coverage could place us in a hazardous financial condition or in violation of the laws of Kansas; or

(6) A determination by the insurance commissioner that we no longer have adequate reinsurance to meet your needs.

B. The following is added and supersedes any condition to the contrary:

NONRENEWAL

1. If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the reasons for nonrenewal, to the first Named Insured at least 60 days prior to the expiration of the policy.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

IL 02 61 11 86          Copyright, Insurance Services Office, Inc., 1986

EZSERVE000186

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NORTH CAROLINA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL CRIME COVERAGE PART – EXCEPT COVERAGE FORMS A AND B
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. Paragraphs 2. of the CANCELLATION Common Policy Condition is replaced by the following:

2.a. CANCELLATION OF POLICIES IN EFFECT LESS THAN 60 DAYS

If this policy has been in effect for less than 60 days, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

(1) 15 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

b. CANCELLATION OF POLICIES IN EFFECT FOR 60 DAYS OR MORE

If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel this policy prior to the:

(1) Expiration of the policy term; or

(2) Anniversary date,

stated in the policy only for one or more of the following reasons:

(a) Nonpayment of premium;

(b) An act or omission by the insured or his or her repesentative that constitutes material misrepresentation or nondisclosure of a material fact in obtaining this policy, continuing this policy or presenting a claim under this policy;

(c) Increased hazard or material change in the risk assumed that could not have been reasonably contemplated by the parties at the time of assumption of the risk;

(d) Substantial breach of contractual duties, conditions or warranties that materially affects the insurability of the risk;

(e) A fraudulent act against us by the insured or his or her representative that materially affects the insurability of the risk;

(f) Willful failure by the insured or his or her representative to institute reasonable loss control measures that materially affect the insurability of the risk after written notice by us;

(g) Loss of facultative reinsurance, or loss of or substantial changes in applicable reinsurance as provided in G.S. 58-476;

(h) Conviction of the insured of a crime arising out of acts that materially affect the insurability of the risk;

(i) A determination by the Commissioner of Insurance that the continuation of the policy would place us in violation of the laws of North Carolina; or

(j) You fail to meet the requirements contained in our corporate charter, articles of incorporation or by laws when we are a company organized for the sole purpose of providing members of an organization with insurance coverage in North Carolina.

We will mail or deliver written notice of cancellation to the first Named Insured at least:

(i) 15 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(ii) 30 days before the effective date of cancellation if we cancel for any other reason.

c. Cancellation for nonpayment of premium will not become effective if you pay the premium amount due before the effective date of cancellation

IL 02 69 03 87          Copyright, Insurance Services Office, 1987          Page 1 of 2

EZSERVE000187

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TENNESSEE CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. The following is add.d to the CANCELLA-TION Common Policy Condition:

CANCELLATION OF POLICIES IN EFFECT FOR 60 DAYS OR MORE.

If this policy has been in effect for 60 days or more, or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

1. Nonpayment of premium, including any additional premium, calculated in accordance with our current rating manual, justified by a physical change in the insured property or a change in its occupancy or use;

2. Your conviction of a crime increasing any hazard insured against;

3. Discovery of fraud or material misrepresentation on the part of either of the following:

   a. You or your representative in obtaining this insurance; or

   b. You in pursuing a claim under this policy;

4. Failure to comply with written loss control recommendations;

5. Material change in the risk which increases the risk of loss after we issued or renewed insurance coverage;

6. Determination by the insurance commissioner that the continuation of the policy would jeopardize our solvency or would place us in violation of the insurance laws of Tennessee or any other state;

7. Your violation or breach of any policy terms or conditions; or

8. Other reasons that are approved by the insurance commissioner.

Notice of cancellation will state the reason for cancellation.

B. The following is added and supersedes any provisions to the contrary:

NONRENEWAL

1. If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured and agent, at least 60 days before the expiration date unless:

   a. We have offered to issue a renewal policy; or

   b. You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured's and agent's addresses shown in the policy. If notice is mailed, proof of mailing will be sufficient proof of notice.

IL 02 50 08 87      Copyright, Insurance Services Office, Inc., 1986, 1987
Copyright, ISO Commercial Risk Services, Inc., 1986, 1987

EZSERVE000188

d. We may also cancel this policy for any reason not stated above provided we obtain your prior written consent.

B. The following provisions are added and supersede any other provisions to the contrary:

1. NONRENEWAL

a. If we elect not to renew this policy, we will mail or deliver to the first Named Insured shown in the Declarations written notice of nonrenewal at least 45 days prior to the:

(1) Expiration of the policy if this policy has been written for one year or less; or

(2) Anniversary date of the policy if this policy has been written for more than one year or for an indefinite term.

b. We need not mail or deliver the notice of nonrenewal if you have:

(1) Insured property covered under this policy, under any other insurance policy;

(2) Accepted replacement coverage; or

(3) Requested or agreed to nonrenewal of this policy.

c. If notice is mailed, proof of mailing will be sufficient proof of notice.

2. The written notice of cancellation or nonrenewal will:

a. Be mailed or delivered to the first Named Insured and any designated mortgagee or loss payee at their addresses shown in the policy, or if not indicated in the policy, at their last known addresses; and

b. State the reason or reasons for cancellation or nonrenewal.

      Copyright, Insurance Services Office, 1987

EZSERVE000189

COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# OHIO CHANGES - CANCELLATION

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following is added to the CANCELLATION Common Policy Condition:

7. Cancellation Of Policies In Effect For 60 Days or More

If this policy has been in effect for 60 days or more, or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

a. Nonpayment of premium;

b. Discovery of fraud or material misrepresentation in the procurement of the insurance or with respect to any claims submitted thereunder;

c. Discovery of willful or reckless acts or omissions on the part of the named insured which increase any hazard insured against;

d. The occurrence of a change in the individual risk which substantially increases any hazard insured against after the insurance coverage has been issued or renewed except to the extent the insurer should reasonably have foreseen the change or contemplated the risk in writing the contract, or

e. A determination by the Director of Insurance that the continuation of the policy would create a condition that would be hazardous to the policyholders or the public.

If we cancel this policy based on one or more of the above provisions, we will mail or deliver a written notice to the first Named Insured and the "contractor" 30 days before the effective date of cancellation except for nonpayment of premium. When cancellation is for nonpayment of premium, we will provide a notice at least 10 days before the effective date of cancellation.

