CADES SCHUTTE
A Limited Liability Law Partnership

| | |
|---|---|
| C. MICHAEL HEIHRE | 1307 |
| MICHI MOMOSE | 9777 |

Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-9210
Email:  mheihre@cades.com
              mmomose@cades.com

K&L GATES LLP

JOHN M. SYLVESTER          (*Pro Hac Vice*)
210 Sixth Avenue
Pittsburgh, PA  15205
Telephone:  (412) 355-6500
Email:  john.sylvester@klgates.com

Attorneys for Plaintiff
ALOHA PETROLEUM, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ALOHA PETROLEUM, LTD.,<br><br>               Plaintiff,<br><br>      v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AMERICAN HOME ASSURANCE COMPANY,<br><br>               Defendants. | CIVIL NO. 1:22-cv-00372-JAO-WRP (Contract)<br><br>**JOINT STATUS REPORT**<br><br><br><br>No trial date set |

## JOINT STATUS REPORT

Plaintiff ALOHA PETROLEUM, LTD. and Defendants NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AMERICAN HOME ASSURANCE COMPANY (collectively, the "**Parties**"), by and through their undersigned counsel, respectfully submit this Joint Status Report in accordance with this Court's Order Certifying Questions to the Hawaiʻi Supreme Court, filed September 5, 2023 [Dkt. 70], directing the parties to "file a joint status report to this Court every six months after the date of acceptance, or more frequently if so warranted."

By Order filed October 11, 2023, in SCCQ-23-0000515, the Hawaiʻi Supreme Court accepted this Court's certified questions. The Parties filed briefs in SCCQ-23-0000515 addressing the certified questions. The Hawaiʻi Supreme Court has scheduled the case for oral argument on June 18, 2024 at 10:00 a.m.

The Parties will file a joint status report in six months or more frequently if so warranted.

 DATED:  Honolulu, Hawaiʻi, April 10, 2024.

CADES SCHUTTE
A Limited Liability Law Partnership

/s/ Michi Momose
C. MICHAEL HEIHRE
MICHI MOMOSE

JOHN M. SYLVESTER (*Pro Hac Vice*)
K&L GATES LLP

Attorneys for Plaintiff
ALOHA PETROLEUM, LTD.

STARN O'TOOLE MARCUS & FISHER

/s/ Kari K. Noborikawa
TERENCE J. O'TOOLE
KARI K. NOBORIKAWA

CHRISTOPHER J. ST. JEANOS (*Pro Hac Vice*)
ELIZABETH J. BOWER (*Pro Hac Vice*)

MATTHEW J. FINK (*Pro Hac Vice*)
AMY J. COLLINS CASSIDY (*Pro Hac Vice*)

Attorneys for Defendants
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA., and
AMERICAN HOME ASSURANCE
COMPANY