CADES SCHUTTE
A Limited Liability Law Partnership

C. MICHAEL HEIHRE            1307
MICHI MOMOSE                 9777
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone: (808) 521-9200
Fax: (808) 521-9210
Email:  mheihre@cades.com
        mmomose@cades.com

K&L GATES LLP

JOHN M. SYLVESTER       (*Pro Hac Vice*)
210 Sixth Avenue
Pittsburgh, PA  15205
Telephone: (412) 355-6500
Email:  john.sylvester@klgates.com

Attorneys for Plaintiff
ALOHA PETROLEUM, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| ALOHA PETROLEUM, LTD., | CIVIL NO. 1:22-cv-00372-JAO-WRP (Contract) |
|---|---|
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and AMERICAN HOME ASSURANCE COMPANY, | Judge: Hon. Jill A. Otake |
| Defendants. | No trial date set |

322757630.1

## JOINT STATUS REPORT

Plaintiff ALOHA PETROLEUM, LTD. ("Aloha") and Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. ("National Union") (jointly referred to herein as the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's direction in its order entered February 27, 2025 (ECF 128) (the "Order").

Earlier this week, Aloha provided National Union with what it contends is a spreadsheet of Aloha's past defense costs in the Honolulu and Maui climate change lawsuits in connection with Aloha's request for reimbursement of those costs. Aloha also requested that the Parties enter into a confidentiality and non-waiver of privilege agreement in connection with providing additional defense cost information, and National Union is considering Aloha's request.

The Parties have also met and conferred regarding how this case should proceed in light of the Order, and propose the following steps:

1. The Parties hereby request that there be a 30-day stay of proceedings in this action to enable them to discuss whether they can reach agreement on reimbursement of Aloha's past defense costs and also agree on a protocol for National Union's payment or reimbursement of Aloha's future defense costs in the Honolulu and Maui climate change lawsuits. After that 30-day period, the Parties propose to provide a further status

322757630.1

report to the Court on the progress of those discussions, including as relevant, whether a defense-cost reimbursement agreement has been reached, if the Parties are still discussing an arrangement, or whether the Parties will need to seek the assistance of the Court regarding any disagreements as to the defense obligations of National Union.

2. The Parties agree, and hereby request, that the matters set forth in Aloha's First Amended Complaint Counts III and IV (regarding the duty to indemnify) and Count V (regarding the Duty of Good Faith and Fair Dealing) be stayed until further request by one or both of the Parties and approval of the Court.

Finally, after expiration of the proposed 30-day stay requested in paragraph 1 above, National Union contemplates filing a motion pursuant to Federal Rule of Civil Procedure 54(b) for entry of partial final judgment on the Court's Order, or, in the alternative, to certify the Order for interlocutory appeal under 28 U.S.C. § 1292(b). Aloha does not consent to this relief at this time and may oppose the motion when filed.

322757630.1

DATED: Honolulu, Hawaiʻi, March 13, 2025.

        CADES SCHUTTE
        A Limited Liability Law Partnership

        */s/ Michi Momose*
        C. MICHAEL HEIHRE
        MICHI MOMOSE

        JOHN M. SYLVESTER (*Pro Hac Vice*)
        K&L GATES LLP

        Attorneys for Plaintiff
        ALOHA PETROLEUM, LTD.

        STARN O'TOOLE MARCUS & FISHER

        */s/ Kari K. Noborikawa*
        TERENCE J. O'TOOLE
        KARI K. NOBORIKAWA

        CHRISTOPHER J. ST. JEANOS (*Pro Hac Vice*)
        ELIZABETH J. BOWER (*Pro Hac Vice*)

        MATTHEW J. FINK (*Pro Hac Vice*)
        AMY J. COLLINS CASSIDY (*Pro Hac Vice*)

        Attorneys for Defendants
        NATIONAL UNION FIRE INSURANCE
        COMPANY OF PITTSBURGH, PA., and
        AMERICAN HOME ASSURANCE
        COMPANY