STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

TERENCE J. O'TOOLE          1209-0
KARI K. NOBORIKAWA          11600-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 537-6100
Email:  totoole@starnlaw.com
        knoborikawa@starnlaw.com


WILLKIE FARR & GALLAGHER LLP

CHRISTOPHER J. ST. JEANOS *(pro hac vice)*
787 Seventh Avenue
New York, New York 10019-6099
Telephone: (212) 728-8730
Email:  cstjeanos@willkie.com

ELIZABETH J. BOWER *(pro hac vice)*
1875 K Street, N.W.
Washington, D.C.  20006-1238
Telephone: (202) 303-1252
Email:  ebower@willkie.com


NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP

MATTHEW J. FINK *(pro hac vice)*
AMY J. COLLINS CASSIDY *(pro hac vice)*
10 South Wacker, 36th Floor
Chicago, Illinois 60606
Telephone: (312) 585-1440
Email:  mfink@nicolaidesllp.com
        acassidy@nicolaidesllp.com

Attorneys for Defendants
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA., and
AMERICAN HOME ASSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ALOHA PETROLEUM, LTD., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | CIVIL NO. 1:22-cv-00372-JAO-WRP (Contract) <br><br> **SECOND STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE ON ALOHA'S MOTION FOR PARTIAL SUMMARY JUDGMENT SEEKING DECLARATORY RELIEF AND MONETARY JUDGMENT REGARDING NATIONAL UNION'S SPECIFIC OBLIGATIONS IN FULFILLING ITS DUTY TO DEFEND** <br><br> No trial date set |

**SECOND STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE ON ALOHA'S MOTION FOR PARTIAL SUMMARY JUDGMENT SEEKING DECLARATORY RELIEF AND MONETARY JUDGMENT REGARDING NATIONAL UNION'S SPECIFIC OBLIGATIONS IN FULFILILNG ITS DUTY TO DEFEND**

Plaintiff ALOHA PETROLEUM, LTD. ("Aloha") and Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. ("National Union" and collectively with Aloha, the "*Parties*"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b) and 10 and Rules 6.2 and 10.5 of the Local Rules of Practice for the United States District Court for the District of Hawaiʻi, hereby stipulate and agree as follows:

1

**Error! Unknown document property name.**

WHEREAS, on September 12, 2025, National Union filed its Motion for Entry of Judgment under Rule 54(b) ("Rule 54(b) Motion"), seeking entry of judgment to facilitate an immediate appeal of the Court's determination that National Union had a duty to defend Aloha in two underlying lawsuits under two primary liability policies with policy periods February 1, 1986 to February 1, 1987 and February 1, 1987 to February 1, 1988, respectively [Dkt. 144]. Aloha opposed National Union's Rule 54(b) Motion on the grounds that an appeal was premature because of outstanding issues related to the payment of Aloha's defense costs and requested permission to file a motion for declaratory relief on the defense cost issues [Dkt. 145];

WHEREAS, on November 5, 2025, the Court denied National Union's Rule 54(b) Motion and granted Aloha's request to file a motion regarding defense costs [Dkt. 147 at 11]. The Court directed Aloha to file its motion on November 24, 2025, with National Union's opposition due December 15, 2025, and Aloha's "optional reply" due December 29, 2025 [Dkt. 147 at 12];

WHEREAS, on November 24, 2025, Aloha filed its Motion for Partial Summary Judgment Seeking Declaratory Relief and Monetary Judgment Regarding National Union's Specific Obligations in Fulfilling Its Duty to Defend (the "Defense Costs Motion") [Dkt. 148];

2

**Error! Unknown document property name.**

WHEREAS, on December 8, 2025, the parties stipulated and the Court approved an order that the December 15, 2025 deadline for National Union's opposition to the Defense Costs Motion be continued until January 20, 2026, and the December 29, 2025 deadline for Aloha's optional reply to the Defense Costs Motion be continued until February 3, 2026 as the parties were engaged in discussions to try to resolve the issues raised in the Defense Costs Motion;

WHEREAS, the parties have made progress in resolving some of the issues raised in the Defense Costs Motion and wish to continue discussions regarding the remaining issues in an effort to resolve or at least narrow the remaining issues in dispute;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel, and subject to the Court's approval, that the January 20, 2026 deadline for National Union's opposition to the Defense Costs Motion shall be continued until February 3, 2026 and the February 3, 2026 deadline for Aloha's optional reply to the Defense Costs Motion shall be continued until February 20, 2026.

DATED: Honolulu, Hawai'i, January 14, 2026

        CADES SCHUTTE
        A Limited Liability Law Partnership

        /s/ *Michi Mimose*
        C. MICHAEL HEIHRE
        MICHI MOMOSE

Error! Unknown document property name.

JOHN M. SYLVESTER (*Pro Hac Vice*)
K&L GATES LLP

Attorneys for Plaintiff
ALOHA PETROLEUM, LTD.

STARN O'TOOLE MARCUS & FISHER

/s/ *Kari K. Noborikawa*
TERENCE J. O'TOOLE
KARI K. NOBORIKAWA

CHRISTOPHER J. ST. JEANOS (*Pro Hac Vice*)
ELIZABETH J. BOWER (*Pro Hac Vice*)

MATTHEW J. FINK (*Pro Hac Vice*)
AMY J. COLLINS CASSIDY (*Pro Hac Vice*)

Attorneys for Defendants
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA., and
AMERICAN HOME ASSURANCE
COMPANY

APPROVED AND SO ORDERED:

_____
The Honorable Jill A. Otake

_____

Civil No. 1:22-cv-00372-JAO-WRP; *Aloha Petroleum, Ltd. v. National Union Fire Insurance Company of Pittsburgh, PA, et al.*; In the United States District Court for the District of Hawaiʻi; **SECOND STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE ON ALOHA'S MOTION FOR PARTIAL SUMMARY JUDGMENT SEEKING DECLARATORY RELIEF AND MONETARY JUDGMENT REGARDING NATIONAL UNION'S SPECIFIC OBLIGATIONS IN FULFILLING ITS DUTY TO DEFEND**

4

Error! Unknown document property name.