IL 02 44 05 86

Copyright, Insurance Services Office, Inc., 1986
Copyright, ISO Commercial Risk Services, Inc., 1986

EZSERVE000190

COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. Paragraph 2. of the CANCELLATION Common Policy Condition is replaced by the following:

2.a. CANCELLATION FOR POLICIES IN EFFECT 90 DAYS OR LESS

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

(1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

(2) 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

(a) A material misstatement or misrepresentation; or

(b) A failure to comply with underwriting requirements established by the insurer.

b. CANCELLATION FOR POLICIES IN EFFECT FOR MORE THAN 90 DAYS

If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) The policy was obtained by a material misstatement;

(3) There has been a failure to comply with underwriting requirements within 90 days of the effective date of coverage;

(4) There has been a substantial change in the risk covered by the policy; or

(5) The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

(a) 10 days before the effective date of cancellation if cancellation is for the reason stated in b.(1) above; or

(b) 45 days before the effective date of cancellation if cancellation is for the reasons stated in b.(2), (3), (4) or (5) above.

B. The following is added and supersedes any other provision to the contrary:

NONRENEWAL

1. If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

CG 02 20 11 86          Copyright, Insurance Services Office, Inc., 1986

EZSERVE000191

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# VIRGINIA CHANGES – CANCELLATION

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME – SAFE DESPOSITORY LIABILITY COVERAGE FORM
COMMERCIAL CRIME – LIABILITY FOR GUESTS' PROPERTY – PREMISES COVERAGE FORM
COMMERCIAL CRIME – LIABILITY FOR GUESTS' PROPERTY – SAFE DEPOSIT BOX COVERAGE
FORM
COMMERCIAL GENERAL LIABILITY COVERAGE : RT
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. Paragraphs 2. and 3 and 5. of the CANCELLATION Common Policy Condition are replaced by the following:

2. We may cancel this policy by mailing or delivering to you written notice of cancellation, stating the reason for cancellation, at least

  a. 15 days before the effective date of cancellation if we cancel for nonpayment of premium; or

  b. 45 days before the effective date of cancellation if we cancel for any other reason.

3. We will send written notice by registered or certified mail or deliver written notice to your last mailing address known to us.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will generally be 90% of pro rata. The cancellation will be effective even if we have not made or offered a refund.

B. The following is added and supersedes any other provision to the contrary:

NONRENEWAL

1. If we elect not to renew this policy, we will mail or deliver a notice of nonrenewal to you, stating the reason for nonrenewal, at least

  a. 15 days before the expiration date if the nonrenewal is due to nonpayment of premium; or

  b. 45 days before the expiration date if the nonrenewal is for any other reason.

2. We will send written notice by registered or certified mail or deliver written notice of nonrenewal to your la:t mailing address known to us.

IL 01 38 10 86          Copyright, Insurance Services Office, Inc., 1986

EZSERVE000192

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PENNSYLVANIA CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL CRIME COVERAGE PART-EXCEPT COVERAGE FORM A
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. The CANCELLATION Common Policy Condition is replaced by the following:

CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by writing or giving notice of cancellation.

2. CANCELLATION OF POLICIES IN EFFECT FOR LESS THAN 60 DAYS

   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation.

3. CANCELLATION OF POLICIES IN EFFECT FOR 60 DAYS OR MORE

   If this policy has been in effect for 60 days or more or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

   a. You have made a material misrepresentation which affects the insurability of the risk. Notice of cancellation will be mailed or delivered at least 15 days before the effective date of cancellation.

   b. You have failed to pay a premium when due, whether the premium is payable directly to us or our agents or indirectly under a premium finance plan or extension of credit. Notice of cancellation will be mailed at least 15 days before the effective date of cancellation.

c. A condition, factor or loss experience material to insurability has changed substantially or a substantial condition, factor or loss experience material to insurability has become known during the policy period. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

d. Loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease, at the time of cancellation, shall be certified to the Insurance Commissioner as directly affecting in-force policies. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

e. Material failure to comply with policy terms, conditions or contractual duties. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

f. Other reasons that the Insurance Commissioner may approve. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

This policy may also be cancelled from inception, upon discovery that the policy was obtained through fraudulent statements, omissions or concealment of facts material to the acceptance of the risk or to the hazard assumed by us.

4. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. Notice of cancellation will state the specific reasons for cancellation.

Copyright, Insurance Services Office, Inc., 1986
Copyright, ISO Commercial Risk Services, Inc., 1986

EZSERVE000193

COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MICHIGAN CHANGES

This endorsement modifies insurance provided under the following:

Commercial General Liability Coverage Part
Liquor Liability Coverage Part
Products/Completed Operations Liability Coverage Part

1. CANCELLATION (Common Policy Conditions) is amended as follows:

a. Paragraph 1. is replaced by the following:

The first Named Insured shown in the Declarations may cancel this policy by surrendering the policy to us or our authorized agent or by mailing or delivering to us or our authorized agent advance written notice of cancellation.

b. Paragraph 3. is replaced by the following:

We will mail or deliver our notice to the first Named Insured's last mailing address known to us or our authorized agent.

c. Paragraph 4. is replaced by the following:

The time of surrender or the effective date and hour of cancellation stated in the notice shall become the end of the policy period.

2. The paragraph relating to prejudgment interest in SUPPLEMENTARY PAYMENTS (Section I) is replaced by the following:

Prejudgment interest awarded against the insured on that part of the judgment we pay.

3. With respect to the DUTIES Condition (Section IV), notice to our authorized agent shall be considered notice to us.

4. The following is added to CONDITIONS (Section IV).

When We Do Not Renew

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured's last mailing address known to us or our authorized agent written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing shall be sufficient proof of notice.

CG 01 68 04 86      Copyright, Insurance Services Office, Inc., 1985, 1986

EZSERVE000194

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata and will be returned within 10 business days after the effective date of cancellation. If the first Named Insured cancels, the refund may be less than pro rata and will be returned within 30 days after the effective date of cancellation. The cancellation will be effective even if we have not made or offered a refund.

7. If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.

B. The following are added and supersede any provisions to the contrary:

1. NONRENEWAL

If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the specific reasons for nonrenewal, to the first Named Insured at least 60 days before the expiration date of the policy.

2. INCREASE OF PREMIUM

If we increase your renewal premium, we will mail or deliver to the first Named Insured:

a. Written notice of our intent to increase the premium at least 60 days before the effective date of the premium increase; and

b. An estimate of the increase at least 30 days before the effective date of premium increase.

Any notice of nonrenewal or renewal premium increase will be mailed or delivered to the first Named Insured's last known address. If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.

 Copyright, Insurance Services Office, Inc., 1986
Copyright, ISO Commercial Risk Services, Inc., 1986

EZSERVE000195

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# HAWAII CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME        – SAFE DEPOSITORY LIABILITY COVERAGE FORM
COMMERCIAL CRIME        – LIABILITY FOR GUESTS' PROPERTY – PREMISES
                          COVERAGE FORM
COMMERCIAL CRIME        – LIABILITY FOR GUESTS' PROPERTY – SAFE
                          DEPOSIT BOX COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY – LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY – MORTGAGE HOLDER'S ERRORS AND OMISSIONS
                          COVERAGE FORM
FARM                    – FARM LIABILITY COVERAGE FORM
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. Paragraph 2. of the CANCELLATION Com-
mon Policy Condition is replaced by the
following:

We may cancel this policy prior to the
expiration of the agreed term, or one year
from the effective date of the policy or
renewal, whichever is less, only for one or
more of the following reasons, by delivering
to the first Named Insured written notice
of cancellation, at least 30 days before the
effective date of cancellation:

1. Nonpayment of premium;

2. Fraud or material misrepresentation;

3. Substantial increase in the risk hazard,
except to the extent that we should have
reasonably foreseen the change when
entering into the contract;

4. Substantial breaches of contractual duties,
conditions or warranties;

5. Violation of any local fire, health or
safety statute or ordinance;

6. Conviction of the Named Insured for a
crime having as one of its necessary
elements, an act increasing any hazard
that is insured against;

7. Determination by the insurance commis-
sioner that the continuation of the policy
places us in violation of chapter 431,
Hawaii Revised Statutes; or

8. Any good faith reason with the approval
of the insurance commissioner.

B. The following is added and supersedes any
provision to the contrary:

NONRENEWAL OF POLICY

1. If we decide not to renew this policy,
we will mail or deliver to the first
Named Insured written notice of
nonrenewal, stating the reasons for
nonrenewal, at least 45 days prior to the
expiration of this policy.

2. Any notice of nonrenewal will be mailed
or delivered to the first Named
Insured's last mailing address known to
us. If notice is mailed, proof of mailing
will be sufficient proof of notice.

IL 02 65 02 87        Copyright, Insurance Services Office, Inc., 1986
                      Copyright, ISO Commercial Risk Services, Inc., 1986

EZSERVE000196

COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# INDIANA CHANGES – DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following s added to Condition 2. of CONDITIONS (Section IV):

e. Notice given by or on behalf of the insured to any of our authorized agents in Indiana, with particulars sufficient to identify the insured, shall be considered to be notice to us.

CG 01 64 11 85          Copyright, Insurance Services Office, Inc., 1984

EZSERVE000197

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ARIZONA CHANGES–CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. The following is added to the CANCELLA-TION Common Policy Condition:

7. Cancellation Of Policies In Effect For 60 Days Or More

If this policy has been in effect for 60 days or more, or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

a. Nonpayment of premium;

b. Your conviction of a crime arising out of acts increasing the hazard insured against;

c. Acts or omissions by you or your representative constituting fraud or material misrepresentation in the procurement of this policy, in continuing this policy or in presenting a claim under this policy;

d. Substantial change in the risk assumed, except to the extent that we should have reasonably foreseen the change or contemplated the risk in writing the contract;

e. Substantial breach of contractual duties or conditions;

f. Loss of reinsurance applicable to the risk insured against resulting from termination of treaty or facultative reinsurance initiated by our reinsurer or reinsurers;

g. Determination by the Director of Insurance that the continuation of the policy would place us in violation of the insurance laws of this state or would jeopardize our solvency; or

h. Acts or omissions by you or your representative which materially increase the hazard insured against.

If we cancel this policy based on one or more of the above reasons, we will mail by certified mail to the first Named Insured, and mail to the agent, if any, written notice of cancellation stating the reasons for cancellation. We will mail this notice to the last mailing addresses known to us, at least:

a. 10 days before the effective date of cancellation if we cancel for non-payment of premium.

b. 60 days before the effective date of cancellation if we cancel for any of the other reasons.

B. The following is added and supersedes any provision to the contrary:

NONRENEWAL

1. If we elect not to renew this policy, we will mail by certified mail to the first Named Insured, and mail to the agent, if any, written notice of nonrenewal. We will mail this notice to the last mailing addresses known to us at least 60 days prior to the expiration of this policy.

2. If notice is mailed, proof of mailing will be sufficient proof of notice.

3. If either one of the following occurs, we are not required to provide written notice of nonrenewal:

a. We or a company within the same insurance group has offered to issue a renewal policy; or

b. You have obtained replacement coverage or agreed in writing to do so.

IL 02 58 11 86          Copyright, Insurance Services Office, Inc., 1986
                        Copyright, ISO Commercial Risk Services, Inc., 1986

EZSERVE000198

## SURCHARGE/TAX SCHEDULE

EFFECTIVE DATE: 02/01/88

NAMED INSURED: E-Z SERVE, INC.

POLICY NO.: GL   116-93-66 RA

| STATE | SURCHARGE/TAX |
|-------|---------------|
| CALIFORNIA | 71 |

EZSERVE000199

### ENDORSEMENT

This endorsement, effective   12:01   A. M.   2-1-88                        forms a part of

policy No. GL 116-03-66    issued to        C-Z Serve, Inc.

by    National Union Fire Insurance Company of Pittsburgh, Pa.

### NAMED INSUREDS:

E-Z SERVE, INC., ETAL TO INCLUDE

a)   E-Z SERVE REFINING, INC.

b)   E-Z SERVE OF CALIFORNIA, INC.

c)   ALOHA PETROLEUM, LTD.

d)   AMBER REFINING, INC.

e)   AMBER PIPELINE COMPANY

f)   E-Z SERVE OF LOUISIANA, INC.

g)   E-Z SERVE OF CALIFORNIA, INC. DBA AMBER TRANSPORTATION

AUTHORIZED REPRESENTATIVE

019-117-3-25/A9
rw 3-25-88

EZSERVE000200

POLICY NUMBER:                                    COMMERCIAL GENERAL LIABILITY

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | | Amount and Basis of Deductible |
|---|---|---|
| Bodily Injury Liability | $ ——— | per claim |
| | $ ——— | per occurrence |
| Property Damage Liability | $ ——— | per claim |
| | $ ——— | per occurrence |
| Bodily Injury Liability and Property Damage Liability Combined | $ 500. | per claim |
| | $ ——— | per occurrence |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement)

APPLICATION OF ENDORSEMENT (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):-

PRODUCTS/COMPLETED OPERATIONS ONLY FOR ADDITIONAL INSUREDS OR VENDORS FORM.

1. Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages, and the limits of insurance applicable to "each occurrence" for such coverages will be reduced by the amount of such deductible. "Aggregate" limits for such coverages shall not be reduced by the application of such deductible amount.

2. The deductible amounts stated in the Schedule apply as follows:

   A. PER CLAIM BASIS – if the deductible is on a "per claim" basis, the deductible amount applies:

   1. Under the Bodily Injury Liability or Property Damage Liability Coverage, respectively:

      a. To all damages because of "bodily injury" sustained by one person, or

      b. To all damages because of "property damage" sustained by one person or organization, as the result of any one "occurrence."

2. Under Bodily Injury Liability and Property Damage Liability Coverage combined to all damages because of "bodily injury" and "property damage" sustained by one person or organization as the result of any one "occurrence."

B. PER OCCURRENCE BASIS – if the deductible is on a "per occurrence" basis, the deductible amount applies:

   1. Under the Bodily Injury Liability or Property Damage Liability Coverage, respectively:

      a. To all damages because of "bodily injury" as the result of any one "occurrence," or

      b. To all damages because of "property damage" as the result of any one "occurrence."

      regardless of the number of persons or organizations who sustain damages because of that "occurrence."

CG 03 00 11 85      Copyright, Insurance Services Office, Inc., 1984          Page 1 of 2   □

POLICY NUMBER:                                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED — VENDORS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

Name of Person or Organization (Vendor):        1. U'TOTE'M DIVISION OF FAIRMONT FOODS CO.
                                                2. GIBSON PRODUCTS CO., INC. OF DENTON
**Your Products:**                              3. GIBSON PRODUCTS CO., INC. OF GAINSVILLE

1. GASOLINE
2. GASOLINE
3. GASOLINE

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization (referred to below as ''vendor'') shown in the Schedule, but only with respect to ''bodily injury'' or ''property damage'' arising out of ''your products'' shown in the Schedule which are distributed or sold in the regular course of the vendor's business, subject to the following additional provisions:

1. The insurance afforded the vendor does not apply to:

    a. ''Bodily injury'' or ''property damage'' for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

    b. Any express warranty unauthorized by you;

    c. Any physical or chemical change in the product made intentionally by the vendor;

    d. Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

    e. Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

    f. Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

    g. Products which, alter distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

2. This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

CG 20 15 11 85                    Copyright, Insurance Services Office, Inc., 1984                                □

EZSERVE000202

2. Under Bodily Injury Liability and Property Damage Liability Coverage combined to all damages because of "bodily injury" and "property damage" as the result of any one "occurrence" regardless of the number of persons or organizations who sustain damages because of that "occurrence."

3. The terms of this insurance, including those with respect to:

   (a) Our right and duty to defend any "suits" seeking those damages; and

   (b) Your duties in the event of an "occurrence," claim, or suit

      apply irrespective of the application of the deductible amount.

4. We may pay any part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

       Copyright, Insurance Services Office, Inc., 1984      CG 03 00 11 85      □

EZSERVE000203

ENDORSEMENT

This endorsement, effective   12:01   A.M.   2-1-88                    forms a part of

policy No.   GL 116 93 66   issued to         E-Z SERVE, INC.

by      NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

IT IS HEREBY AGREED AND UNDERSTOOD THAT THIS POLICY DOESN'T INCLUDE COVERAGE
OF ANY EXPOSURES WHICH ARE ALSO COVERED UNDER POLICY #GL 116 93 65.

AUTHORIZED REPRESENTATIVE

5-5 81
RW 3-25-88

EZSERVE000204

2. Under Bodily Injury Liability and Property Damage Liability Coverage combined to all damages because of "bodily injury" and "property damage" as the result of any one "occurrence" regardless of the number of persons or organizations who sustain damages because of that "occurrence."

3. The terms of this insurance, including those with respect to:

   (a) Our right and duty to defend any "suits" seeking those damages; and

   (b) Your duties in the event of an "occurrence," claim, or suit

      apply irrespective of the application of the deductible amount.

4. We may pay any part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

     Copyright, Insurance Services Office, Inc., 1984     CG 03 00 11 85   □

EZSERVE000205

ENDORSEMENT

This endorsement, effective    12:01    A<sub>M.</sub>    2-1-88                    forms a part of

· policy No.    GL 116 93 66  issued to:              E-Z SERVE, INC.

· by        NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

IT IS HEREBY AGREED AND UNDERSTOOD THAT THIS POLICY DOESN'T INCLUDE COVERAGE
OF ANY EXPOSURES WHICH ARE ALSO COVERED UNDER POLICY #GL 116 93 65.

AUTHORIZED REPRESENTATIVE

5-5 B1
RW 3-25-88

EZSERVE000206

## ENDORSEMENT

This endorsement, effective  12:01 A. M.  2-1-88  forms a part of

, policy No. GL1169366  issued to  E-Z-SERVE, INC.

by  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

IN CONSIDERATION OF NO CHANGE IN PREMIUM IT IS AGLEED THAT THERE
IS NO COVERAGE FOR POLLUTION AS REGARDS THE FOLLOWING:

NON-SUDDEN OR GRADUAL EMISSIONS OF POLLUTANTS (OTHER THAN WASTE):

A. ARISING OT OF THE PLODUCTS/COMPLETED OPERATIONS HAZARD;

B. OCCURING AWAY FROM INSURED PREMISES IN CONNECTION WITH ON GOING
   OPERATIONS IF:

   (1) THE POLLUTANTS WERE NOT BROUGHT ON THE SITE IN CONNECTION WITH
       OPFTATIONS, AND

   (2) OPERATIONS DO NOT INVOLVE THE CLEAN UP, CONTAINMENT, ETC. OF
       POLLUTANTS.

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.

_____
AUTHORIZED REPRESENTATIVE

EZSERVE000207

ENDORSEMENT

This endorsement, effective   12:01   A.M.   2-1-88                    forms a part of

policy No.  GL 116 93 66   issued to          E-Z SERVE, INC.

by    NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

## ASBESTOS EXCLUSION ENDORSEMENT

IT IS HEREBY UNDERSTOOD AND AGREED THAT SUCH INSURANCE AS IS AFFORDED BY
THE COMPANY, POLICY NO. GL 116 9366 FOR BODILY INJURY LIABILITY AND PRO-
PERTY DAMAGE LIABILITY IS SUBJECT TO THE FOLLOWING EXCLUSION:

THIS INSURANCE DOES NOT APPLY TO ANY LIABILITY FOR PROPERTY DAMAGE, BODILY
INJURY, SICKNESS, DISEASE, OCCUPATIONAL DISEASE, DISABILITY, SHOCK, DEATH,
MENTAL ANGUISH AND MENTAL INJURY AT ANY TIME ARISING OUT OF THE MANUFACTURE OF,
MINING OF, USE OF, SALES OF, INSTALLATION OF, DISTRIBUTION OF, OR EXPOSURE TO
ASBESTOS PRODUCTS, ASBESTOS FIBERS OR ASBESTOS DUST, OR TO ANY OBLIGATION OF THE
INSURED TO INDEMNIFY ANY PARTY BECAUSE OF DAMAGES ARISING OUT OF SUCH PROPERTY
DAMAGE, BODILY INJURY, SICKNESS, DISEASE, OCCUPATIONAL DISEASE, DISABILITY,
SHOCK, DEATH, MENTAL ANGUISH OR MENTAL INJURY AT ANY TIME AS A RESULT OF THE
MANUFACTURE OF, MINING OF, USE OF, SALES OF, INSTALLATION OF, DISTRIBUTION OF,
OR EXPOSURE TO ASBESTOS PRODUCTS, ASBESTOS FIBERS OR ASBESTOS DUST.

IT IS FURTHER UNDERSTOOD AND AGREED THAT THE COMPANY IS NOT OBLIGATED TO DEFEND
ANY SUIT OR CLAIM AGAINST THE INSURED ALLEGING BODILY INJURY OR PROPERTY DAMAGES
AND SEEKING DAMAGES, IF  SUCH SUIT OR CLAIM ARISES FROM BODILY INJURY OR PROPERTY
DAMAGE RESULTING FROM  OR CONTRIBUTED TO, BY ANY AND ALL MANUFACTURE OF, MINING
OF, USE OF, SALES OF,  INSTALLATION OF, DISTRIBUTION OF, OR EXPOSURE TO ASBESTOS
PRODUCTS, ASBESTOS FIBERS OR  ASBESTOS DUST.

5-5 B2
RW 3-29-88

AUTHORIZED REPRESENTATIVE

EZSERVE000208

ENDORSEMENT

This endorsement, effective   12:01   A.M.   2-1-88

policy No.   GL 116 93 66   issued to   E-Z SERVE, INC.

forms a part of

by   NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

## EMPLOYEE BODILY INJURY EXCLUSION

IT IS AGREED THAT EXCLUSION (E) RELA⁀ ₃ TO BODILY INJURY TO ANY EMPLOYEE IS REPLACED BY THE FOLLOWING:

(E)   TO "BODILY INJURY" TO:

(1) AN EMPLOYEE OF THE INSURED ARISING OUT OF AND IN THE COURSE OF EMPLOYMENT BY THE INSURED;

(2) A PAST, PRESENT OR PROSPECTIVE EMPLOYEE OF THE INSURED, ARISING FROM ANY EMPLOYMENT ACTION, PRACTICE OR POLICY OF THE INSURED INCLUDING BUT NOT LIMITED TO THAT ON HIRING OR FIRING, PROMOTION OR DEMOTION, PERFORMANCE EVALUATION, COMPENSATION, DISCIPLINARY ACTION RETIREMENT, LAYOFF OR TRANSFER, OR

(3) ANY RELATIVE OR MEMBER OF THE FAMILY OF THAT PAST, PRESENT, OR PROSPECTIVE EMPLOYEE AS A CONSEQUENCE OF (1) OR (2) ABOVE.

THIS EXCLUSION APPLIES:

(1) WHETHER THE INSURED IS OR MAY BE HELD LIABLE AS A EMPLOYER OR IN ANY OTHER CAPACITY; AND

(2) TO ANY OBLIGATION TO SHARE DAMAGES WITH OR REPAY SOMEONE ELSE WHO MUST PAY DAMAGES BECAUSE OF THE INJURY.

5-5 64
RW 3-25-88

AUTHORIZED REPRESENTATIVE

EZSERVE000209

ENDORSEMENT

This endorsement, effective    12:01    A_M.    2-1-88                    forms a part of

policy No.    GL 116 93 66 issued to            E-Z SERVE, INC.

by      NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

THIS ENDORSEMENT MODIFIES THE PREMIUM CONDITION AND IS APPLICABLE TO ALL INSURANCE
AFFORDED BY THE POLICY NOT SPECIFICALLY EXCEPTED.

### COMPOSITE RATE ENDORSEMENT - A

THE PREMIUM FOR THIS POLICY SHALL BE COMPUTED IN ACCORDANCE WITH THE PREMIUM BASIS
AND RATES DESIGNATED IN THE SCHEDULE BELOW.

THE ADVANCE PREMIUM STATED BELOW IS AN ESTIMATED PREMIUM ONLY.  UPON TERMINATION
OF THE POLICY, THE EARNED PREMIUM SHALL BE COMPUTED IN ACCORDANCE WITH THE POLICY
AND THIS ENDORSEMENT.  IF THE EARNED PREMIUM THUS COMPUTED EXCEEDS THE ESTIMATED
ADVANCE PREMIUM PAID, THE NAMED INSURED SHALL PAY THE EXCESS TO THE COMPANY; IF
LESS, THE COMPANY SHALL RETURN TO THE NAMED INSURED THE UNEARNED PORTION PAID BY
SUCH INSURED.

### SCHEDULE

1. DEFINITION OF PREMIUM BASIS: PER $1,000 GROSS RECEIPTS

2. COVERAGE        ESTIMATED (PREMIUM BASIS)        RATES        ADVANCE PREMIUM

   CGL

_____
AUTHORIZED REPRESENTATIVE

5-5 B3
RW 3-25-88

EZSERVE000210

POLICY NUMBER:                                    COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NORTH CAROLINA CHANGES - DEDUCTIBLES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

SCHEDULE

| Coverage | Amount and Basis of Deductible |
|---|---|
| Bodily Injury Liability | $ -- per claim |
| | $ -- per occurrence |
| Property Damage Liability | $ -- per claim |
| | $ -- per occurrence |
| Bodily Injury Liability and Property | $ 500. per claim |
| Damage Liability Combined | $ -- per occurrence |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement)

APPLICATION OF ENDORSEMENT (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all bodily injury and property damage, however caused): ~
PRODUCTS/COMPLETED OPERATIONS ONLY FOR ADDITIONAL INSUREDS OR
VENDORS FORMS.

1. Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

2. The deductible amounts stated in the Schedule apply as follows:

   A. PER CLAIM BASIS - if the deductible is on a "per claim" basis, the deductible amount applies:

      1. Under the Bodily Injury Liability or Property Damage Liability Coverage, respectively:

         a. To all damages because of "bodily injury" sustained by one person, or

         b. To all damages because of "property damage" sustained by one person or organization

         as the result of any one "occurrence."

      2. Under Bodily Injury Liability and Property Damage Liability Coverage combined to all damages because of "bodily injury" and "property damage" sustained by one person or organization as the result of any one "occurrence."

B. PER OCCURRENCE BASIS - if the deductible is on a "per occurrence" basis, the deductible amount applies:

   1. Under the Bodily Injury Liability or Property Damage Liability Coverage, respectively:

      a. To all damages because of "bodily injury" as the result of any one "occurrence,"or

      b. To all damages because of "property damage" as the result of any one "occurrence"

      regardless of the number of persons or organizations who sustain damages because of that "occurrence."

   2. Under Bodily Injury Liability and Property Damage Liability Coverage combined to all damages because of "bodily injury" and "property damage" as the result of any one "occurrence" regardless of the number of persons or organizations who sustain damages because of that "occurrence."

CG 03 01 11 85       Copyright, Insurance Services Office, Inc., 1984       Page 1 of 2   □

EZSERVE000211

GU 275
(5-7)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

IL 01 52 05 87

VIRGINIA CHANGES

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A.  PARAGRAPH 2., 3. AND 5 OF THE CANCELLATION COMMON POLICY CONDITION ARE REPLACED
    BY THE FOLLOWING:

    2.  WE MAY CANCEL THIS POLICY BY MAILING OR DELIVERING TO YOU WRITTEN NOTICE
        OF CANCELLATION, STATING THE REASON FOR CANCELLATION, AT LEAST:

        A.  15 DAYS BEFORE THE EFFECTIVE DATE OF CANCELLATION IF WE CANCEL FOR
            NONPAYMENT OF PREMIUM; OR

        B.  45 DAYS BEFORE THE EFFECTIVE DATE OF CANCELLATION IF WE CANCEL FOR
            ANY OTHER REASON.

        WHEN INSURANCE IS PROVIDED UNDER THE LEGAL LIABILITY COVERAGE FORM OR
        MORTGAGE HOLDER'S ERRORS AND OMISSIONS COVERAGE FORM, WE WILL ALSO PROVIDE
        SUCH NOTICE, AS DESCRIBED ABOVE, TO ANY LIENHOLDER.

    3.  WE WILL SEND WRITTEN NOTICE BY REGISTERED OR CERTIFIED MAIL OR DELIVER WRITTEN
        NOTICE TO THE LAST MAILING ADDRESS KNOWN TO US.

    5.  A.  IF WE CANCEL, THE REFUND WILL BE PRO RATA.  IF THE FIRST NAMED INSURED
            CANCELS, THE REFUND WILL BE 90% OF PRO RATA UNLESS OTHERWISE SPECIFIED
            IN OUR FILED MANUAL RULES.  THE CANCELLATION WILL BE EFFECTIVE EVEN IF
            WE HAVE NOT MADE OR OFFERED A REFUND.

        B.  WE WILL SEND ANY PREMIUM REFUND TO THE FIRST NAMED INSURED.

B.  THE LAST PARAGRAPH OF THE INSPECTIONS AND SURVEYS COMMON POLICY CONDITION IS
    REPLACED BY THE FOLLOWING:

    THIS CONDITION APPLIES NOT ONLY TO US, BUT ALSO TO ANY RATING, ADVISORY, RATE
    SERVICE OR SIMILAR ORGANIZATION WHICH MAKES INSURANCE INSPECTIONS SURVEYS,
    REPORTS OR RECOMMENDATIONS ON OUR BEHALF.

C.  THE FOLLOWING IS ADDED AND SUPERSEDES ANY OTHER PROVISION TO THE CONTRARY:

019-117-3-42 A21

EZSERVE000212

GU 283d
(10-87)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

IL 02 28 10 87

# COLORADO CHANGES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. Paragraph 2. of the CANCELLATION Common Policy Condition is replaced by the following:

2. If this policy has been in effect for less than 60 days, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

B. The following is added to the CANCELLATION Common Policy Condition:

7. Cancellation of Policies in Effect for 60 Days or More

   a. If this policy has been in effect for 60 days or more, or is a renewal of a policy we issue, we may cancel this policy by mailing through first-class mail to the first Named Insured written notice of cancellation:

      (1) including the actual reason, at least 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

      (2) At least 45 days before the effective date of cancellation if we cancel for any other reason.

   We may only cancel this policy based on one or more of the following reasons:

   (1) Nonpayment of premium;

   (2) A false statement knowingly made by the insured on the application for insurance; or

(3) A substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the policy unless the first Named Insured has notified us of the change and we accept such change.

C. The following is added and supersedes any other provision to the contrary:

### NONRENEWAL

If we decide not to renew this policy, we will mail through first-class mail to the first Named Insured shown in the Declarations written notice of the nonrenewal at least 45 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

D. The following Condition is added:

### INCREASE IN PREMIUM OR DECREASE IN COVERAGE

We will not increase the premium unilaterally or decrease the coverage benefits on renewal of this policy unless we mail through first-class mail written notice of our intention, including the actual reason, to the first Named Insured's last mailing address known to us, at least 45 days before the effective date.

Any decrease in coverage during the policy term must be based on one or more of the following reasons:

1. Nonpayment of premium;

2. A false statement knowingly made by the insured on the application for insurance; or

(over)



Copyright, Insurance Services Office, Inc., 1987

Copyright, ISO Commercial Risk Services, Inc., 1987

EZSERVE000213

3. The terms of this insurance, including those with respect to:

   (a) our right and duty to defend any "suits" seeking those damages; and

   (b) your duties in the event of an "occurrence," claim, or suit

   apply irrespective of the application of the deductible amount.

4. We may pay any part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

   Copyright, Insurance Services Office, Inc., 1984   CG 03 01 11 85   □

EZSERVE000214

3. A substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the policy unless the first Named Insured has notified us of the change and we accept such change.

If notice is mailed, proof of mailing will be sufficient proof of notice.

EZSERVE000215

GU 379 (CONT'D)

NONRENEWAL

1. IF WE ELECT NOT TO RENEW THIS POLICY, WE WILL MAIL OR DELIVER A NOTICE OF NONRENEWAL TO YOU, STATING THE REASON FOR NONRENEWAL, AT LEAST:

   A. 15 DAYS BEFORE THE EXPIRATION DATE IF THE NONRENEWAL IS DUE TO TO NONPAYMENT OF PREMIUM; OR

   B. 45 DAYS BEFORE THE EXPIRATION DATE IF THE NONRENEWAL IS FOR ANY OTHER REASON.

   WHEN INSURANCE IS PROVIDED UNDER THE LEGAL LIABILITY COVERAGE FORM OR MORTGAGE HOLDER'S ERRORS AND OMISSIONS COVERAGE FORM, WE WILL ALSO PROVIDE SUCH NOTICE, AS DESCRIBED ABOVE, TO ANY LIENHOLDER.

2. WE WILL SEND WRITTEN NOTICE BY REGISTERED OR CERTIFIED MAIL OR DELIVER WRITTEN NOTICE OF NONRENEWAL TO THE LAST MAILING ADDRESS KNOWN TO US.

   D. FOR INSURANCE PROVIDED UNDER THE COMMERCIAL PROPERTY COVERAGE PART:

   1. THE FOLLOWING IS ADDED TO THE APPRAISAL LOSS CONDITION:

      A. YOU AND WE MUST NOTIFY THE OTHER OF THE APPRAISER SELECTED WITHIN 20 DAYS OF THE WRITTEN DEMAND FOR APPRAISAL.

      B. IF THE APPRAISERS DO NOT AGREE ON THE SELECTION OF AN UMPIRE WITHIN 15 DAYS, THEY MUST REQUEST SELECTION OF AN UMPIRE BY A JUDGE OF A COURT HAVING JURISDICTION.

      C. IF WE MAKE WRITTEN DEMAND FOR AN APPRAISAL OF THE LOSS, WE WILL PAY YOU FOR THE REASONABLE COST OF YOUR CHOSEN APPRAISER, AND FOR YOUR PORTION OF THE COST OF THE UMPIRE.

   2. PARAGRAPH A. OF THE DUTIES IN THE EVENT OF LOSS OR DAMAGE LOSS CONDITION DOES NOT APPLY.

   3. THE FOLLOWING APPLIES TO THE VALUE REPORTING FORM:

      SUBPARAGRAPH A. (1) OF PARAGRAPH 4. FAILURE TO SUBMIT REPORTS IS RE-PLACED BY THE FOLLOWING:

      (1) WE WILL PAY MORE THAN 90% OF THE AMOUNT WE WOULD OTHERWISE HAVE PAID; AND

   E. FOR INSURANCE PROVIDED UNDER THE FOLLOWING COVERAGE PARTS:

      COMMERCIAL GENERAL LIABILITY
      POLLUTION LIABILITY
      PRODUCTS/COMPLETED OPERATIONS LIABILITY

019-117-3-42 A22

EZSERVE000216

GU 379 (CONT'D)

1. THE DEFINITION OF "AUTO" OF DEFINITIONS IS REPLACED BY THE FOLLOWING:

"AUTO" MEANS A LAND MOTOR VEHICLE, TRAILER OR SEMI-TRAILER DESIGNED FOR TRAVEL ON PUBLIC ROADS (INCLUDING ANY MACHINERY OR APPARATUS ATTACHED THERETO), BUT DOES NOT INCLUDE MOBILE EQUIPMENT;

2. THE DEFINITION "MOBILE EQUIPMENT" OF DEFINITIONS IS REPLACED BY THE FOLLOWING:

"MOBILE EQUIPMENT" MEANS A LAND VEHICLE (INCLUDING ANY MACHINERY OR APPARATUS ATTACHED THERETO), WHETHER OR NOT SELF-PROPELLED, (1) NOT SUBJECT TO MOTOR VEHICLE REGISTRATION, OR (2) MAINTAINED FOR USE EXCLUSIVELY ON PREMISES OWNED BY OR RENTED TO YOU, INCLUDING THE WAYS IMMEDIATELY ADJOINING, OR (3) DESIGNED FOR USE PRINCIPALLY OFF PUBLIC ROADS, OR (4) DESIGNED OR MAINTAINED FOR THE SOLE PURPOSE OF AFFORDING MOBILITY TO EQUIPMENT OF THE FOLLOWING TYPES FORMING AN INTEGRAL PART OF OR PERMANENTLY ATTACHED TO SUCH VEHICLE; POWER CRANES, SHOVELS, LOADERS, DIGGERS AND DRILLS; CONCRETE MIXERS (OTHER THAN THE MIX-IN-TRANSIT-TYPE); GRADERS, SCRAPERS, ROLLERS AND OTHER ROAD CONSTRUCTION OR REPAIR EQUIPMENT; AIR-COMPRESSORS, PUMPS AND GENERATORS, INCLUDING SPRAYING, WELDING AND BUILDING CLEANING EQUIPMENT; AND GEOPHYSICAL EXPLORATION AND WELL SERVICING EQUIPMENT.

F. FOR INSURANCE PROVIDED UNDER THE COMMERCIAL GENERAL LIABILITY COVERAGE PART THE FOLLOWING APPLIES:

1. PARAGRAPH (4) OF EXCLUSION G. OF COVERAGE A (SECTION 1) IS REPLACED BY THE FOLLOWING:

(4) LIABILITY ASSUMED UNDER ANY "INSURED CONTRACT" FOR THE OWNERSHIP, MAINTENANCE OF USE OF AIRCRAFT, WATERCRAFT OR "AUTOS"; OR

2. PARAGRAPH (5) OF EXCLUSION G. OF COVERAGE A (SECTION 1) DOES NOT APPLY.

3. THE FOLLOWING IS ADDED TO WHO IS AN INSURED (SECTION II).

(5) WITH RESPECT TO WATERCRAFT THAT YOU DO NOT OWN THAT IS LESS THAN 26 FEET LONG AND IS NOT BEING USED TO CARRY PERSONS OR PROPERTY FOR A CHARGE, ANY PERSON IS AN INSURED WHILE OPERATING SUCH WATERCRAFT WITH YOUR PERMISSION.

019-117-3-42 A23
RH 3-28-88

EZSERVE000217

ENDORSEMENT

This endorsement, effective   12:01 A. M.      2-1-88                                forms a part of

policy No.  GL1169366     issued to   E-Z SERVE,INC.              BRANCH   31

by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,PA.        DIVISION  059     DEPARTMENT 09

                                                                 MAJOR PRODUCT

IT IS UNDERSTOOD AND AGREED THAT THE NAMED INSURED ENDORSEMENT
IS AMENDED TO ADD THE FOLLOWING AS PART OF THE NAMED INSURED:
                                                                 COMMISSION

CRYSTAL ACQUISITION CO.,INC.
     ( A DELAWARE CORP.)

AUTHORIZED REPRESENTATIVE

GL   116  93  66       E-Z SERVE        59      (2)      2/89

# ENDORSEMENT

This endorsement effective   12:01   A   M   2-1-88

policy No.   CLA 116-93-66     issued to E-Z SERVE, INC.

by     NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

BRANCH   31
DIVISION O79     forms a part of   DEPARTMENT O9
MAJOR PRODUCT   GL - AOS
BROKER   Frank B. Hall
COMMISSION _____

## WAIVER OF SUBROGATION

IT IS UNDERSTOOD AND AGREED THAT THE COMPANY, IN THE EVENT OF ANY PAYMENT UNDER
THIS POLICY, WAIVES ITS RIGHT OF RECOVERY AGAINST ANY PRINCIPAL, BUT ONLY AT
THE SPECIFIC WRITTEN REQUEST OF THE NAMED INSURED EITHER BEFORE OR AFTER LOSS,
WHEREIN SUCH WAIVER HAD BEEN INCLUDED BEFORE LOSS AS PART OF A CONTRACTUAL
UNDERTAKING BY THE NAMED INSURED.

THIS WAIVER SHALL APPLY ONLY WITH RESPECT TO LOSSES OCCURRING DUE TO OPERATIONS
UNDERTAKEN AS PER THE SPECIFIC CONTACT EXISTING BETWEEN THE NAMED INSURED AND
SUCH PRINCIPAL AND SHALL NOT BE CONSTRUED TO BE A WAIVER WITH RESPECT TO OTHER
OPERATIONS OF SUCH PRINCIPAL IN WHICH THE NAMED INSURED HAS NO CONTRACTUAL
INTEREST.

NO WAIVER OF SUBROGATION SHALL DIRECTLY OR INDIRECTLY APPLY TO ANY EMPLOYEE OR
EMPLOYEES OF EITHER THE NAMED INSURED OR OF THE PRINCIPAL, AND THE COMPANY
RESERVES ITS RIGHT OR LIEN TO BE REIMBURSED FROM ANY RECOVERY FUNDS OBTAINED BY
ANY INJURED EMPLOYEE.

THIS WAIVER DOES NOT APPLY IN ANY JURISDICTION OR SITUATION WHERE SUCH WAIVER
IS HELD TO BE ILLEGAL OR AGAINST PUBLIC POLICY OR IN ANY SITUATION WHEREIN THE
PRINCIPAL AGAINST WHOM SUBROGATION IS TO BE WAIVED IS FOUND TO BE SOLELY
NEGLIGENT.

IT IS FURTHER AGREED THAT THE ABOVE WAIVER OF SUBROGATION APPLIES TO THE
FOLLOWING ONLY:   WHERE REQUIRED BY WRITTEN CONTRACT.

C19-117-3-25/A6
BW/bf 5-13-88

Authorized Representative

EZSERVE000220

**ENDORSEMENT**

This endorsement effective            12:01   A.   M.   2-1-88

policy No      GLA 116 93 66      issued to   E-Z SERVE, INC.

by      NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

BRANCH   31
DIVISION  037        forms a part of
                     DEPARTMENT  09

AUTHORIZATION   GL - A05

By   Frank B. Hill

COMMISSION

**BLANKET ADDITIONAL INSURED ENDORSEMENT**

IT IS AGREED THT THE UNQUALIFIED WORD "INSURED" WHERE USED INCLUDES ANY PERSON OR
ORGANIZATION TO WHOM WHICH THE NAMED INSURED IS OBLIGATED BY VIRTUE OF A WRITTEN
CONTRACT TO NAME SUCH PERSON OR ORGANIZATION AS INSURED, BUT ONLY WITH RESPECTS TO
OPERATIONS PERFORMED BY THE NAMED INSURED UNDER THE TERMS OF SAID CONTRACT.

Authorized Representative

EZSERVE000221

**ENDORSEMENT**

This endorsement, effective   12:01  A.  M.   2-1-88

policy No.      GLA 116 93 56      issued to  E-Z SERVE, INC.

by        NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

| BRANCH | 31 | forms a part of |
|---|---|---|
| DIVISION | 019 | DEPARTMENT 09 |
| MAJOR PRODUCT | GL-A05 | |
| BROKER | | |
| COMMISSION | | |

It is hereby agreed that the following Changes be made to the policy:

Amending the Named Insured Endorsement, see attached.

Amending the Commercial General Liability Declarations Page to change Fire Damage
    Limit to read, $100,000 Any One Fire, in lieu of $50,000.

Adding Additional Insured Endorsement, see attached.

Adding Blanket Waiver of Subrogation, see attached.

Amending the Mailing Address to the following:

    P. O. Box 612007
    Dallas, TX  75261

019-117-3-44/B25
BV/DF 6-13-88

Authorized Representative

EZSERVE000222

**ENDORSEMENT**

This endorsement, effective 12:01    A    M.   2-1-88

policy No. GLA 116-93-66     issued to    E-Z SERVE, INC.

by    NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

BRANCH __31__ forms a part of
DIVISION __039__ DEPARTMENT __09__
MAJOR PRODUCT __GL-AOS__
BROKER _Frank B. Hall_

NAMED INSURED
E-Z SERVE HOLDING COMPANY, INC.
AND ITS SUBSIDIARIES
2/1/88-89

COMMISSION __

E-Z SERVE HOLDING COMPANY, INC. (A DELAWARE CORPORATION)

E-Z Serve, Inc.
(A Delaware Corporation) A Wholly-Owned Subsidiary of E-Z Serve
Holding Company, Inc.
E-Z Serve Refining, Inc.
(A Texas Corporation)
Rib & Brisket, Inc.
(A Texas Corporation)
E-Z Serve of Louisiana, Inc.
(A Texas Corporation)
Amber Pipeline Company
(A Texas Corporation)
Amberlands, Inc.
(A Texas Corporation)
Amberex Corporation
(A Texas Corporation) A 90% Subsidiary
Amberex Securities Corporation
(Texas Corporation) A Wholly-Owned Subsidiary of Amberex
Corporation
Amber Refining, Inc.
(A North Carolina Corporation)
E-Z Serve of California
(A California Corporation)
Aloha Petroleum, Ltd.
(A Hawaii Corporation)
Rainbow Petroleum, Ltd.
(A Hawaii Corporation) A Wholly-Owned Subsidiary of Aloha
Petroleum, Ltd.
E-Z Serve California, Inc., dba Amber Transportation

**AUTHORIZED REPRESENTATIVE**

019-117-3-44/B24
BW/bf 5-13-88

EZSERVE000223

**ENDORSEMENT  #  002**

This endorsement, effective   12: 01  A.M.   02/0| BRANCH ___ *31*

DIVISION *59*   DEPARTMENT report of

policy No. GL   116-93-66 RA   issued to   E-Z SERVE, INC.   *GL -A0S*

MAJOR PRODUCT

BY   NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.   *Frank B. Hill*

BROKER

IN CONSIDERATION OF A [____] RETURN PREMIUM IT IS HEREBY AGREED
THAT POLICY IS AMENDED TO APPLY 1% CREDIT FOR EACH OF THE FOLLOWING
ENDORSE, NTS,

EMPLOYEE BODILY INJURY EXCLUSION ENDORSEMENT
ASBESTOS EXCLUSION ENDORSEMENT

08/12/88

Authorized Representative

EZSERVE000224

POLICY NUMBER:     G1 116 93 66

EFFECTIVE  2-1-88
COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED—MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

| BRANCH | 31 | |
|--------|----|----|
| DIVISION | 59 | DEPARTMENT 09 |
| MAJOR PRODUCT | G1 | |

**SCHEDULE**

1. Designation of Premises (Part Leased to You):   2055 SOUTH FOURTH AVE., EL CENTRO, CA.
   BRANCH                                                                              X9 2242
2. Name of Person or Organization (Additional Insured):
   MOBIL OIL CORPORATION,3225 GALLOWS ROAD, FAIRFAX, VA ████████
3. Additional Premium:  Incl.

(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.

2. Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

CG 20 11 11 85            Copyright, Insurance Services Office, Inc., 1984                          ☐

EZSERVE000225